PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT SBN 089395
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON, SBN 143284
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:                                               ) Case No. 2:11-bk-13454-PC
                                                     )
CONTESSA PREMIUM FOODS, INC.,                        ) Chapter 11
                                                     )
                                                     ) NOTICE OF APPOINTMENT AND
                                                     ) APPOINTMENT OF COMMITTEE OF
                                                     ) CREDITORS HOLDING UNSECURED
                            Debtor.                  ) CLAIMS
                                                     )
                                                     ) (No Hearing Required)

    Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: 2/8/11

                                    PETER C. ANDERSON
                                    United States Trustee

                                    By /s/ Jill M. Sturtevant
                                       Jill M. Sturtevant
                                       Assistant United States Trustee

# EXHIBIT A

In re: CONTESSA PREMIUM FOODS, INC.; 2:11-bk-13454-PC

B and D Foods
c/o Timothy B. Andersen, President
3494 S. TK Avenue
Boise, Idaho 83705
Telephone: (208) 344-1183 ext. 101
Facsimile: (208) 344-6825
E-mail: tandersen@banddfoods.net

BrucePac
c/o Glen Golomski, President/CEO
811 North 1st Street
Silverton, OR 97381
Telephone: (503) 874-3022
Facsimile: (503) 874-3015
E-mail: ggolomski@brucepac.com

Dedeaux Properties, LLC.
c/o Robert Santich, Manager & Executive V.P.
c/o Ashok Aggarwal, Sr. V.P. Finance
1430 S. Eastman Avenue
Los Angeles, CA 90023
Telephone: (323) 981-8100 (R.S.)  (323) 981-8269 (A.A.)
Facsimile: (323) 981-8234 (A.A.)  (323) 264-6925 (R.S.)
E-mail: rsantich@dartentities.com; aaggarwal@dartentities.com

Pacific Southwest Container
c/o James D. Mayol, Secretary/General Counsel
P.O. Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555
Facsimile: (209) 544-9875
E-mail: jmayol@mblaw.com

Sage V Foods, Inc.
c/o Victor P. Vegas, President
12100 Wilshire Blvd., Suite 605
Los Angeles, CA 90025
Telephone: (310) 820-4496 ext. 1
Facsimile: (310) 820-2559
E-mail: pvegas@sagevfoods.com

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document described as: **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITOR'S HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 8, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 8, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 8, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite 1539 for the Honorable Peter Carroll.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 8, 2011 | Stephanie Hill | _Stephanie Hill_ (signature) |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                        F.9013-3.1.PROOF.OF.SERVICE

## ADDITIONAL SERVICE INFORMATION

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Russell Clementson    russell.clementson@usdoj.gov
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Jeffrey B Gardner    Jeff.Gardner@sbgk.com, mary.do@sbgk.com
- Peter L Isola    peterisola@dwt.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Bertrand Pan    bertrand.pan@dlapiper.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Katherine A Traxler    katietraxler@paulhastings.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Joseph M VanLeuven    joevanleuven@dwt.com
- Craig A Wolfe    kdwbankruptcydepartment@kelleydrye.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
**Contessa Premium Foods Inc**
222 West 6th Street
8th Floor
San Pedro, CA 90731

**Debtor's Counsel:**
**Jeffrey W Dulberg**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd Ste 1100
Los Angeles, CA 90067

**Creditor's Committee:**
B and D Foods
c/o Timothy B. Andersen, President
3494 S. TK Avenue
Boise, Idaho 83705

BrucePac
c/o Glen Golomski, President/CEO
811 North 1st Street
Silverton, OR 97381

Dedeaux Properties, LLC.
c/o Robert Santich, Manager & Executive V.P.
c/o Ashok Aggarwal, Sr. V.P. Finance
1430 S. Eastman Avenue
Los Angeles, CA 90023

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Pacific Southwest Container
c/o James D. Mayol, Secretary/General Counsel
P.O. Box 3049
Modesto, CA 95353

Sage V Foods, Inc.
c/o Victor P. Vegas, President
12100 Wilshire Blvd., Suite 605
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F.9013-3.1.PROOF.OF.SERVICE