Craig A. Wolfe (CA Bar No. 200870)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York  10178-0002
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:  cwolfe@kelleydrye.com
Proposed Counsel for Debtor

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com;
smcfarland@pszjlaw.com
Proposed Local/Conflicts Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CONTESSA PREMIUM FOODS, INC.,[1]<br><br>Debtor. | Case No.: 2:11-bk-13454-PC<br><br>Chapter 11<br><br>**SUBMISSION OF SCHEDULES OF ASSETS AND LIABILITIES**<br><br>[NO HEARING REQUIRED] |

CONTESSA PREMIUM FOODS, INC., debtor and debtor in possession herein, hereby

submits its Schedules of Assets and Liabilities.

Dated:    March 8, 2011          PACHULSKI STANG ZIEHL & JONES LLP

                                By    _/s/ Scotta E. McFarland_
                                      Jeffrey N. Pomerantz (CA Bar No. 143717)
                                      Jeffrey W. Dulberg (CA Bar No. 181200)
                                      Scotta E. McFarland (CA Bar No. 165391)
                                      Proposed Local/Conflicts Counsel for Debtor
                                      and Debtor in Possession
                                      Contessa Premium Foods, Inc.

**PACHULSKI STANG ZIEHL & JONES LLP**
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1]      The Debtor is a California corporation, Fed. Tax I.D. No. 33-0020606.  The Debtor's address is 222 West 6th
Street, 8th Floor, San Pedro, California 90731.

# United States Bankruptcy Court

Central District of California

In re

**CONTESSA PREMIUM FOODS, INC**.,                          Case No. 2:11-bk-13454-PC

Debtor.                                          Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | N/A | | |
| B – Personal Property | YES | 64 | $49,370,438.46[1] | | |
| C – Property Claimed as Exempt | NO | N/A | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $26,098,000 | |
| E – Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 22 | | $297,903.68 | |
| F – Creditors Holding Unsecured Nonpriority Claims | YES | 29 | | $8,910,003.75[2] | |
| G – Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H – Codebtors | YES | 1 | | | |
| I – Current Income of Individual Debtors | NO | N/A | | | |
| J – Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | 120 | **$49,370,438.46[3]** | **$35,305,907.43** | |

---

[1] This figure is estimated and is based on book value rather than fair market value.  It also assumes going concern value on inventory and receivables.  See General Notes and Schedule B for other qualifications and assumptions

[2] This figure does not include potential lease and executory contract rejection claims that could be significant and that could arise in connection with, among other scenarios, the disposition of the Commerce Plant.  See General Notes and Schedule F for other qualifications and assumptions.

[3] Although this Summary could be read to suggest that the Debtor may be solvent, the comments set forth in footnotes 1 and 2 and the statements in the General Notes and throughout the Schedules explain why this may indeed not be the case.  Taking into account all potential claims and the probable fair market vaue of the Debtor's assets, insolvency is possible if not probable..

1  Craig A. Wolfe (CA Bar No. 200870)
   **KELLEY DRYE & WARREN LLP**
2  101 Park Avenue
   New York, New York  10178-0002
3  Telephone: (212) 808-7800
   Facsimile:  (212) 808-7897
4  E-mail:  cwolfe@kelleydrye.com
   Proposed Counsel for Debtor
5
   Jeffrey N. Pomerantz (CA Bar No. 143717)
6  Jeffrey W. Dulberg (CA Bar No. 181200)
   **PACHULSKI STANG ZIEHL & JONES LLP**
7  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
8  Telephone: (310) 277-6910
   Facsimile:  (310) 201-0760
9  E-mail:jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com
   Proposed Local/Conflicts Counsel for Debtor
10

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                  **LOS ANGELES DIVISION**

14  In re:                                  Case No.:  2:11-bk-13454-PC

15  CONTESSA PREMIUM FOODS, INC.[1]         Chapter 11

16                                          **GENERAL NOTES AND STATEMENT
              Debtor.                       OF LIMITATIONS, METHODOLOGY
17                                          AND DISCLAIMER REGARDING
                                            DEBTOR'S SCHEDULES AND
18                                          STATEMENT OF FINANCIAL
                                            AFFAIRS
19

20

21

22

23

24

25

26

27

28
   ---
   [1]    The Debtor is a California corporation, Fed. Tax I.D. No. 33-0020606.  The Debtor's address is 222 West 6th
   Street, 8th Floor, San Pedro, California 90731.

Kelley, Drye & Warren LLP
101 Park Avenue
New York, New York  10178

1.     **Basis of Presentation**.  The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statement") filed herewith by the debtor and debtor in possession in the above-captioned case (the "Debtor") were prepared pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 by the Debtor's management with the assistance of its court-appointed advisers.  The Schedules and Statement are unaudited.  While the Debtor's management has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred.  The Schedules and Statement remain subject to further review, verification by the Debtor, and possible amendments.  Subsequent information may result in material changes in financial and other data contained in the Schedules and Statement.

Unless other stated in the Schedules and Statement, the asset and liability data contained in the Schedules and Statement are reflected at book value as of January 26, 2011 (the "Petition Date").  Actual fair market values may differ materially from book values.  The Debtor is still investigating the fair market value of its assets by way of, among other methods, an ongoing marketing process.

The Debtor has used its best efforts to compile the information set forth in the Schedules and Statement from its books and records maintained in the ordinary course of its business.  The Debtor reserves its right, without prior notice, to amend its Schedules and Statement from time to time as may be necessary or appropriate.

These General Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules and Statement of Financial Affairs (the "General Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

2.     **Summary of Significant Reporting Policies**.  The Schedules and Statement have been signed by a representative (the "Signatory") of the Debtor.  In reviewing and signing the Schedules and Statement, the Signatory has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel located at the Debtor's headquarters.  The Signatory has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtor has made its best effort to report asset, liability, disbursement and other information on the Schedules and Statement.  However, the following qualifications and limitations apply to the Debtor's Schedules and Statement:

(i)     **Certain Estimates**.  The preparation of the Schedules and Statement required the Debtor's management to make estimates and assumptions that effect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of expenses during the reporting period.  Actual results could differ from those estimates.

(ii)    **Credits and Allowances**.  The claims of creditors for, among other things, merchandize, goods, services, or taxes may be listed at the lower amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor.  The Debtor reserves all of its rights with respect to such credits and allowances.

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

(iii)    **Totals**.  All totals that are included in the Schedules and Statement represent totals of all the known amounts included on the Schedules.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(iv)    **Excluded Assets**.  The Debtor has excluded the following categories of assets from the Schedules and Statement including, but not limited to:  goodwill, intangibles, contingent credits or refunds, deferred tax assets and prefunded payroll.

3.    **Conventions**.  The Debtor adopted the following conventions in the preparation of the Schedules and Statement:

(i)    **Book Value**.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations for all the Debtor's property interests, including assets that may constitute collateral.  Accordingly, unless otherwise indicated, the asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's accounting books and records, unless otherwise noted, rather than the current market values of such interests in property and/or liabilities.

(ii)    **Causes of Action**.  The Debtor has attempted to identify all causes of action against third parties as assets in its Schedules and Statement.  The Debtor reserves all of its rights with respect to any causes of action that it may have (identified or not), and neither these General Notes nor the Schedules and Statement shall be construed as or deemed a waiver of any such causes of action.

(iii)    **Executory Contracts**.  Other than capital leases which are included in the Debtor's fixed asset reporting in its Schedules and Statement, the Debtor has not set forth executory contracts as assets in its Schedules and Statement. The Debtor's executory contracts have been set forth in Schedule G.

(iv)    **Property and equipment - leased**.  In the ordinary course of its business, the Debtor leases equipment from certain third-party lessors for use in the daily operations of its business.  Any such leases are set forth in the Schedules and Statement.  Nothing in the Schedules and Statement is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any of such issues.

4.    **Claims**.  The Debtor's Schedules list creditors and set forth the Debtor's estimate of the amount of the claims of creditors as of the close of business as of the Petition Date, in the principal amounts set forth therein, without inclusion of accrued and unpaid interest (unless expressly noted that interest is included).  As discussed in more detail below, payments have been made subsequently to certain claimants pursuant to Court orders authorizing the payment of prepetition claims of certain common carriers and other claims related to goods and materials in transit, employees and certain critical service providers.  The amounts set forth in the Schedules and Statement may or may not reflect the post-petition payments.

5.    **Disputed, Contingent and/or Unliquidated Claims**.  Schedules D, E, and F permit the Debtor to designate a claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," and/or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed,"

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

"contingent," and/or "unliquidated" or otherwise not subject to objection.  The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent," and/or "unliquidated."  The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff or recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.  The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

6.     **Specific Notes**.  The following constitutes additional, more specific notes to the Schedules and Statement:

(i)     **Schedule B**:

(a)     Category B-21:  Other contingent and unliquidated claims of every nature.  In the ordinary course of its business, the Debtor may have or accrue certain rights to refunds, counterclaims, setoffs, refunds with its creditors, customers and suppliers or potential warranty claims against its suppliers.  Such claims are not known and quantifiable as of the Petition Date, and accordingly, are not listed on Schedule B.

(b)     Category B-22:  Patents, copyrights, and other intellectual property.  The Debtor holds and asserts claims to certain intellectual property under applicable federal, state, or common law.  John Z. Blazevich, the Debtor's founder, President and Chief Executive Officer, claims ownership of many key intellectual property assets on which the Debtor relies to conduct its business.  Mr. Blazevich has informed the Debtor's advisors who assisted in the preparation of Schedule B that Mr. Blazevich was the developer, designer, and/or inventor of such intellectual property.  Mr. Blazevich claims that he still holds legal title to some of the intellectual property and has from time to time assigned to the Debtor only bare legal title to some of the intellectual property with Mr. Blazevich holding equitable ownership.  The Debtor, in connection with the key creditors, are investigating Mr. Blazevich's claims.  But as of the filing of Schedule B, the intellectual property assets listed on Schedule B remains subject to Mr. Blazevich's claims.  The Debtor is listing those intellectual property assets that are or were registered in the Debtor's name in the U.S. Patent & Trademark Office.  This list may not be exhaustive of all intellectual property rights held by the Debtor and some of listed intellectual property rights may be subject to claims by Mr. Blazevich.  Certain of the listed intellectual property ultimately may be deemed abandoned, yet it is included in an abundance of caution to reserve the Debtor's rights with respect to such intellectual property.  The exclusion of certain intellectual property on Schedule B shall not be construed as an admission that such intellectual property rights have been abandoned, terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  The Debtor reserves all of its rights with respect to the legal status of its intellectual property rights.  The Debtor has not determined the fair market value of its intellectual property.

(c)     Category B-24:  Customer Lists.  In the ordinary course of its business, the Debtor maintains a list of customers, the book value of which is undetermined at this time, and therefore are not listed on Schedule B.

(d)     Categories B-28:  Office equipment, furnishings and supplies and B-29:  Machinery, fixtures, equipment and supplies used in business:  Although the Debtor has made every effort to ensure the accuracy of Schedules B-28 and B-29, inadvertent errors, omissions or inclusion may have occurred.  Additionally, there may be certain assets the value for which is included in a fixed

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

asset group or certain assets with a net book value of zero which are not set forth on Schedule B-28 or B-29.

    (ii)    **Schedule D**:

    (a)    Except as otherwise agreed pursuant to a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled claims of certain creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction, or any document or instrument related to such creditor's claim.  Finally, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.  The exclusion of any so-called lease from Schedule D or F does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  Likewise, the inclusion of any lease on Schedule G does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  The Debtor reserves the right to recharacterize any so-called leases as financings.

    (b)    By order dated February 1, 2011, the Court approved the Debtor's payment of certain prepetition claims of common carriers and other claims related to goods and materials in transit.  The Debtor is still in the process of analyzing these claims and, to the extent the Debtor has paid any of them, they may not be listed on Schedule D.  In addition, statutory or inchoate lien rights may exist in favor of certain of the Debtor's creditors.  The Debtor has not listed on Schedule D any creditors who may allege secured claims based on any such lien rights.

    (iii)    **Schedule E**:

    (a)    Listing a claim on Schedule E as "unsecured priority" does not constitute an admission by the Debtor of the legal rights of the claimant.  The Debtor hereby expressly reserves the right to assert that any claim listed on Schedule E, including but not limited to a claim in excess of US $11,725, does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code and thus constitutes an unsecured nonpriority claim.

    (b)    On February 1, 2011, the Court entered an Order (i) Authorizing but not Requiring, Debtor to (a) Pay Prepetition Wages, Salaries, Benefits, other Compensation and Reimbursable Expenses, (b) Remit Withholding Obligations, and (c) Maintain Employee Compensation and Benefit Programs and Pay Related Administrative Obligations; and Related Relief (Docket No. 30) (the "Wage and Benefit Order").  Claims paid pursuant to the Wage and Benefits Order have not been scheduled, and to the extent that the Debtor has listed the Current Employees[1] on Schedule E and/or Schedule F as having various types of claims, such claims may not have been covered by the Wage and Benefits Order.  In addition, the Debtor may pay certain claims listed on Schedule E in the ordinary course of business during this chapter 11 case pursuant to the Wage and Benefit Order.

---

[1]    A current employee ("Current Employee") means an employee employed by the Debtor on the Petition Date and as of the filing of these Schedules and Statement.

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

(c)    For the purpose of calculating vacation benefits for terminated employees, the Debtor recognized vacation as earned on the date of termination.

(iv)    **Schedule F**:

(a)    These Specific Notes Regarding the Debtor's Schedule F are in addition to the General Notes Regarding the Debtor's Schedules of Assets and Liabilities, which are incorporated herein by reference.

(b)    Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of the legal rights of the claimant.  The Debtor hereby expressly reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim).  Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant.  The Debtor hereby expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

(c)    In accordance with generally accepted accounting principles, the Debtor's books and records reflect certain accruals and reserves for known or contingent liabilities, including significant environmental reserves and other post employment benefit accruals that the Debtor does not believe constitute actual claims as of the Petition Date.  As a result, such liabilities are not listed on Schedule F.

(d)    In the ordinary course of its business, the Debtor and its vendors and customers routinely set off respective obligations in connection with day-to-day purchases and sales of goods and services in various forms including returns, rebates, credits and billing adjustments.  Such ordinary course vendor and customer setoffs are not included on Schedule F.  The Debtor reserves all rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs.  Claims recorded as net negative accounts receivable are representative of credits owed to customers or third parties.

(e)    The claims of certain creditors listed on Schedule F may have claims to funds held in trust for them under the federal Perishable Agricultural Commodities Act ("PACA").  The Debtor has filed a motion establishing procedures for dealing with PACA claims, and to the extent any claim on Schedule F is determined to be an allowed PACA claim, the PACA procedures provide different treatment for the claim than provided for other claims listed on Schedule F.

(v)    **Schedule G**:

(a)    While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

(b)    Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents which may not be listed on Schedule G or which may be listed as a single entry.

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

The Debtor expressly reserves its right to challenge whether such related materials constitute either a single contract or agreement or are multiple, severable or separate contracts.

(c)    The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Schedule G does not include stand alone purchase orders for goods or equipment or nondisclosure agreements.  Additionally, the Debtor may be a party to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements.  Such documents are not set forth in Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or financing.  The inclusion of any lease on Schedule G does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  Likewise, the exclusion of any so-called lease from Schedule D or F does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  The Debtor reserves the right to recharacterize any so-called leases as financings.

(d)    The presence of a contract or agreement on this Schedule does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtor reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on these Schedules.

(e)    The Debtor has attempted to list all executory contracts and unexpired leases separately.  However, due to the number of executory contracts and unexpired leases, certain contracts or leases may have been listed as one entry or otherwise listed on a consolidated basis.  Nothing in the General Notes or the Schedules and Statement is or shall be construed as an admission or determination as to the severability of an executory contract or unexpired lease, and the Debtor reserves all of its rights with respect to the severability of any such contract or lease (listed or not).

(f)    The Debtor maintains general liability insurance policies, and various other insurance policies that may be characterized as executory contracts although they have not been individually listed in Schedule G.  The Debtor does not have a separate directors' and officers' liability insurance policy.  The Debtor has submitted copies of its insurance materials to the United States Trustee's Office as part of its "7-Day Package."  Information on the Debtor's insurance is available upon written request to Debtor's counsel.

(v)    **Statement of Financial Affairs, Question Number 3b (Ninety Day Payments)**.  The Debtor has responded to question number 3b of the Statement of Financial Affairs in a summary format by creditor, excluding information regarding the creditor's address and detailed payment information.  Such information is available upon written request to Debtor's counsel.

(vi)    **Statement of Financial Affairs, Question Number 13 (Setoffs)**.  The Debtor routinely incurs setoffs resulting from ordinary course business transactions with its creditors, customers and vendors.  Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, returns, warranties, parts orders, and other disputes between the Debtor and its customers or vendors.  These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be voluminous, making it unduly burdensome and costly for the Debtor to list all such normal setoffs.  Therefore, such normal setoffs are excluded from the Debtor's responses to question number 13 of the Statement of Financial Affairs.

(vii)    **Statement of Financial Affairs, Question Number 20 (Inventory)**.  The Debtor stores most of its inventory in third-party warehouses located across the United States.  The Debtors routinely accounts for its inventory under the supervision of the person listed therein.  Additional information regarding the inventory located at each such location is available upon written request to Debtor's counsel.

9.    **No Warranty**.  The Debtor, its management, agents, officers, directors, employees, representatives, attorneys and financial advisers do not guarantee or warrant as to the accuracy and/or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts errors or omissions, either negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtor, its management, agents, officers, directors, employees, representatives, attorneys and financial advisers expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtor or its agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claims against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and financial advisors are advised of the possibility of such damages.

10.    **General Notes Control**. In the event that the Schedules and Statement differ from the foregoing Global Notes, the General Notes shall control.

***END OF GENERAL NOTES***

**SCHEDULES AND STATEMENT BEGIN ON THE FOLLOWING PAGE**

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

In re **CONTESSA PREMIUM FOODS, INC.,**
                    **Debtor**

**Case No.** 2:11-bk-13454-PC

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION OF LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total ➢

(Report also on Summary of Schedules.)

In re **CONTESSA PREMIUM FOODS, INC.,**                                           **Case No.** 2:11-bk-13454-PC
            Debtor

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $1,500 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Acct No. xxx7525 | | $3,404,766 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Wells Fargo* | | $1,800,000 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | N/A | | $0.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various Artwork | | $92,754.01 |
| 6. Wearing apparel. | | N/A | | $0.00 |
| 7. Furs and jewelry. | | N/A | | $0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | N/A | | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | N/A | | $0.00 |
| 10. Annuities. Itemize and name each issuer. | | N/A | | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | N/A | | $0.00 |

* $1.8 million is being held by one of the Wells Fargo entities as a security deposit securing termination damages under the aircraft lease. The Debtor is investigating whether the deposit is being held in a manner such that it constitutes cash collateral subject to a properly perfected (rather than avoidable) lien or security interest.

In re **CONTESSA PREMIUM FOODS, INC.,**    **Case No.** 2:11-bk-13454-PC
Debtor

# SCHEDULE B – PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | N/A | | $0.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | N/A | | $0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | | N/A | | $0.00 |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | | N/A | | $0.00 |
| 16.  Accounts receivable. | | Trade and other accounts receivable. | | $9,034,565.20 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | N/A | | $0.00 |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | N/A | | $0.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | N/A | | $0.00 |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | N/A | | $0.00 |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | N/A | | $0.00 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                          Debtor

# SCHEDULE B – PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Patents, copyrights, and other intellectual property. Give particulars.* | | See "Schedule B22 - Personal Property Patents, copyrights, and other intellectual property) attached. | | Unknown |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | N/A | | $0.00 |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | N/A | | Unknown |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | N/A | | $0.00 |
| 26.  Boats, motors, and accessories. | | N/A | | $0.00 |
| 27.  Aircraft and accessories. | | N/A | | $0.00 |
| 28.  Office equipment, furnishings, and supplies. | | See "Schedule B28 Personal Property" – property is primarily located at 222. W. Sixth St, San Pedro, CA | | $497,505.42 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | See "Schedule B29 Personal Property" – property is primarily located at 4000 Noakes St., Commerce, CA 90023 | | $10,257,640.79 |
| 30.  Inventory. | | See "Schedule B30 Personal Property #30" – properity is located at at the Debtor's various storage facilities | | $24,281,707.36 |
| 31.  Animals. | | N/A | | $0.00 |
| 32.  Crops - growing or harvested. Give particulars. | | N/A | | $0.00 |
| 33.  Farming equipment and implements. | | N/A | | $0.00 |
| 34.  Farm supplies, chemicals, and feed. | | N/A | | $0.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | | N/A | | $0.00 |
| | | | Total | $49,370,438.46 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**[See Note on Next Page]**

In re **CONTESSA PREMIUM FOODS, INC.,**                                          **Case No.** 2:11-bk-13454-PC
                        Debtor

\* John Z. Blazevich, the Debtor's founder, President and Chief Executive Officer claims ownership of many key intellectual property assets on which the Debtor relies to conduct its business.  Mr. Blazevich has informed the Debtor's advisors who assisted in the preparation of Schedule B that Mr. Blazevich was the developer, designer, and/or inventor of such intellectual property.  Mr. Blazevich claims that he still holds legal title to some of the intellectual property and has from time to time assigned to the Debtor only bare legal title to other of the intellectual property with Mr. Blazevich holding equitable ownership.  The Debtor, in connection with the key creditors, are investigating Mr. Blazevich's claims.  As of the filing of Schedule B, however, the intellectual property assets listed on Schedule B remains subject to Mr. Blazevich's claims.

In re **CONTESTA PREMIUM FOODS, INC.,**                                   **Case No.** 2:11-bk-13454-PC
                   Debtor

## Schedule B22 -  Personal Property
### (Patents, copyrights, and other intellectual property)

## Patents

| Patents issued to Blazevich | | Assigned, Contessa | |
|---|---|---|---|
| **PAT. NO.** | **Title** | **PAT. NO.** | **Title** |
| D481,593 | Multi-tier shrimp tray | D481,593 | Multi-tier shrimp tray |
| D464,531 | Multi-tier shrimp tray | D464,531 | Multi-tier shrimp tray |
| 6,464,131 | Packing box design | 6,464,131 | Packing box design |
| 6,168,813 | Serving tray with shrimp | 6,168,813 | Serving tray with shrimp |
| | | **Assigned, ZB Industries** | |
| D433,251 | Display/support stand | D433,251 | Display/support stand |
| D402,137 | Display and support stand | D402,137 | Display and support stand |
| D396,606 | Serving tray with shrimp | D396,606 | Serving tray with shrimp |
| 4,816,276 | Process for preparing shrimp | 4,816,276 | Process for preparing shrimp |
| 6,022,571 | Serving tray with shrimp | Not Assigned | |
| 5,869,120 | Serving tray with shrimp | | |
| D404,612 | Serving tray with shrimp | | |

## Trademarks

| Serial Number | Reg. Number | Word Mark | Registration Status |
|---|---|---|---|
| 78798532 | 3769368 | CONTESSA PREMIUM FOODS | Registered |
| 78733654 | 3442463 | NATURAL BALANCE | Registered |
| 78662877 | 3317208 | FOR PEOPLE WHO APPRECIATE FINE FOOD. | Registered |
| 78628068 | 3179570 | AMERICA'S FAVORITE SHRIMP | Registered |
| 78514531 | 3319655 | JUST HARVESTED | Registered |
| 78980410 | 3476720 | LESS TIME IN THE KITCHEN. MORE TIME FOR LIFE. | Registered |
| 78976291 | 2993407 | CONTESSA PLATINUM | Registered |
| 78946798 | 3376083 | SELECT HARVEST | Registered |
| 78600510 | 3144648 | NO FAT NATURALLY | Registered |
| 78501737 | 3245382 | CONTESSA RAGIN' CAJUN SHRIMP | Registered |
| 78317331 | 3159805 | POND DIRECT | Registered |
| 78352112 | 3415530 | YOU CAN BUY YOUR FRESH, BUT YOU CAN GET YOUR FROZEN FRESHER | Registered |
| 78404426 | 3159938 | NO FAT NO CARBS NATURALLY! | Registered |
| 77839258 | 3917824 | ON THE STOVE | Registered |
| 77979365 | | AQUACULTURE SUSTAINABILITY AFFIRMATION PROGRAM | Registered |
| 77637331 | | ASAP | Registered |
| 77637330 | | ASAP BECAUSE THE ENVIRONMENT CAN'T WAIT. | Registered |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

### Schedule B22 -  Personal Property
(Patents, copyrights, and other intellectual property)

| Serial Number | Reg. Number | Word Mark | Registration Status |
|---|---|---|---|
| 77636483 | | ASAP | Registered |
| 77839568 | | ON THE STOVE | Registered |
| 77585602 | 3832517 | IT'S NOT JUST WHAT MANUFACTURERS PRODUCE, BUT HOW THEY PRODUCE THAT IMPACTS OUR ENVIRONMENT | Registered |
| 77839635 | | MICROSTEAM | Registered |
| 77839321 | | MICROSTEAM | Registered |
| 77687881 | | | Registered |
| 77687876 | | | Registered |
| 77687870 | | | Registered |
| 77555464 | 3633036 | MICRO-STEAM | Registered |
| 77458759 | | AQUACULTURE SUSTAINABILITY AFFIRMATION PROGRAM | Registered |
| 77493506 | 3624915 | GREEN CUISINE | Registered |
| 77384842 | 3507748 | G | Registered |
| 77364318 | 3640590 | G | Registered |
| 77339476 | 3629016 | GREEN CUISINE | Registered |
| 77316347 | 3536199 | SET THE STAGE | Registered |
| 77172610 | 3747195 | G | Registered |
| 77172606 | 3665239 | GREEN CUISINE | Registered |
| 77165748 | 3477594 | G | Registered |
| 77073668 | 3411358 | | Registered |
| 77039938 | | CONTESSA LE MENU | Registered |
| 76313449 | 2588349 | PARTY PLATTER | Registered |
| 76272094 | 2793636 | | Registered |
| 76488412 | 2977201 | FROM POND TO PLATE | Registered |
| 76252413 | 2542965 | CONTESSA SHRIMP MEDITERRANEAN | Registered |
| 75516621 | 2507423 | TROPIC OF CONTESSA | Registered |
| 75434299 | 2214744 | CONTESSA | Registered |
| 75160447 | 2183347 | | Registered |
| 75133146 | 2077457 | CONTESSA | Registered |
| 75321187 | 2487828 | CLEAR CASE PROGRAM | Registered |
| 74802277 | 1903693 | CONTESSA | Registered |
| 74257619 | 1770238 | SHANGHAI | Registered |
| 74053588 | 1643750 | Z | Registered |
| 74031575 | 1626145 | SHANGHAI | Registered |
| 73639861 | 1451090 | THE CULTURED PEARL OF SHRIMP | Registered |
| 78636249 | | TIGER PAW | Registration Expired |
| 78885139 | | SET THE STAGE | Registration Expired |
| 78798527 | | CONTESSA FOODS | Registration Expired |
| 78833239 | | LESS TIME IN THE KITCHEN. MORE TIME FOR LIFE. | Registration Expired |

In re **CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B22 -  Personal Property
### (Patents, copyrights, and other intellectual property)

| Serial Number | Reg. Number | Word Mark | Registration Status |
|---|---|---|---|
| 78875759 | | CONTESSA MAIN COURSE | Registration Expired |
| 78510278 | | CONTESSA SASHIMI GRADE | Registration Expired |
| 78352109 | | YOU CAN BUY YOUR FRESH, BUT YOU CAN GET YOUR FROZEN FRESHER | Registration Expired |
| 78404431 | | ULTRAFREEZE | Registration Expired |
| 78404423 | | NO FAT NO CARBS NATURALLY! | Registration Expired |
| 78317319 | | CONTESSA PLATINUM | Registration Expired |
| 77605531 | | CADILLAC JACK'S CHILI | Registration Expired |
| 77675159 | | PILLOW EFFECT | Registration Expired |
| 77675152 | | GOURMET MEALS STEAMED TO PERFECTION. | Registration Expired |
| 77555465 | | MICRO-STEAMABLES | Registration Expired |
| 77636480 | | BECAUSE THE ENVIRONMENT CAN'T WAIT | Registration Expired |
| 77675156 | | COOL ZONE | Registration Expired |
| 77605536 | | ECO-CUISINE | Registration Expired |
| 77605535 | | ECOCUISINE | Registration Expired |
| 77605530 | | ECO2 | Registration Expired |
| 77594669 | | TRADER SLIM | Registration Expired |
| 77594666 | | TRADER SLIM'S | Registration Expired |
| 77594662 | | TRADER SLIMS | Registration Expired |
| 77585604 | | WHISKEY JACK | Registration Expired |
| 77518465 | | G ORGANICS | Registration Expired |
| 77518458 | | G ORGANICS | Registration Expired |
| 77458758 | | ASAP | Registration Expired |
| 77085162 | | CONTESSA | Registration Expired |
| 77117779 | | DRAGON TAILS | Registration Expired |
| 77494780 | | GREEN CUISINE | Registration Expired |
| 77471018 | | CONTESSA STEAMABLES | Registration Expired |
| 77463072 | | HOT OR NOT | Registration Expired |
| 77458763 | | ASAP...BECAUSE THE ENVIRONMENT CAN'T WAIT | Registration Expired |
| 77458760 | | AFFIRMED SUSTAINABLE AQUACULTURE PROGRAM | Registration Expired |
| 77364329 | | GREEN GOURMET | Registration Expired |
| 77165758 | | GREEN CUISINE | Registration Expired |
| 77165741 | | GREEN GOURMET | Registration Expired |
| 77147808 | | PERFORM MIRACLES IN THE KITCHEN | Registration Expired |
| 77073629 | | FRUIT TREE | Registration Expired |
| 77039926 | | CONTESSA MINUTE MEALS | Registration Expired |
| 77036072 | | CONTESSA ENROBED SHRIMP | Registration Expired |
| 77028543 | | PROPRIETARY PROCESSING PROTOCOL | Registration Expired |
| 76400837 | 2830575 | A SHRIMP 4 ALL SEASONS | Registration Expired |
| 76119674 | 2586830 | RISING PIZZERIA DOUGH | Registration Expired |

**In re <u>CONTESSA PREMIUM FOODS, INC.,</u>**　　　　　　　　　　　　**Case No.** 2:11-bk-13454-PC
　　　　　　　　Debtor

## Schedule B22 - Personal Property
### (Patents, copyrights, and other intellectual property)

| Serial Number | Reg. Number | Word Mark | Registration Status |
|---|---|---|---|
| 76124864 | 2573086 | SHRIMP ON THE BAR-B | Registration Expired |
| 76639909 |  | STAINLESS STEEL SOAP | Registration Expired |
| 76488411 |  | FROM POND TO PLATE | Registration Expired |
| 75658540 | 2372388 | TURTLE SAFE | Registration Expired |
| 75081662 | 2162532 | CONTESSA TURTLE SAFE | Registration Expired |
| 75086716 | 2160837 | CONTESSA 100% TURTLE SAFE | Registration Expired |
| 74661239 | 2086779 | TURTLE SAFE | Registration Expired |
| 73711457 | 1512909 | SHANGHAI BRAND | Registration Expired |
| 73639895 | 1491371 | Z | Registration Expired |

**In re CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
                    Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Laterals Drawer File
1 Chair
Desk & Credenza
1 Chair
1 Phone
1 Chair
1 Chair
Cabinet
Desk Addition
Desk
6 Chairs
2 Chairs
Chairs
Display Table
Cabinet and Desk Extension
Filing Cabinet
Filing Cabinet
1 Desk 2 Chairs
Computer Room Cabinet
3 Desks
3 Credenza
Desk w/ Return & Keyboard
Credenza
1 Wardrobe Cabinet
2 Conference Chairs
1 Management Chair
1 Sofa
2 End Units
1 Tizio Lamp
1 Telescope
1 Conference Table
4 Conference Table Chairs
2 Conference Chairs
1 Management Chair
1 Desk
Wallunits
Sofa & 1 Side Sofa
3 End Units
1 Tizio Lamp
8 chairs
Table
Wallunit
1 Reception Desk
2 Reception Chairs

In re **CONTESSA PREMIUM FOODS, INC.,**    **Case No.** 2:11-bk-13454-PC
　　　　　　　　　Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

2 Wall Sconces
Decorative Wall Mirror
Kitchen Table
Cabinets / Countertops
2 Pendent Lights
Island Cabinet / Butcher Block
4 Teal Chairs / Stools
Carpet
General Area (Cubes)
3 Chairs
10 Files / 3 Drawers (Cubes)
Desks
1 Chair
Chanie???
1 Chair
Desk Area
1 Chair
Plumbing
2 Garbage Disposals
Executive Sofa
8 Leather Lounge Chairs
Gateway Fees
1 Fabric Sofa
Conference Table
Conference Table
2 End Tables
End Table
Herman Fees
18 Regular Desk Chairs
Executive Desk Chair
Executive Desk Chair
Desk Chair
2 Conference Chairs
4 Side Chairs
4 Table Chairs
1 Stool
Executive Desk Chair
2 Side Chairs
Desk
Credenza
Desk Chair
2 Conference Chairs
Desk
6 Cubes
8 File Banks
3 Cubes
3 File Banks

In re **CONTESSA PREMIUM FOODS, INC.,**                        **Case No.** 2:11-bk-13454-PC
Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

6 Drawer Files
Desk
Desk
Desk
Credenza
Credenza
Credenza
Return
Cabinet
Leather on Side Chairs
Desk Chair
8 File Banks
Desk
Credenza
Desk Chair
2 Side Chairs
2 Regular Desk Chairs
VDT Table
Credenza Extension
3 Drawer File
Cherrywood Credenza
Cherry FileTops
Plastic Laminate Filetops
2 End Tables
Desk Return
Cherrywood Side Table
Cherrywood Vanity Cabinet
Reupholster Sofa
Belfast Desk Top
9 Glass Desk Tops
Framed Mirror
Glass Table and Desk Tops
Toilet Roll Dispense
Safe
Safe
Shelfing
Typewriter Chair
Frame
Shelfing
Safe
Corner Table / Drawer
Computer Platform
2 Drawer File Cabinet
Credenza
Bookcase
Desk Drawer / Cabinet
2 Side Chairs

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                                 Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Desk Chair

Desk / Credenza

Cube Reconfiguration

Credenza

2 Desk Chairs

Pedestal File

Bookshelves

3 Drawer Lateral File

Lateral File

Chair

Credenza / Chair

Cubicle Expansion

Cubicle Expansion

Cubicle Expansion

Cubicle Expansion

Cubicle Expansion

Desk

Return

Credenza

Wardrobe

2 Guest Chairs

Desk Chair

2 Credenzas

2 Desks

2 Desk Chairs

4 Guest Chairs

Cubicle Expansion

5 4-Drawer Lateral Files

2 Double Door Wardrobes

Additional Cad Time for Changes

Reupholster Existing Panels

Duplex Receptacles

Cubicle Furniture / Desk Chair

Cubicle Furniture / Desk Chair

Cubicle Furniture / Desk Chair

Cubicle Furniture / 6 Regular Chairs

Cubicle Furniture / 2 Side Chairs

Cubicle Furniture / 1 Side Chair

New Furniture

Glass

Desk

Return

Credenza

Wardrobe

2 Guest Chairs

Desk Chair

2 Credenzas

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

2 Desks

2 Desk Chairs

4 Guest Chairs

Moving Charge

Cubicle Expansion

5 4-Drawer Lateral Files

2 Double Door Wardrobes

Additional Cad Time for Changes

Reupholster Existing Panels

Duplex Receptacles

Desk Chair

Desk Chair

Desk Chair

6 Regular Cubicle Chairs

2 Side Chairs

1 Side Chair

Credenza 85"

Credenza 41"

Cherry Table with Shelf

File Top / Plastic Laminate Traffic File

File Top / Plastic Laminate Accts Files

Desk Shelf

Cabinet

Table Round Task

Install Granite Desktops

Dep Sofa & Table

Bal. For Sofa & Table

Shelves

Furniture

Furniture (sofa)

Desk / Chair

Sofa / Fabric

Fabric / Sreel Frame

Various Furniture

Glasses

Panelling

Worksurface

Chairs / Desks

Chairs  / Desks / Credenza

Pedestal / Lateral File

Herman R. Weingano

Desk

Steel Case

Interior Repairs from 1997

Interior Repairs from 1997

5 drawer lateral file for Kathleen

Lateral 2 drawer files for cubes

In re **CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
                    Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Lateral 2 drawer files for cubes

Credenza/round table for Sam's office

Glass for credenza/table for Sam's office

Furniture for expansion area: Deposit

SWE-100-VI Southwest Cabinet IBM White

Black Artwork filing cabinet

Furnish and install desk tops-3/8 clear glass

Furniture for expansion area- cubicles, credenza etc.

Deposit for glass

Panel-cabinet slide, tackable acoustical

Filler/Worksurface-post corner

4 Wood frame guest chairs-Black

Glass- (2) 36X84 3/8 Bevel (furnish & install)

8 Guest chairs-Full back, black

Panel-cabinet slide, tackable acoustical

Cabinets-desk single, pedestal, credenza

File-Lateral/Panel-tackable

File-Lat, Int Hdwe, 4 drawer

12 chairs-mgt/hi bk, mtl base

Glass- 141X23 3/16 clear top

Revest Fabric

File 4-drawer cabinet/lateral file

Steelcase/lock plug/Workstations

Cabinet rack for servers

Office Furniture - Tables

Shelfs for the mez.

Shelfs for the mez./mkg

Wire Shelving

(2) 4 drawer Lat Shelf File, (1) Lg Step File

Work tbl 35hx60wx30d

Cabinets  / Deposit

Add'l Shelving

Desk Glass

2 Desks / 2 Credenzas

Credenza / Bookcase

Bookcase

Cabinet

Chair / Mat

2 Desks

Cabinets

2 Credenzas

2 Returns

3 Office Chairs w/ Arms

2 Executive Chairs

Shelves

Cabinets / Balance Due

1 Leather Chair

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                  Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Mobile File Pedestal

Custom Shelving

Black Formica Bookcases

Closet OP's Off

3 Standard Workstations

8 Conference / Guest Chairs

Radio Wave Communication

1 Barstool

Desk / Return

Data Cabinet & Cabling

7 Chairs, Task Pnu Swvl Bk

Signage

Install cabinets

Heavy duty stand-up desk w/file

Chairs

Panel-Tackable Acoustical/Worksurface for cubicles

(1)TS-desk single pedestal/(1)TS Return-desk height

Counter-height shelf cabinet

Cabinet - Storage, overhead

Tables/ seat bases

Cabinet-base desk

Chairs

Mobile Stand-Up Desk

4 Stack chair - grey

workstation/chairs

workstation/chairs

redelivery of chairs

Aeron chair

rack boltless

shelf deck, racks

Install tables and chairs

Upcharge workstation

aeron chair

micro desk, drawers

yellow boxbin office

yellow boxbin office

2 Mies Pavilion Lounge Chairs

Office Furniture

Merlin Legend Schedule 30

Legend System Upgrade: Digital Phones

Legend System Upgrade: Digital Phones

Satellite Phone

Legend DS1 Modules/Channel service unit

Phone Installation & Equip HDLP-Accrual

Install Amanda Voice Mail

Avaya 3910 cordless phone

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                                    Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Voicemail iinstallation
Phone system
Extra speakers
Phone system
EIC Premium Server
Phone system
Phone system
Phone system
Phone system
Phone system
Phone system
Merlin Legend telephone system
Legen 408 ATL Module
Phone & Installation
Wireless Systems-supplies
Wireless Systems-supplies
Wireless Systems-supplies
Switch
Switch
VRN Motorola anntena batt.
Channel radio/production
racks/cabling
patch panel for racks
phone system hardware
installed temp switches
commerce cabling
network room rack & cabling
final cabling
commerce shore phone system
40 phone switches
motorola radios
motorola radios
6 unit charger
phones extension license
extension & mailbox
Macbuy, ShorePhones
phone acquisitions
Phones
Hand Jack (Dolly)
Stereo
4 Air Conditioners
Life Cycle Bike
2 Air Conditioners
Scale
Freezer
Hirsch Model 2 Alarm

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Gaggeneau Units

Gaggeneau Oven

Ibm Selectric Typewriter

Hirsch Keypad System

Portable Freezer

Roberts Home Video

Hirsch Keypad - New Glass Door

Motion Detector - New Glass

Fridge & Freezer

Key Pad - New Space

Model # ULG-30 Freezer

Ishida Scale For R & D

Shredder

Hirsh Access Keypad

Pizza Ovens for Demos

Marketing Room Security Alarm

Lab Equipment

Refractometer

Water Bath 10L 120V

Deep Fat Fryer

Boston Show Freezers

Boston Show Freezers

R&D Freezer

R&D Freezer

Binding Machine

Dishwasher for R&D kitchen

GE Cooktop, 4 burners with bridge

Cook tops for R&D kitchen

A&D Weighing Equip for R&D

R&D Freezer #2 - 50% down

R&D Freezer #2 1st installment

R&D Digital Viscometer

R&D Freezer #2 2nd installment

Motorized Film Screen

Projector, Fixed Snapper screen

Door Reach-in Refrigerator

2 door cooler w/20 serving trays (reimb.)

(2) Sony Satellite Receiver/Sony Dual LNB

Adjusting Concrete Table Bases

Constructing 8 Concrete table bases

Runco VX1-C Projector and sound system

Final Billing-Custom Refrigerator

2 microwaves

Hirsch Keypad System

Digital camera

Security system - Corridor

Card scanner (Corex Technologies)

In re **CONTESTA PREMIUM FOODS, INC.,**                     **Case No.** 2:11-bk-13454-PC
Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Digital camera

White freezer

Balance-Navigator

Balance-Top

Balance-Expro

Shredder,525 crosscut, GY 001080

CVC880ex speco Camera

Freezer

Chest Freezer

Scanner

Superior Press Scaner(Desktop)

tape drive express/Warranty

R&D lab microwave oven

Sony Digital Camera

Kenmore Freezerless Refrigerator

Kenmore Freezer

Freezer

Fridge/Microwave/Toaster

Freezer & 4 Line Phones

Ishida Scale

Freezer

Chest freezer for samples

Freezer

Fijitsu Digital Camera

Scale

Freezer

Freezer for Boston

Alarm System

Alarm System

Burglar Alarm

Burglar Alarm

Burglar Alarm

TV for Vernon Training

Cooking Cart

Labeling Machine

Additional Security

Security System New Camera

Portable Radio w/speaker…

QC/QA Scale-Toploading Bal.

Electric Doors Receivers

Freezer to LACS

Digital camera and memory stick

Sharp 25" TV

Lightning Luminometer

6 Motorola radios

Samsung 4 head HIFI VCR

Samsung 4 head HIFI VCR

**In re CONTESSA PREMIUM FOODS, INC.,**                                      **Case No.** 2:11-bk-13454-PC
                              Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Fabrication & installation of access doors
TV / VCR
Unicorn label printer
Handheld terminals and cradles
Washing machine and Dryer for uniforms
(4) microwaves
Handheld terminals and cradles
40% payment time clock
Aluminum forklift cage
Eyewash Station
Ink Jet Printer System
Gas Connector Kit 1/2" x 48"
Double Bowl Scullery Sink
Stainless steel double bowl scullery
Hot Plate Gas 2 Burner
Installation rack 2-1/2Bays
Handheld terminals and cradles
Portable radios w/battery
Portable radios
Digital camera
Washdown Enclosure
Microscope
Combustibles Cabinets
Ink system (stamping outside of the boxes)
Maintenance Contract Renewal
Maintenance Contract Renewal
Floor style electric abrasive cutoff saw,14"
Floor style electric abrasive cutoff saw,14"
Dry Storage Racking & 2ea. Roling Ladders
Bid to install access control on back door
Ishida QB 6200E Scale
Commercial microwave oven
Commercial microwave oven
Obital camera
Laser Scanner
subzero refer (two side panels and top lid)
fridge & freezer
stove top 6 burner
range gas w/ griddle
viking hood
viking hood
pallet jacks
CAT pallet Jack
shelf & deck w/ part board
scissor lift 30-33 ft geni
4 step rolling ladder
material for shelves

In re **CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

washer, dryer, filter system
rack shelf
rach shelves
table cart, top shelf
wildcat analog bench scale
relocate pedestals
19 men, 8hr labor
pick up and delivery
teardown, relocate
received, delivery, install
deliver and install laminate
hoffman CSD enclosure
rack bolts, shelf
equip flat screen monitor
installed monitor
upgrade security system
installed satellite
office supplies
Standard, Basic Balance
Standard Balance
Other Office Equip
Copier
Laserjet all-in-one
label printer
2230D Laser Printer
HP Officejet Printer/copy/fax
Zebra Label printer
Zebra Printer
Zebra Printhead
Zebra Printer add'l charges
Zebra Printhead add'l charges
Copiers/Faxes
IBM 300GL 6/466 8.4GB 64MB W98 PC
IBM 17" E74 FST Monitor
IBM TP A30 Thinkpad
HP LJ 2200D 19PPM  w/duplex Printer
IBM NV M41 TWR PC
NEC LT150Z Microportable XGA Projector
Fast Fax/ Enterprise System Model 820-249C
IBM NV A30P TWR 8/2.0 40GB 128MB
Server Hardware
Server Hardware 50GB -table top
Server Hardware Tape & Disk
IBM NV A30P TWR 8/2.0 40GB 128MB
IBM NV A30P TWR  LCD1760V Monitor

**In re CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Server Hardware

Server Hardware for Rolling Hills

Server Hardware

IBM Processor Server

IBM NV A30P TWR 8/2.0 40GB 128MB

IBM NV A30P TWR 8/2.4 80G 128MB XPP

Simple 128MB IBM NETVISTA DDR M42

NEC ACCUSYNC LCD5V-BK 15IN LCD BLACK

Four (4) User License on 820/2435:53144

Palm Tungsten w handheld 16MB

NEC NXM76 17IN  LCD BLK DIGITAL 3YR W

IBM TP R40 C9/1.4 40GB DVD XPP

CTX s700B LCD TFT Black-Monitor

HP Laserjet 1012 printer

IBM TP R40 C9/1.5 40GB CRW XPP

NEC ACCUSYNC LCD5V-BK 15IN LCD BLACK

IBM TC A50P TWR 8/2.4 80GB 128MB XPP

Viewsonic 20.1 IN LCD 1600X1200 Black

APC Smart-UPS 1500 BLK USB 1500VA

IBM USB KEYBOARD W/2PT USB HUB

IBM EXP TC A30 8/2.66 40GB 256MB XPP

HP Laserjet 1300 19PPM 16MB PRINTER

HP LJ 4200N 35PPM

Monitor replacements 4 spare

IBM Thinkvision L200p 20in lcd

IBM NV M428/2.4 40gh 256MB XPP

HP OFFICEJET 5110 printer

IBM x345 7/2.4 512MB RM SRVR

Viewsonic VP201B 20.1IN LCD Black,HP PSC 2510 Photosmart all-in-one

Windowsserver for LaserFiche

FastFax Enterprise -High Availability opt.2/4-line DID card,2-line power etc.

IBM TP c9/1.6 40GB CRW XPP

Viewsonic VP201b 20.1"LCD monitor

IBM TP c9/1.6 40GB CRW XPP

IBM TP T40 c9/1.5 40GB CRW XPP

IBM NV M42 TWR 8/2.53 40gh 256MB XPP

APC back-UPS ES 725VA 450W

Hardware

IBM 73.4GB U160scsi 10k 80p tray-server hard drives(disk upgradefor Contessa01)

Philips brilliance 200p4 20.1in lcd

IBM EXP TC A30 8/2.8 40GB 256MB XPP

Apple DVI to ADC connec.apple cinema HD display,adobe creative suite/upgrade from photoshop

ACER AL1711BM 17IN LCD BLACK BLK-MONITOR

hardware and software for new marketing designer

IBM TP T40

IBM X345 7/2.8 NOHD 512MB Srvr.

HP Laserjet 420n- printer

In re **CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
                                Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

HP Laserjet 1012 printer

IBM TP T41 c9/1.4 30GB CRW XPP

IBM TP T41 c9/1.4 30GB CRW XPP

philips 170s5fb/27 17IN LCD,ACER AL1714CB 17IN LCD BLK

IBM NV M42 8/2.4 40GB 256M

LCD flat panel

LCD flat panel

IBM exp tc a50p twr H8/2.8 40GB

IBM exp tc a50p twr H8/2.8 40GB

IBM exp tp t42 c9/1.7 40gb crw xpp

KOFAX ADRENALNE 850v video

IBM x335 7/2.8 xeon 512MB srvr

MS Exchange

Contessa 01 server

Server Room Rack hardware

Hardware

Monitors- 5

Imation USB 2.0 flash drive 1GB

Replace Failed Server

Kingston 256mb pc2700 sodimm cl2.5

Modem for WHATSUP Gold

Printer

PC IBM exp tc a51p h8/3.0 40g 256m

Printer

IBM exp TC A51P H8/3.0 40G

IBM exp TC A51P H8/3.0 40G

PO 2730 new PC exec assist

Cisco Catalyst 2970 24 10/

IBM exp TC A51P H8/3.0 40G

Printer

IBM exp TC A51P H8/3.0 40G

Printer

Monitors- 9

IBM exp TP T42 c9/1.7 40gb

IBM thinkpad port replicator

IBM exp TP T42 c9/1.7 40gb

Hardware

Cisco 1port t1/fractional

IBM exp T42 c9/1.8

IBM exp TC A50 H8/3.0 512M

IBM exp TC A50 H8/3.0 512M

IBM exp TC A50 H8/3.0 512M

Monitors - 2

Monitor(spare)

Printer

IBM exp TP T42 c9/1.7 40gb

IBM XSERIES 306 8/3.0 36gb 512mb 1u

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

Apple imac g5/2.0 250gb 512mb sd 20

IBM exp TC A50 H8/3.0 512M

Apple pb g4/1.67 100gb 512mb sd 17in

IBM exp T42 c9/1.7 40gb

IBM exp T42 c9/1.7 40gb

IBM exp TP T42 c9/1.7 40gb-microsoft office 2003 prof.

Printer

Printer

Acer Al1714cb-8

Laptop-IBM tp t43exp c9/1.8 40gb 512mb

Laptop-IBM tp t43exp c9/1.8 40gb 512mb

Sony vaio A600 c9/2.0 80gb 512b xpp

LG L3200tf 321n sl lcdtv

IBM exp tp t43 c9/1.8 40g 512m xpp

IBM exp tc twr h8/3.0 40gb xpp

Software

Powerware 9125-5000G

Printer

IBM tp t43 c9/1.86 80g 512m

Tape Autoloader SDLT320

System upgrade;9406-820-2435-1522to9406-520-0902-7459

Apple PM 2xg5/2.3 250gb 512mb sd

HP Laserjet 1020-replacements 4

LVO TP R52 c9/1.8 40gb 512B CRW 2

LVO TP R52 c9/1.8 80gb 512B

Planar pl1700 17in lcd blk

HP Laserjet lj425on

IBM 146gb 10k u320 hs scsi hdd 4

IBM 4u ext tower to rack -server

Laptop

Spare PCS 3

Hardware/sfwr

LVO TC sff h8/3.0 80gb 512mb /replace RB

Acct. printer

LVO TS TP Z60m c9/2.13 100GB 1G XPP

Voom HardCopyII

iCon-IT Midrange Console Concentrator

LVO TS TP Z60m c9/2.13 100GB 1G XPP

Riplacement Towers

LVD ts tp z60m c9/2.13 100gb 1g xpp(2)

LVO tc h8/2.8 80gb 512mb crw xpp

Ibm x346 7/3.4 2mb 1 gb scsi

Laser Printer

Laptop

Hardwarefor laptop

HP LJ 4250N 45PPM 8.5x14

Crucial 1gb 184pin ddr pc 2700

In re **CONTESSA PREMIUM FOODS, INC.,**　　　　　　　　　　**Case No.** 2:11-bk-13454-PC
　　　　　　　Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

TOS 3yr adp+ exprss f/1 yr std nb

Laptop

APC Smartups 3000VA 120V 8 out twr

LVO ts A55 8/3.2 80gb 512mb cd

Laptop

Cisco catalyst-Switch upgrade

Cisco catalyst-Switch upgrade

Cisco catalyst-Switch upgrade

Cisco catalyst-Switch upgrade

Apple macbook pro 17in 3/2.33 160gb

Apple macbook pro 17in 3/2.33 160gb

HP sb nc6400 ct5600 80gb 1gb

hPE 3yr adp+depot

Monitors -4

IBM scsi 300gb 10k

Pentium procesor

LVO ts A55 945 160gb 512mb cd

HDLP Security

ADESSO 1U Rackmount drawer keyboard

LVO TS tp t60 75500 80gb 512mb crw

LVO 3yr depot plus

LVO thinkpad

LVO 3yr depot plus

LVO TS tp t60 75500 80gb 512mb crw

LVO thinkpad

LVO thinkpad

LVO thinkpad

HP SB DC 7700 ce4400 80gb 1gb

LVO ts A55 945 160gb 512mb cd

Infocus in10 xga 1800 lum

LVO 3yr depot plus

Pan tb 30 cl 2400 80gb 512mb

1278081-Apple I  mac 2.8ghz

Apple Cinema 30 dvi slv

BTO Apple mp 2x qc 3.0 1250gb 8gb sd

LVO ts A55 945 160gb 512mb cd

Hardware-lenivo tp sata 120gb 5.4k

Datastor IBM u320 (4)

Express x3650 Xeon Quad Core E5335 80w 2.0hz/1333mhz/8mb

Lenovo tp t61 t7500 120gb 1gb

HP jetdirect ew2400 802; 11g print srv

Viewsonic VA703B Monitor

MS MBL Office Pro Plus 2007

LVO thinkcenter

LVO thinkpad

LVO thinkpad

APC Smart UPS 1500VA USB/SER RM 2U

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

APC Smart UPS 1500VA USB/SER RM 2U

LVO thinkpad

LVO thinkcenter

LVO thinkcenter

LVO thinkcenter

LVO thinkcenter

Trip Smart 1500VA UPS RM 2U XL

LVO thinkpad

LVO thinkcenter

LVO thinkpad

RSP IBM-Cable, 1.5M USB Conv.

IBM x3250 DC 3040 1GB

LVO thinkcenter

Pan TB 30 L7500 80GB 1GB XPP

LVO thinkcenter

LVO thinkpad

Viewsonic VA703B 17 Monitor

Viewsonic VA703B 17 Monitor

MacBook Air Laptop

LVO T500 P8400 160GB 2GB DVR XPP

Dell computer

65 Watt ac adapter add

Lattitude Z, SU9600

HP CLJ CP2025n

IBM, CDW Hardware

dock, battery, insta

Apple - Ipad w/Wi-Fi

Wireless Access Points

IBM NV A22P TWR 128MB

IBM exp tc A51p H8/3.0 40G 256M

Printer,Zebra 105sl,203dpi

Zebra printer

HP LJ 1100XI 8PPM 2MB 600DPI

IBM NV A30P TWR 8/2.0 40GB 128MB

HP officejet 5110 printer,PC hardware

IBM TP R40 C9/1.4 40GB DVD XPP

HP officejet 5110 printer,PC hardware

IBM TP R40 C9/1.5 40GB CRW XPP

Printer

Printer

IBM TP T40 C9/1.5 40GB CRW XPP

Riplace printer

IBM TP T40 C9/1.5 40GB CRW XPP

IBM exp tp t42 c9/1.7 40GB CRW xpp

IBM exp tp t42 c9/1.7 40GB CRW xpp

Hardware

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

# Schedule B28 – Personal Property
### (#28 Office equipment, furnishings, and supplies)

**Office Furniture/Equipment**

IBM exp tp t42 c9/1.7 40GB CRW xpp

IBM exp tp t42 c9/1.7 40GB CRW xpp

Printer

Printer

HP Officejet 6210 color all-in-one

HP Officejet 5510 color all-in-one

HP Officejet 5610 color aio

HP OJ 6210 23/18ppm 8.5x24

HP OJ 6210 23/18ppm 8.5x24

LVO TS T60 3/1.66 80GB 512Mb

LVO TS T60 3/1.66 80GB 512Mb

PRINTER-Brother mfc-665cw 27/22ppm 8.5x14

Laptop

Printer

Printer

Laptop

Lenovo tp t61 t7100 80gb 1gb

HP LJ 1220 15PPM printer

IBM EXP TC A30 8/2.66 40GB 256MB XPP

IBM TC A50P TWR 8/2.4 80GB 128MB XPP

IBM TC A50P TWR 8/2.4 80GB 128MB XPP

New PC9MSoffice XP Pro,IBM NetVista M42 tower

IBM NV M42 TWR 8/2.53 40 GB 256MB XPP

IBM EXP TC A30 8/2.8 40GB 256MB xpp

HP Laserjet 1012 printer

HP Laserjet LJ4250 printer

IBM exp tc a51 twr h8/3.0 40gb

Ethernet board,400

Printer

Printer

Laptop

printer/printer heads

scanner/internet terminal

printer/server

electrical

UPS for commerce

replenish computer spare

mech spare parts

remt acs ethernet sw

Unicorn Inkjet

Computers

**In re CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                          Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Tenant Improvements
Tenant Improvements
Tenant Improvements
Tenant Improvements
Tenant Improvements
Tenant Improvements
Scale
Carton Machine
Sealing
F & M Packing
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida - Metal Detector
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida - Metal Detector
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Custom Graphics
Exhibitree
Barton Komai Silk Screen
Show Freezer
Laminator
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Racking
Scale
Box Printer
Box Printer

In re **CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
                  Debtor

## Schedule B29 – Personal Property
(Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Scale
6 Foot Conveyer
Equipment Installation
Equipment Installation
Fill and Seal Machine
Case Weigher
March Inkjet Printer
Metal Detector
Metal Detector
USDA Sanitation Equipment
Strapping Machine
Platform
Brackets / Hangers
Hydraulic Pallet Truck
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Ishida Filling / Packing System
Hi-Speed Checkweigher
Scale Installation
Deposit
Metal Detector
Metal Detector
Yamato Scale Machine
Welding Machine
Equipment Installation
Equipment Installation
Equipment Installation
Equipment Installation
Equipment Installation
Equipment Installation
Equipment Installation
Strapping Machine
Strapping Machine
Machinery
Misc. Machinery
Metal Detector

In re **CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
                                          Debtor

# Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Scale

Equipment Installation

Ishida Platform

Ishida Platform

Ishida Platform

Hayssen Ultima

Powered Conveyor

Flat Type Belt Conveyor

Glazer Addition

Down Payment - Printer

Payment - Printer

Payment - Printer

Metal Stand / Photo Eyes on Blend Line

Checkweigher / Conveyor & Related

UPC Scanner

UPC Scanner

UPC Scanner

UPC Scanner

UPC Scanner

Timekeeper

Checkweigher

Data Recorder

Metro Logic Scanner

Lap Seal Forming Tube

Band Sealer Machine

Band Sealer Machine

Carton Sealing Machine

Racking Upgrade

Bar Code System 5000

Portable Conveyor

Tabletop Conveyor

Vacuum / Move System

Shelf Stocking Machine

Portable Foamer

Checkweigher

March Printhead

30% Down Payment

Band Sealer Balance Due

Transfer Chute

March Inkjet Printer #1

March Inkjet Printer #1

Prodigy Printer

Prodigy Rewinder

Electronic Balance

Down Payment

Balance Due

**In re CONTESSA PREMIUM FOODS, INC.,**                  **Case No.** 2:11-bk-13454-PC
                        Debtor

# Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

EL Display

EL Display

Flush Edge Belt

Ishida

Ishida Lab Balance

Double Fork Truck

Build App w/ Stat Head

Marsh HiRes Printer

Stroke Baler

Conveyor

Ishida Model MTSW60x2lb

Freight/Rigging/Tank Installation

Belt Conveyor 18"x72"

Tunnel Installation

Feeder Unit: Dispersion

Weigher and AD Control

Pallet Jack

Printer, Unicorn

Label Printing System

Conveyor System-20%

Sealmaster

Ishida Weigher 25%

Ishida Weigher 60%

Ishida Weigher 15%

Ishida Weigher Taxes

Mother Board

Strapping Machine

Ivory Poly Strap

Conveyor 25%

Conveyor 30%

Printer Conveyor Equipment

Conveyor - Balance

Washdown Indicator

Washdown Indicator

Checkweigher

2 Hot Air Sealers 35%

Balance for Hot Air Sealers

Filler Machine

Filler Machine

Filler Machine

Filler Machine Freight

Compressor/Dryer/Filter

Laminated Beam

MAG II Controller w/ Sensor

Air Cylinder Actuator

Pacific Conveyor

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

# Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Markem Coder 986A
Cleated Conveyor 3100
Series Cleated Conveyor
Manufacturing Cleated Belt
Cleated Belt
Auto Tray Sealer 15%
Auto Tray Sealer 60%
Tray Sealer - Final Payment
Modify Tray Sealer
Shipping/Auto Tray Sealer
Pressware Tray Tool
Tray Tools 60% Deposit
Idexx Distribution
Tray Sealer - Final Payment
Crt Conveyor / Box Motors
Time Clock Upgrade
Bread & Batter Down Payment
Bread & Batter - 2nd Payment
Barcode Printer
Replacement Clutch/Brake
I/O Board
Cleated Conveyor Belt
Line 2 Motor
Vibrator Controller
End Drive Conveyor
Two-Way Radios
Line 2 belts and photo eye
Conveyor parts
40% down - Line 6 Lidding Machien
Ponsell Floor Machine
Platform Line 6 - 30% down
Platform Line 6 - 60% down
Lidding Machine - Tray Carrier
Platform Line 6 Final Payment
Filling Machine - 30% Deposit
Filling Machine - 2nd Payment
Filling Machine - Balance Due
Filling Machine - Freight
Doboy Horizontal Wrapper - 30%
Doboy Horizontal Wrapper - 40%
Doboy Horizontal Wrapper - Freight
Doboy Horizontal Wrapper - Final
Urschel Shredder - 33% Deposit
Urschel Shredder - 30%
Urschel Shredder - Final
Clark Forklift Model # C50050

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Tray Conveyor - 40% payment #2

Tray Conveyor - Balance Due

Chute with Divider

Unicorn Printer Head

Unicorn Printer Head

Bread & Batter Remaining Balance

Bread & Batter Remaining Balance

Straight Conveyor: 40% Down

Straight Conveyor: Complete

Ishida Weigher: 25% Down

Ishida Weigher: 60% Delivery

Ishida Weigher: 15% Final

Ishida Weigher: Sales Tax

Ishida Weigher extended part

New Ohaus Toploading Balance

Hot Shot Unit for Pizza Line

CBS-D band sealer

Slicing, clamp, and holder knives

30% down pymt. -Metal Detector system

Powerphase metal detector

Label dispenser

Dicer

New Ohaus Toploading Balance

Magazine for small and medium shrimp rings

Impeller-Assy Narrow

Doboy Band Sealer

Doboy Band Sealer bal.

30% payment Atlas Copco air compressor system

55% Progress payment - Packaging Machine

40%  Atlas Copco air Compressor system

Pasta kettles

40% Conveyors for new building-2nd installment

A&D electronic 30 lb bench scale/150 lb steel washdown bench

Mechanical installation of air compressor

Model 5400 -Lg Character Touch Dry Ink Jet System

Die for Mondini Lidding Machine

A&D electronic 30 lb bench scale/150 lb steel washdown bench

Parts for the conveyor belt

Pump to pump sauce from 55gal drum up to the hopper

Sanitary tank/freight

Install conveyors for new building-3rd Installment

Multivac infeed conveyor extras

30% -final billing - Atlas Copco air compressor system

Installed R.O. system

Mechanical installation of air compressor

Multivac R230 S/N 1639 w/equipment

**In re CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                        Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Atlas Copco Activated Charcoal Filter

(2) Pasta Kettles

Stainless steel accumulation table-1st installment

Takeaway conveyor extras

Strapping machine-30% down payment

Strapping machine-balance paid

Packaging Machine

Conveyors for new building-down payment

Conveyors for new building

Seal bars for multivac

50% deposit Filting station for sauce applications

Modify metal detector conveyor

Ergo station/balancer assembly

Die for Mondini lidding machine-1st installment

Stainless steel accumulation table-Final payment

Gear drive mixer (2)

Sealing die-tool + freight

Die for Mondini lidding machine-Final payment + freight

Install electrical for conveyor

Kabota Scale

Printer Unicorn

Die for new Mondini Lidding Machine

Die for new Mondini Lidding Machine(50%w/shipmant

Model 5400-2

Mondini Tray Sealer

Labor/materials in install (6) long legs and (2) kettles

Install/start-up for boiler/water chiller/ (2) cooking kettles

McMaster Carr

Installation/training for Smartlase SL

Install of boiler, water chiller and (2) cooking kettles

Comp 5.4 STD SWKEY

Model Smartlase SL

Model Smartlase SL

Carton Eye Assembly/Endcoder Assembly

Scanner

OCU Assembly

Checkweigher, Model E3 MFR w/ Conveyor

Safeway Tray Die, Lidding Machine

Model 5400 -Lg Character Touch Dry Ink Jet System

Carton eye assem.

4 head print ststion ,control box

Model 5400 -Lg Character Touch Dry Ink Jet System

Buggy Tanks

Checkweigher, Model E3 MFR w/ Conveyor

Safeway Tray Die, Lidding Machine

New parts for new Markem equipment

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## Schedule B29 – Personal Property
(Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

SS Slider bed Conveyor

Installation of the new Markem equipment

Meter Umbilical

Meter Umbilical

100 Gal. Kettle Lid (2)

Mondini Cheese Depositor

Operator fed, adjustable carton-sealing

Checkweigher, Model E3 MFR w/ Conveyor

Machine / freight charges

Checkweigher, Model E3 MFR w/ Conveyor

Checkweigher, Model E3 MFR w/ Conveyor

Labor and materials to insulate copper

Machine / freight charges

Scanner Assembly

Machine / freight charges

Printhead 5x00 Series

Printhead 5x00 Series

Bulkhead fitting assem. Aluminium plug

Belt conveyor per our 1/5/04 quote

Setup printhead printer

Mondini Single Head

Carton eye assem.

Material/Install walkway and platform

Supply one Stainless Steel Chester-Jensen

Supply one Stainless Steel APV Crepaco Series W 50/50

Doboy Scotty Horizon. Wrapper

Shipment of Tools

Tooling for 300x600 s/n 1311/96

Printer Unicorn

Doboy model CBS-D Stainless steel cover continuous band sealer for verticalbagoper. R-L

Difforlidding machine for inv.11848(delivery charge)

Model T JR PKD

Doboy model CBS-D Stainless steel cover continuous band sealer for verticalbagoper. R-L

Doboy model CBS-D Stainless steel cover continuous band sealer for verticalbagoper. R-L

Blender - V2

Tooling for 300x600 s/n 1311/96 lidding machine

Automatic Filling System

Automatic Filling System

Automatic Filling System

Tooling for 300x600 s/n 1311/96 lidding machine

Rice belt

Machinery / freight charges

25'Convey System

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                          Debtor

# Schedule B29 – Personal Property
(Machinery, fixtures, equipment, and supplies used in business)

### Machinery, fixtures, equipment and supplies

Automatic Filling System-120cpm,3-8oz. Of pasta/rice( 40%down)
Safeline Microprocessor
Safeline detector
Safeline detector
Uniform Carton Taper w/top&bottom drive belts
Strapping Machine Model ROMP4-80/6
Refrigeration system heat recovery for domestic hot water
Conveyers for new mezzanine
Conveyers for new mezzanine
Conveyers for new mezzanine
Cat Pallet
Cat Pallet
computer combination weighers
robotic case packer/conveyors
platform, control panel, wiring
robotic case packer/conveyors
computer combination weighers
robotic palletizing machine
robotic palletizing machine
robotic case packer/conveyors
auto cartoner w/ smart belt
platform, control panel, wiring
filling/sealing machine
platform, control panel, wiring
sealing machines
robotic palletizing machine
filling/sealing machine
filling/sealing machine
steel scale platform
conveyor
conveyor
conveyor
platform, control panel, wiring
filling/sealing machine
platform, control panel, wiring
auto cartoner w/ smart belt
conveyor
platform, control panel, wiring
steel scale platform
conveyor
shaft charger
conveyor
electrical panel
platform, control panel, wiring
platform, control panel, wiring

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

conveyor
conveyor
stairs/handrail
stairs/handrail
conveyor
conveyor
electrical panel
spiral conveyors
conveyor
electrical panel
spiral conveyors
conveyor
conveyor
band sealers
band sealers
conveyor
steel stands/carts
platform, control panel, wiring
shaft charger/pallet jack
spiral conveyors
conveyor
metal detectors
conveyor
shaft charger/pallet jack
conveyor
conveyor
mounting blocks
reconditioned battery/charger
computer stands/conveyor part
panel/enclosure
computer stands/conveyor part
patch panel for racks
steel deck/ramp
computer stands/conveyor part
metal detector
enclosure
metal detectors
fuses/amps
motor/connectors
cryocool
mounting blocks
fuses/amps
fuses
motor/connectors
pipe support
racks/cabling

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

utility mounts

pipe support

sensors

pipe support

pipe support

sanitary supplies

sanitary supplies

freezer

freezer

freezer

post & teel

configured checkweighers

metal detectors

conveyors

weigher models

spiral freezer

spiral conveyor

robotic palletizing system

vffs machines

equipment vert b

plant power conversion

conveyor parts

control box

30% delivery equipment

30% delivery network switch

50% initial installation switch

sikaflex 227 grey

on/off switch for prod room

receptacle, angle bx, inlet

A-B 800TN310 protection ring

5 mini digital coax

machine plastic parts

Mechanical supplies

CAT pallet jack

Air dryer

custom made machine guards

prof fees

contactor

Mod Fushldr

cart w/ utility handle

ventilated steel shelf cabinet

steel wedge stud anchors

red, blue, black wires

mlt61 box

freight inv #2014736

gcp hardware new plant

In re **CONTESSA PREMIUM FOODS, INC.,**                         **Case No.** 2:11-bk-13454-PC
                              Debtor

## Schedule B29 – Personal Property
(Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

conveyor stops

fuses & links

ac motor speed control

corrosion lifting chain

CBS D band sealer

rack & cabling

bench, conv guide rail

50% installation Equip delivery

design and engineering

final installation

final installation

WIRE TRANSFER

continuous motion auto fill cartoner

conveyor system

new plant prod switches L#1

scanning and labeling equip.

scanning and labeling equip.

horizontal straight conveyors

technician services - kelly rutten

technician services - kelly rutten

spare parts

technician services - john h.

palletizing system charges

technician services - kelly rutten

technician services - kelly rutten

technician services - john hodge

technician services - ryan b.

technician services - adam grieg

technician services - john hodge

technician services - dave stern

spare parts

spare parts drive shaft, slide bed

freight charge

installation service - mark abney

installation service - travis ellis

installation service - mark abney

installation service - mark abney

installation service - kenny parker

robotic case packer

conveyors, csw, cabinet

meltric quick

computer & camera stands, light bars

conveyors

conveyor

installation - luis rivera

installation - luis rivera

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

installation - eugene sipin

freight charges

freight charges

freight charges

freight charges

control panel, weights, wiring, system conduit

main control panel and install

final deposit

tray filling & seal machine

MC9060 gun, MC9000 charger

bands - cbs-b, cbs-d

new plant panel line #6

punching tools & spring plt

siemens plc, brackets

hoffmans csd panel

SS plug 6" bucket

line 6 conveyor spd control

technician services - kelly rutten

conveyor, wiring and panels

case packing system

robotic case packer

equipment

20% down payment-checkweigher

30% 2nd down-checkweigher

high speed checkweight

equipment

SST Covers & Brackets/Prod

Custom engineered checkware

installation and start up

electrical start up

elevator bucket bump

bucket bkt assy

bumper bucket side

bumper bucket side

Setup Model SU3216-1

mech./service installation

engineer tasks

bucket, polycarbonat

bucket, polycarbonat

bucket, polycarbonat

vibra-motor

extra T&M - CRS, Inc.

extra T&M - Crescent

crescent systems

installation & start

bucket, polycarbonat

In re **CONTESSA PREMIUM FOODS, INC.,**                 **Case No.** 2:11-bk-13454-PC

               Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Kettles - 100% contr

Valves, steam lines

spiral conveyor - tax not charged earlier

panel view terminal

2mb Compact logix

Production Equipment


Old Office Beacon St.

Old Office Beacon St.

Old Office Drop Ceiling

Old Office Wire Light

Old Office Carpet

Old Office Linoleum in Kitchen

Marble (Entry)

Wall Coverings

Lighting

Humidifier

Exec. R. R. Shower

Drywall / Doors (Pacific Place)

Commercial Door

Blinds - Elite

Wall Vinyl

Wall Vinyl

Wall Fabric

Wall Fabric

Wall Fabric

Granite Tile

Lighting

Lobby Signage

Custom Carpet

Countertops - Faxes & Conference

Countertops - Lobby & Moving

Lobby Builtin & Misc.

Herman Weingand Cabinetry

Design Consulting Fees

Concrete Bases - Main Conf

Reception Area Elective Elements

Panel

Cabinetry

Cabinetry

Cabinetry

Demo Unit

Closet

Cherrywood Wall Unit

**In re CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                              Debtor

## Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Cherrywood Shelving

2 Built in Wall Shelves

Construction:Framing / Drywall / Doors / Acoustical Ceiling / Fire
Sprinklers / Insulation / Electrical Plumbing / HVAC / Plans &
Permits

Window Blinds

Granite

Tile

Granite

Down Lighting

Countertops Labor

Lights

EXEC Toilet Locks

Crown Moldings Base

Lobby Doors

Floor Seal

JZB Shower Door

Glass Door

Expansion Carpet

Expansion Wall Vinyl

New Area Carpet

New Area Wallpaper / Carpet

New Area Buildout

Glass Door

Tenant Improvement

Cabinet

Wallpaper

Carpet

Wall Coverings

Wall Coverings

Carpet Installation / Materials

Rubber Tile Material & Installation

Tenant Improvement

Expansion Area Carpet

Carpet

Carpet Deposit

New Space Consruction

New EMP Lounge Flooring

Rent / New Space Constr.

inv # 6-1722-20327-03

Pacific Place Assoc.

Countertops

Test Kitchen Cabinets / Countertop

Executive Reception Area Desk

Executive Reception Area Desk

Crown and Base Molding

In re **CONTESTA PREMIUM FOODS, INC.,**　　　　　　　　　**Case No.** 2:11-bk-13454-PC
　　　　　　　　　Debtor

# Schedule B29 – Personal Property
### (Machinery, fixtures, equipment, and supplies used in business)

**Machinery, fixtures, equipment and supplies**

Cabinet for R&D Kitchen

Tenant Improvement

Expansion Suite #850, Contessa

Expansion Suite #850

Expansion Suite #850

Office cabling for expansion

Expansion Suite #850

Additional cabling

Installed Electrical

Labor & material/complete tenant improvement

Labor & material/complete tenant improvement

Kitchen & Conference room improvements

Kitchen & Conference room improvements

Office Remodel

Category 5 Cabling (6 stations)

Office Thresholds

Provide power distribution cable for emergency network

Connect the cook tops in the kitchen-job#04cfp2

Tangramint interiors/partial billing-cabinet

Cabinet-storage

Lighting Fixtures

Lighting Fixtures 2nd paym.

engineering drawings

plants/mulch

engineering drawings

irrigation materials

irrigation materials

flowers

engineering drawings

plants

plants

new Plant Steel

service from 2/18-2/22

landscape maintenance may

conference room construction

freezer door strips

Partial Mezzanine install

relocate overhead line to underground

Mezz install, permit

service 10/2-10/16

Leasehold

**TOTAL**

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                          Debtor

# Schedule B30 - Personal Property
## (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 83333331 | STKR-STRNG ADHESIVE WHT 3 X 1" | 31050 |
| 83333332 | STKR-NET WT. 32OZ (2LBS)(907G) | 19767 |
| 83333333 | STKR-NET WT.24OZ (1.5lb)(680g) | 23410 |
| 83507100 | STKR-WHITE 2 X 1 | 35500 |
| 83507101 | STKR-WHITE 2.5 X 15/16 | 6360 |
| 83507102 | STKR-WHITE 3 X 1" | 11233 |
| 83507103 | STKR-WHITE 3 X 5" | 6920 |
| 83507111 | STKR-WHITE 1.5 X .5" | 97490 |
| 83507173 | STKR-WHITE 3.5" X 1.5" | 28266 |
| 83507175R | STKR-3/8"X2" Product of India. | 2450 |
| 83507176 | STKR-Product of Vietnam-with | 62766 |
| 83507180 | STKR-Product of Indonesia | 9385 |
| 83511140 | STKR-"SERVING PER CONTAINER" | 1840 |
| 83512049 | STKR-SCLP STKR MC | 6400 |
| 83512054 | STKR-CPTO STKR MC | 7000 |
| 83512055 | STKR-CPTO STKR MC | 5200 |
| 83512056 | STKR-PTOI STKR MC | 4800 |
| 83512057 | STKR-PTOI STKR MC | 4350 |
| 83593495 | STKR-"NET WT. 20 OZ" | 600 |
| 83593500 | STKR-NET WT. 16 OZ (454g) | 15919 |
| 83593501 | STKR-NET WT. 12 OZ (340g) | 16000 |
| 84102020 | BAG-ROTO  - PNDI 12OZ | 5000 |
| 84102040 | BAG-ROTO  - PNDI 1.5LB | 10020 |
| 84103020 | BAG-ROTO  - PTOI 12OZ | 5927 |
| 84103043 | BAG-ROTO  - PTOI 1.5LB (#5715) | 13205 |
| 84103045 | BAG-ROTO  - PTOI 1.5LB | 5330 |
| 84103048 | BAG-POLY CPTO 2 LB PRINTED | 10860 |
| 84103050 | BAG-ROTO  - PTOI 2 LB | 843 |
| 84103087NF | BAG-ROTO NAUTIFISH COOKED 2-lb | 2000 |
| 84103088NF | BAG-ROTO NAUTIFISH UNCOOK 2-lb | 5000 |
| 84104010 | BAG-ROTO  - CPND 8OZ | 5800 |
| 84104020 | BAG-ROTO  - CPND 12OZ | 12000 |
| 84104040 | BAG-ROTO  - CPND 1.5 LBS | 729 |
| 84104045 | BAG-ROTO  - CPND 1.5 LBS | 7009 |
| 84104050 | BAG-ROTO  - CPND 2 LB -50/70 | 24700 |
| 84105020 | BAG-ROTO  - CPTO 12OZ | 24320 |
| 84108020 | BAG-ROTO  - SCLP 12OZ | 22488 |
| 84111020 | BAG-CLEAR ZIPPER - SFD/ | 21000 |
| 84111025 | WRAP-5/16" BUBBLE 100' x 12" | 5 |
| 84113007 | BAG-POLY PLAIN 10.0X16.0 4.0MM | 17 |
| 84113010 | BAG-POLY PLAIN  7.0X10.0 3.5MM | 9006 |
| 84113013 | BAG-POLY PTOI 16/20 2-lb | 12 |
| 84113017 | BAG-POLY 18x20 10# 4 MIL | 1916 |
| 84113021 | BAG-POLY 18x24 10# 4 MIL | 3750 |
| 84113022 | BAG-POLY 7.0X10.0 3.0MM | 1000 |
| 84113023 | BAG-POLY Printed 8x10" 3mm 1LB | 4660 |
| 84113085 | BAG-POLY PLAIN  7.0X 8.5 | 30825 |
| 84113086 | BAG-POLY CONTESSA LOGO 7.5X8.5 | 20940 |
| 84113087 | BAG-POLY CONTESSA COOKED 2-lb | 5790 |

**In re CONTESSA PREMIUM FOODS, INC.,**  **Case No.** 2:11-bk-13454-PC
Debtor

## Schedule B30 - Personal Property
(List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 84113088 | BAG-POLY CONTESSA UNCOOK 2-lb | 55084 |
| 84113101 | BAG-POLY CO PTOI 16/20 2# POI | 314 |
| 84113103 | BAG-POLY CO PTOI 21/25 2# POI | 6573 |
| 84301020 | INNER CARTON-PNDI BLK | 3855 |
| 84301050 | INNER CARTON-CPTO BLK | 5631 |
| 84301060 | INNER CARTON-RETAIL CALAMARI | 13500 |
| 84301080 | INNER CARTON-ORANGE GINGER | 7842 |
| 84301101 | INNER CARTON-THAI CURRY SHRIMP | 2000 |
| 84301125 | INNER CARTON-WHISKEY JACK 10OZ | 4663 |
| 84301130 | INNER CARTON-MARSALA 12oz | 39102 |
| 84301153 | INNER CARTON-SHRP SCAMPI 10-oz | 36 |
| 84301154 | INNER CARTON-SHRP ON THE BAR-B | 3875 |
| 84401013 | MASTER CARTON-10-16 oz. COOKED | 28 |
| 84401020-OLD | MASTER CARTON-8/9 UNCOOKED-OLD | 1358 |
| 84401900 | M/C-10 LB GENERIC | 2400 |
| 84401907 | MASTER CARTON-4/2.5 LB COOKED | 545 |
| 84401913 | M/C-CONTESSA COOKED 12/20-OZ | 333 |
| 84401925 | M/C-10/12 oz CALAMARI | 1641 |
| 84401933 | M/C-Battered shrp -10/12 | 123 |
| 84401934 | M/C-Breaded shrp -10/12 | 110 |
| 84401937 | M/C-PC Gen-MAR/ORNG/SCAMP/BARB | 681 |
| 84401939 | M/C-CO Gen-THAI CURRY/COCONUT | 417 |
| 84401954 | MASTER CARTN-SHRP ON THE BAR-B | 890 |
| 84402010 | M/C-9# (6/1.5LB-12/12oz) SCLP | 206 |
| 84404010 | M/C-10/1 LB 70/110 CPND | 57 |
| 84404067 | M/C-CO GENERIC MILLENIUM TOP | 1015 |
| 84404068 | M/C-CO GENERIC MILLENIUM BTM | 761 |
| 84408002 | MASTER CARTON-12X12X12 20# | 1249 |
| 84408007 | MASTER CARTON-20X13X10 30# | 489 |
| 84408012 | MASTER CARTON-18X16X6 | 1075 |
| 84408013 | MASTER CARTON-14X10X6  10# | 120 |
| 95105410 | BAG- 40OZ GRILLED VEG. | 14861 |
| 95110002 | BAG-  CHKN FAJITA 8.2 | 340855 |
| 95110002FR | BAG-  CHKN FAJITA - FRENCH | 55690 |
| 95111033 | BAG-5# VEG MIX 31 W/ZPR | 44660 |
| 95111931 | BAG-FS GEN CHICKEN PARMESAN | 12510 |
| 95111938 | BAG-FS GEN CHICKEN PAD THAI | 12490 |
| 95111941 | BAG-FS GEN BEEF STIR-FRY GINGR | 13890 |
| 95111942 | BAG-FS GEN SPICY ORANGE BEEF | 13175 |
| 95112004 | BAG CHKN CHOW MEIN 20 OZ | 108500 |
| 95112013 | BAG ROTO CHKN FAJITA 8X10.5 | 61455 |
| 95112014 | BAG ROTO LEMON PEPPER | 44300 |
| 95112802 | BAG-GCM SHANGHAI STIR-FRY 36OZ | 53220 |
| 95112803 | BAG-GCM SHANGHAI STIR-FRY 56OZ | 10400 |
| 95112839CC | BAG-GCM SESAME CHICKEN CC 48oz | 12000 |
| 95112839SAM | BAG-GCM SESAME CHKN INNER POLY | 27475 |
| 95112870SAM | BAG- SESAME SHRIMP SAM | 135895 |
| 95112880 | BAG-MANGO CHUNK CONTESSA 6/5# | 14662 |
| 95113006 | BAG-POLY PLAIN  6.0X 8.0 2.0MM | 356675 |

In re **CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
                    Debtor

## Schedule B30 - Personal Property
(List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 95113012 | BAG-POLY PLAIN  9.0X12.0 2.0MM | 8495 |
| 95113017 | BAG-POLY PLAIN  8.0X10.0 2.0MM | 16915 |
| 95113018 | BAG-POLY PLAIN  7.0X10.0 2.0MM | 3095 |
| 95113019 | BAG-POLY PLAIN  8.0X12.0 3.0MM | 8995 |
| 95113036 | BAG-POLY PLAIN 30.0X36.0 4.0MM | 77 |
| 95114028 | BAG-CHKN CHOW MEIN | 37285 |
| 95114029 | BAG-CHKN FAJITA | 11780 |
| 95114041 | BAG-TERIYAKI BEEF STIRFRY | 22957 |
| 95114061 | BAG-SHRP STIR-FRY | 8000 |
| 95115402 | BAG- VEGETABLE STIR-FRY | 21358 |
| 95115406 | BAG- BROCCOLI BLEND | 5600 |
| 95115407 | BAG- BRUSSELS SPRT 16OZ | 39200 |
| 95115408 | BAG- BTTRNUT&SPNCH 16OZ | 21725 |
| 95115410 | BAG- GRILLLED VEGETABLE | 22700 |
| 95115413 | BAG- ASPRGS&ARTCHK 16OZ | 7225 |
| 95115416 | BAG- GARLIC & GINGER SF | 15217 |
| 95115417 | BAG- WILD RICE BLEND | 13567 |
| 95115432 | BAG- ORANGE CHICKEN | 900 |
| 95115439 | BAG- SESAME CHICKEN | 6365 |
| 95115441 | BAG- BEEF STIR-FRY | 10411 |
| 95115442 | BAG- SPICY ORANGE BEEF | 13785 |
| 95115468 | BAG- SHRIMP LO MEIN | 3382 |
| 95115502 | BAG ASIAN STIRFRY 16 OZ | 97000 |
| 95115532 | BAG CITRUS CHKN 20 OZ | 131900 |
| 95115741 | BAG-TOPCO BEEF STIRFRY | 925 |
| 95116831 | BAG- CHICKEN PARMESAN | 9780 |
| 95116838 | BAG- CHICKEN PAD THAI | 10890 |
| 95116841 | BAG- BEEF STIR-FRY GINGER | 8300 |
| 95116842 | BAG- SPICY ORANGE BEEF | 3250 |
| 95117021 | BAG- CHKN STIR-FRY | 6400 |
| 95117030R | BAG- GRILLED CHKN ALFREDO | 26960 |
| 95117031 | BAG- CHKN PARMESAN | 49595 |
| 95117041 | BAG- BEEF STIRFRY | 25600 |
| 95117061 | BAG- SHRP STIR-FRY | 22000 |
| 95117067 | BAG- SHRP FRIED RICE | 1400 |
| 95117073 | BAG- SHRP ASPARAGUS &PENNE | 64430 |
| 95117074 | BAG- SHRP LINGUINI | 2215 |
| 95117326 | BAG KUNG PAO CHICKEN | 4210 |
| 95117330 | BAG GRILLED CHKN ALFREDO | 8520 |
| 95117334 | BAG CHKN FLORENTINE | 8100 |
| 95117335 | BAG CHKN LINGUINE | 17400 |
| 95117355 | BAG BEEF & BROCCOLI | 13990 |
| 95117362 | BAG SHRP SCAMPI | 695 |
| 95117373 | BAG SHRP ASPARAGUS &PENNE | 34538 |

In re **CONTESSA PREMIUM FOODS, INC.,**                                **Case No.** 2:11-bk-13454-PC
                          Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 95117388 | BAG PORK CHOW MEIN | 914 |
| 95117392 | BAG SAUSAGE RIGATONI | 11200 |
| 95117530 | BAG- CHICKEN ALFREDO | 9650 |
| 95117531 | BAG- PARMESAN CHICKEN | 7566 |
| 95117534 | BAG- CHICKEN FLORENTINE | 9000 |
| 95117535 | BAG- CHICKEN LINGUINE | 11240 |
| 95117562 | BAG- SHRIMP SCAMPI | 4582 |
| 95117573 | BAG- SHRP ASPARAGUS &PENNE | 11500 |
| 95117592 | BAG- ITAL SAUSAGE RIGATONI | 6000 |
| 95119002 | BAG-POLY "WARNING DRY ICE!" | 6280 |
| 95119053 | BAG-POLY PLAIN  OPAQUE WHITE | 5881 |
| 95122821 | BAG-GCM CHKN STIR-FRY | 113478 |
| 95122822 | BAG-GCM CHKN VODKA PENNE | 4120 |
| 95122823 | BAG-GCM ROASTED CHKN | 20115 |
| 95122825 | BAG-GCM SWEET&SOUR CHKN 24-OZ | 23005 |
| 95122827 | BAG-GCM CHKN FRIED RICE | 46325 |
| 95122828 | BAG-GCM CHKN CHOW MEIN | 23000 |
| 95122829 | BAG-GCM CRISPY CHICKEN 24-OZ | 62600 |
| 95122832 | BAG-GCM ORANGE CHKN 24 OZ | 74707 |
| 95122836 | BAG-GCM CASHEW CHKN | 56537 |
| 95122839 | BAG-GCM SESAME CHKN 24 oz | 67210 |
| 95122841 | BAG-GCM BEEF STIR-FRY | 9800 |
| 95122842 | BAG-GCM ORANGE BEEF OTS 24-OZ | 61899 |
| 95122843 | BAG-GCM BEEF BOLOGNESE | 2115 |
| 95122852 | BAG-GCM MONGOLIAN BEEF | 60252 |
| 95122855 | BAG-GCM BROCCOLI BEEF 24-OZ | 14880 |
| 95122861 | BAG-GCM SHRP STIR-FRY | 23560 |
| 95122862 | BAG-GCM SHRP PRIMAVERA | 66265 |
| 95122865 | BAG-GCM SHRP SWEET&SOUR 24 OZ | 5572 |
| 95122866 | BAG-GCM SHRP MEDITRN 24 OZ | 39300 |
| 95122868 | BAG-GCM SHRP LO MEIN | 13510 |
| 95122879 | BAG-GCM GENERAL TSAO SHRIMP | 8000 |
| 95122882 | BAG-GCM PAELLA 22OZ | 29015 |
| 95122886 | BAG-GCM CRISPY PORK WITH TANGR | 39000 |
| 95122892 | BAG-GCM JAMBALAYA | 34580 |
| 95140000 | BAG/MS-PLAIN (FOR TESTING) | 9000 |
| 95140001 | BAG/MS-PLAIN 3.5" GUSSET | 859 |
| 95140002 | BAG/MS-PLAIN 9.75"+3.5" GUSSET | 10000 |
| 95140003 | BAG/MS-WHITE 8"x8" WITH ZIPPER | 2000 |
| 95141924 | BAG/MS-FS GEN BALSAMIC CHICKEN | 11880 |
| 95141935 | BAG/MS-FS GEN CHICKEN LINGUINI | 11890 |
| 95141962 | BAG/MS-FS GEN SHRIMP SCAMPI | 11430 |
| 95141973 | BAG/MS-FS GEN SHRIMP ASPARAGUS | 12370 |
| 95142920 | BAG/MS-GC CHICKEN MARSALA | 14130 |
| 95142930 | BAG/MS-GC CHICKEN ALFREDO | 10500 |
| 95142933 | BAG/MS-GC GARLIC CHKN PENNE | 27085 |
| 95142934 | BAG/MS-GC CHICKEN FLORENTINE | 24770 |
| 95142943 | BAG/MS-GC SPAGHETTI BOLOGNESE | 6000 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                      Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 95142962 | BAG/MS-GC SHRP SCAMPI LINGUINI | 4000 |
| 95142974 | BAG/MS-GC BALSAMIC GLAZE SHRMP | 25480 |
| 95142975 | BAG/MS-GC TIKKA MASALA SHRIMP | 8125 |
| 95142977 | BAG/MS-GC HONEY ROASTED SHRIMP | 9356 |
| 95142978 | BAG/MS-GC DRAGONTAIL SHRIMP | 6050 |
| 95142992 | BAG/MS-GC SAUSAGE RIGATONI | 73155 |
| 95144062 | BAG/MS-GARLIC SHRP SCAMPI | 6062 |
| 95144078 | BAG/MS-SPICY SHRIMP | 19688 |
| 95144093 | BAG/MS-SHRIMP WITH BACON | 26754 |
| 95145581 | BAG/MS RAVIOLI INBRODO 16OZ | 66000 |
| 95146824 | BAG/MS- BALSAMIC CHICKEN | 5950 |
| 95146862 | BAG/MS- SHRIMP SCAMPI | 10400 |
| 95146872 | BAG/MS- SHRP SCMPI 10.5OZ | 10500 |
| 95146873 | BAG/MS- SHRIMP ASPARAGUS | 11500 |
| 95146874 | BAG/MS- SHRP FLOR. 10.5OZ | 10915 |
| 95146876 | BAG/MS- TEQUILA LIM 9.0OZ | 11000 |
| 95146877 | BAG/MS- HONEY SHRP 10.5OZ | 11000 |
| 95146878 | BAG/MS- SWEETCHILI 10.5OZ | 10500 |
| 95212009R | BAG MXD VEG 1 LB | 92500 |
| 95213003 | R/S-POLY PLAIN 2.5MM 14.88" | 570200.95 |
| 95213095 | R/S-MYLAR 100 OL2, 8.5" WEB | 1132244.187 |
| 952130BW | R/S-FORMING BTM WEB 4 MIL | 54.3 |
| 952130TW | R/S-NON FORMING TOP WEB 3 MIL | 11.8 |
| 95213101 | R/S-MYLAR 100 RL 32,8.5" | 18253 |
| 95213195 | R/S-MYLAR 100 OL2, 34" WEB | 686091.432 |
| 95213197 | R/S-MYLAR 100 RL 32, 34" | 123989 |
| 95215003 | R/S-MICROWAVABLE 2.8MM 14.88" | 616541.951 |
| 95216095R | R/S-TOPLEX HB PET 40, 8.5" WEB | 52477 |
| 95216195R | R/S-TOPLEX HB PET 40, 34" WEB | 106665 |
| 95302827 | INNER CTN-CHKN FRIED RICE 1 KG | 3773 |
| 95302839 | INNER CTN-SESAME CHKN 48-OZ | 6294 |
| 95303409 | SLEEVE- CASHEW CHKN | 180000 |
| 95303410 | SLEEVE- CASHEW CHKN FRENCH | 1060 |
| 95303415 | SLEEVE- CHEDDAR OMELET | 120280 |
| 95303416 | SLEEVE- CHEDDAR OMELET (FR) | 97500 |
| 95303417 | INNER CTN- CHKN & POTATO | 209372 |
| 95303418 | INNER CTN- CHKN & POTATO FR | 113360 |
| 95305032 | SLEEVE- BEEF CHOW MEIN | 176960 |
| 95305033 | SLEEVE- BEEF CHOW MEIN FR | 133709 |
| 95305034 | INNER CTN- PIZZA | 17325 |
| 95305035 | INNER CTN- PIZZA (FRENCH) | 43905 |
| 95305036 | SLEEVE- LASAGNA | 161220 |
| 95305037 | SLEEVE- LASAGNA FR | 61500 |
| 95308000 | BOWL-CPET BLACK 6.3"D x 1.5"H | 295205 |
| 95308005 | TRAY-PRESSWARE #5613R RICH | 750629 |
| 95308006 | TRAY-PRESSWARE #5617-21 DEEP | 449970 |
| 95308010 | TRAY-PRESSWARE #6815 | 170392 |
| 95308011 | TRAY-PRESSWARE #6821 | 4031 |
| 95401811 | M/C-GENERIC 10.5-OZ 12-PACK | 1845 |

In re **CONTESTA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                  Debtor

## Schedule B30 - Personal Property
(List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 95402806 | M/C-GCM GENERIC 36 OZ 6-PACK | 2324 |
| 95402807BTM | M/C-GCM SESAME 48 OZ 8-PK BTM | 2388 |
| 95402807TOP | M/C-GCM SESAME 48 OZ 8-PK TOP | 2850 |
| 95402808 | M/C-GCM 56 OZ 8-PACK | 110 |
| 95403424 | M/C- GENERIC 24-PK | 17500 |
| 95404007 | M/C-GENERIC 6/5 | 280 |
| 95404012 | M/C-GENERIC 6/2 LB | 2350 |
| 95404020 | M/C-MANGO CHUNKS 12/1 | 1135 |
| 95404037 | M/C-SHG VEG 8/5# TOP | 6 |
| 95404038 | M/C-SHG VEG 8/5# BTM | 300 |
| 95404075 | M/C- GENERIC 24 OZ 9-PACK | 118 |
| 95404078 | M/C-GCM GENERIC 6 PKS | 13069 |
| 95404079 | M/C-GC MICRO STEAM 9-OZ 6 PKS | 1851 |
| 95404080 | M/C- GENERIC 24 OZ (CC) | 652 |
| 95404081 | M/C- GENERIC 24 OZ (CC) LID | 714 |
| 95404085 | M/C-CHKN FRIED RICE DISP. BTM | 550 |
| 95404100 | M/C-E-COMMERCE GRN 16X12.75X11 | 261 |
| 95404101 | M/C-MANGO CHUNKS 6/5 | 1237 |
| 95404111 | M/C-CLUB BTM USA | 1820 |
| 95404112 | M/C-GENERIC TOP 16/35.27 OZ | 1759 |
| 95405400 | M/C- GENERIC 6-10 PACK | 600 |
| 95405433 | M/C- GENERIC 6/40-OZ | 37 |
| 95406055 | M/C, GENERIC | 1500 |
| 95406116 | M/C-6 PKS GENERIC | 546 |
| 95406117 | M/C-MICROSTEAM 6 PKS | 600 |
| 95406172 | M/C- 6 PK GENERIC | 821 |
| 95406501 | M/C-WHOLE FOOD GENERIC | 133 |
| 95407019 | M/C- PIZZA Generic | 189 |
| 95407023 | M/C- GENERIC | 4396 |
| 95407023G | M/C-TRAY 30 PACK GENERIC | 3262 |
| 95407033 | M/C- BOWL 30-PK GENERIC | 764 |
| 95407033G | M/C-PLAIN BOWL 30-PK GENERIC | 185 |
| 95407300 | M/C GENERIC | 406 |
| 95408024 | M/C-PLAIN 24.37X15.87X6.5 | 532 |
| 95408025 | M/C-PLAIN 17.5X11.5X7.5 | 1212 |
| 95409001 | M/C-DIVIDER PAD for 95404082 | 171 |
| 95409002 | DIVIDER PAD-DRY ICE 11X14 | 1403 |
| 95409003 | M/C-DIVIDER PAD for 95404083 | 419 |
| 95409004 | M/C-DIVIDER PAD for 95404085 | 582 |
| 95409021 | MYLAR INSULATION 1-BTM,SID,TOP | 472 |
| 95409202 | MYLAR INSULATION 2-SIDES | 471 |
| 95652834 | STKR-Chkn w/Dumplings Tray | 10460 |
| 95652850VER1 | STKR-Beef Stew Tray #57106 | 3020 |
| 95652887VER1 | STKR-Teriyaki Pork Tray #52204 | 2900 |
| 95652887VER2 | STKR-Teriyaki Pork Tray #06224 | 4765 |
| 95662860 | STKR-GCM SHRIMP & ORZO BOWL | 6140 |
| 95662950R | STKR-MS BEEF STEW INGR. SAUCE | 7500 |
| 95663087 | STKR-BIG BOY SALMON MICRO-STM | 1233 |
| 95672840 | STKR-On-Pack Yoga DVD Promo | 176745 |

In re **CONTESSA PREMIUM FOODS, INC.,**　　　　　　**Case No.** 2:11-bk-13454-PC
　　　　　　Debtor

## Schedule B30 - Personal Property
(List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 95674237 | INSERT-"NEW @ Contessa" | 1320 |
| 95674240 | STKR-On-Pk Pamphlet Better | 18264 |
| 95899007 | FILM-SSN'G, PLAIN  8" WEB | 20432750 |
| 95900005 | LAYER/SLIP SHEET | 236 |
| 95900006 | LAYER/SLIP SHEET-SINGLE PAK | 855 |
| 95900007 | LAYER/SLIP SHEET #1412CB | 242 |
| 95900008 | LAYER/SLIP SHEET for 95404082 | 52 |
| 95900009 | LAYER/SLIP SHEET for 95404083 | 28 |
| 95900010 | PALLET CAP | 108 |
| 95900011 | PALLET CAP - SINGLE PAK | 284 |
| 95900012 | PALLET CAP - Size for 95404082 | 20 |
| 95900013 | PALLET CAP - Size for 95404083 | 7 |
| 95900020 | CORNER POSTS (V-BOARDS) | 890 |
| 95900021 | V-BOARDS for 95404082 | 95 |
| 000607EA02 | HOSO U7 - 6/7 pc/lb, 2 lb | 10 |
| 000810EA02 | HOSO U10 - 8/10 pc/lb, 2 lb | 3 |
| 030608EA25 | HLSC  6/ 8 1/2.5LB HL Shellcut | 3 |
| 030812EA25 | HLSC  8/12 1/2.5LB HL Shellcut | 4 |
| 031315EA25 | HLSC 13/15 1/2.5LB HL Shellcut | 3 |
| 031620EA25 | HLSC 16/20 1/2.5LB HL Shellcut | 4 |
| 110406EA02 | PTOI  4/ 6 1/2 LB | 2 |
| 110608EA02 | PTOI  6/ 8 1/2 LB | 1 |
| 110608EA25 | PTOI  6/ 8 2.5 lb | 4 |
| 110810EA02 | PTOI  8/10 1/2 LB | 6 |
| 110810EA25 | PTOI  8/10 2.5 lb | 1 |
| 110812EA02 | PTOI  8/12 1/2 LB | 3 |
| 110812EA25 | PTOI  8/12 2.5 lb | 1 |
| 111113EA02 | PTOI 11/13 1/2 LB | 3 |
| 111113EA25 | PTOI 11/13 2.5 lb | 1 |
| 111315EA05MTO | PTOI 13/15 1/5 lb - | 2 |
| 111620EA01WFB | PTOI 16/20 1/1 lb | 13 |
| 111620EA02 | PTOI 16/20 1/2 lb | 3 |
| 111620EA02LS | PTOI 16/20 1/2 LB Lower Sodium | 4 |
| 112125EA02 | PTOI 21/25 1/2 lb | 7 |
| 112125EA05 | PTOI 21/25 5 lb | 2 |
| 112630EA01WFB | PTOI 26/30 1/1 lb | 45 |
| 112630EA02 | PTOI 26/30 1/2 LB | 3 |
| 112630EA05MTO | PTOI 26/30 1/5 lb - | 3 |
| 112630EA12 | PTOI 26/30 12 oz | 1 |
| 113140EA02 | PTOI 31/40 1/2 LB | 7 |
| 113140EA12 | PTOI 31/40 12 oz | 2 |
| 122630EA02 | PTOI 26/30 1/2 LB - BUTTERFLY | 4 |
| 144150EA01WFB | PTOI 41/50 1/1 lb | 21 |
| 144150EA02 | PTOI 41/50 1/2 LB | 2 |
| 144150EA05MTO | PTOI 41/50 1/5 LB - | 3 |
| 144150EA12 | PTOI 41/50 12 oz | 9 |
| 144150EA15 | PTOI 41/50 1.5 lb | 5 |
| 145160EA12 | PTOI 51/60 12 oz | 11 |
| 145160EA15 | PTOI 51/60  1.5 lb | 7 |

In re <u>CONTESSA PREMIUM FOODS, INC.,</u>                    **Case No.** 2:11-bk-13454-PC
                        Debtor

## Schedule B30 - Personal Property
(List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 161620EA02 | PNDI 16/ 20 1/2 LB | 22 |
| 162125EA02 | PNDI 21/ 25 1/2 LB | 14 |
| 162630EA02 | PNDI 26/ 30 1/2 LB | 3 |
| 163135EA02 | PNDI 31/ 35 1/2 LB | 4 |
| 163140EA16MD | PNDI 31/40 1/16-oz Market Day | 6 |
| 201315EA02 | CPTO 13/15 1/2 LB | 5 |
| 201620EA02 | CPTO 16/20 1/2 LB | 3 |
| 202125EA02 | CPTO 21/25 1/2 lb | 4 |
| 202630EA01WFB | CPTO 26/30 1/1 lb | 24 |
| 202630EA02 | CPTO 26/30 1/2 LB | 2 |
| 202630EA12 | CPTO 26/30 12 oz | 8 |
| 202630EA22MD | CPTO 26/30 1/22-oz Market Day | 9 |
| 203140EA02 | CPTO 31/40 1/2 LB | 5 |
| 203140EA12 | CPTO 31/40 12 oz | 9 |
| 203140EA15 | CPTO 31/40 1.5 lb | 8 |
| 431116EA05CMS | PNDI 110/160 5 lb | 2 |
| 434160EA01WFB | PNDI 41/ 60 1/1 lb | 31 |
| 435160EA02 | PNDI 51/ 60 1/2 LB | 4 |
| 436170EA02 | PNDI 61/ 70 1/2 lb | 2 |
| 436170EA12 | PNDI 61/ 70 1/12 oz | 7 |
| 437190EA02 | PNDI 71/ 90 1/2 lb | 4 |
| 437190EA12 | PNDI 71/ 90 1/12 oz | 11 |
| 4390110EA02 | PNDI 90/110 2 lb | 4 |
| 439013EA05 | PNDI 90/130 1/5 lb | 2 |
| 454150EA02 | CPTO 41/50 1/2 LB | 4 |
| 454150EA05MTO | CPTO 41/50 1/5 LB - | 1 |
| 454150EA12 | CPTO 41/50 12 oz | 20 |
| 454150EA25 | CPTO 41/50 2.5 lb | 1 |
| 454160EA01WFB | CPTO 41/60 1/1 lb | 27 |
| 454160EA12 | CPTO 41/60 12 oz | 14 |
| 454160EA15 | CPTO 41/60 1.5 lb | 5 |
| 456170EA15 | CPTO 61/70 1.5 lb | 10 |
| 471116EA02 | CPND 110/160 1/2 lb | 3 |
| 471116EA05MTO | CPND 110/160 1/5 LB - | 3 |
| 471116EA08 | CPND 110/160 1/8 oz | 10 |
| 471116EA12 | CPND 110/160 1/12 oz | 8 |
| 471116EA15 | CPND 110/160 1/1.5 lb | 3 |
| 471525EA02 | CPND 150/250 1/2 LB | 2 |
| 474150EA02 | CPND 41/ 50 1/2 LB | 4 |
| 474150EA05 | CPND 41/ 50 1/5 lb | 1 |
| 475070EA02 | CPND 50/ 70 1/2 lb | 12 |
| 475070EA12 | CPND 50/ 70 1/12 oz | 19 |
| 477011EA01WFB | CPND 70/110 1/1lb | 39 |
| 477011EA02 | CPND 70/110 1/2 LB | 2 |
| 477011EA12 | CPND 70/110 12 oz | 12 |
| 494150EA05 | CHLSI 41/50 5 lb | 3 |
| 495160EA05 | CHLSI 51/60 5 lb | 1 |
| 50PL61TOEA16 | CPTO 61/70 DBL PLTR 16 oz-NEW | 5 |
| 50PL78TOEA10 | CPTO 78/84 MINI PLTR 10 oz NEW | 12 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                          Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 53SCAMPIEA02 | ENROBED SHRIMP SCAMPI, 2 LB | 1 |
| 53WHISKEYEA10 | ENROBED WHISKEYJACK SHRP 10 oz | 8 |
| 54BB2630EA11 | SHRP BAR-B,BTTFLY,ITALN,11 oz | 3 |
| 554150EA05 | BATTERED 41/50 SHRIMP 1/5 OZ | 107 |
| 55BDCOCONUTEA11 | LT BD COCONUT SHRIMP, 11 oz | 6 |
| 55BDTHCURRYEA11 | LT BD THAI CURRY SHRIMP 11 oz | 13 |
| 55BTMARSALAEA12 | LT BTD MARSALA SHRP, 12 oz | 11 |
| 55BTORANGE1EA12 | LT BTD ORANGE SHRIMP, 12 oz | 11 |
| 56BALSMICEA09 | SHRP-BALSAMIC GLZ MICRSTM 9 OZ | 14 |
| 56DRAGNTLEA09 | SHRP-DRAGON TAIL MICRSTM 9 OZ | 1 |
| 56HNYRSTDEA09 | SHRP-HONEY ROASTD MICRSTM 9 OZ | 3 |
| 56TIKKAMSEA09 | SHRP-TIKKA MASALA MICRSTM 9 OZ | 34 |
| 65MAHI20EA | FISH-MAHI MAHI FILLET, 3 LB | 3 |
| 65WAHOO20EA | FISH-WAHOO FILLET, 4 LB | 2 |
| 701215EA12 | SCLP 120/150 12 oz | 20 |
| 708012EA12 | SCLP 80/120 12 oz | 6 |
| 71CLMREA12S | RET CALAMARI 12OZ-4OZ SAUCE | 4 |
| 90110EA2 | MUSHROOM-SHIITAKE  2 lb | 38 |
| 90120EA2 | MUSHROOM-GOURMET  2 lb | 16 |
| 90133500EA | VEG-MIXED,1 LB | 14 |
| 90159240EA | VEG MIX - SHG #31, 5 lb | 2 |
| 902802EA36 | VEG-SHG STIR-FRY GCM 1/36oz | 1 |
| 902821EA24 | CHKN-STIRFRY  1.5 lb | 1 |
| 902822EA22 | CHKN-VODKA PENNE  22 oz | 2 |
| 902825EA24 | CHKN-SWEET&SOUR GCM OTS 1/24oz | 86 |
| 902826EA24 | CHKN-KUNG PAO GCM OTS 1/24-oz | 146 |
| 902827EA24 | CHKN-FRIED RICE  1.5 lb | 5 |
| 902828EA24 | CHKN-CHOW MEIN  1.5 lb | 1 |
| 902829EA24 | CHKN-CRISPY GCM OTS 1/24-oz | 2 |
| 902832EA24 | CHKN-ORANGE  1.5 lb | 4 |
| 902839EA24 | CHKN-SESAME  1.5 lb | 5 |
| 902839EA48CC2 | CHKN-SESAME GCM 1/48 OZ CLUB | 15 |
| 902841EA24 | BEEF-STIRFRY  1.5 lb | 2 |
| 902842EA24 | BEEF-ORANGE GCM OTS 1/24-oz | 101 |
| 902852EA24 | BEEF-MONGOLIAN  1.5 lb | 1 |
| 902855EA24 | BEEF-BROCCOLI GCM OTS 1/24-oz | 67 |
| 902861EA24 | SHRP-STIRFRY  1.5 lb | 4 |
| 902862EA22 | SHRP PRIMAVERA  22 oz | 4 |
| 902863EA24 | SHRP-MEDITRN  1.5 lb | 5 |
| 902879EA35CC | SHRP-GEN. TSAO MEX. 1/1 KG | 10 |
| 902882EA22 | PAELLA  22 oz | 2 |
| 902886EA24 | PORK-TANGERINE GCM 24 OZ | 116 |
| 902892EA24 | JAMBALAYA  1.5 lb | 9 |
| 902915EA10 | VEG-TROP BROWN RICE STM 10 OZ | 75 |
| 902917EA10 | VEG-RICE & GRDN VEG STM 10 OZ | 164 |
| 902920EA20 | CHKN-MARSALA MICROSTM 20 OZ | 34 |
| 902933EA20 | CHKN-GARLIC PENNE STM 20 OZ | 29 |
| 902934EA20 | CHKN-FLORENTINE MICROSTM 20 OZ | 2 |
| 902942EA20 | BEEF-CADILLAC CHILI STM 20 OZ | 5 |

**In re** **CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
                    Debtor

# Schedule B30 - Personal Property
## (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 902943EA20 | BEEF-SPAGH BOLOGNS STM 20 OZ | 10 |
| 902950EA20 | BEEF-BURGUNDY MICROSTM 20 OZ | 65 |
| 902962EA20 | SHRP-SCAMP LINGUINI STM 1/20OZ | 3 |
| 902973EA20 | SHRP-ITALIAN PASTA STM 20 OZ | 132 |
| 902992EA20 | SAUSAGE-RIGATONI MICRSTM 20 OZ | 3 |
| 903007EA03 | VEG-BIG BOY BLEND STM 3 OZ | 369 |
| 903007EA06 | VEG-BIG BOY BLEND 1/6 OZ | 40 |
| 90315400EA | VEG-SHG STIR-FRY GCM 1/56oz | 14 |
| 903411EA85 | LASAGNA,  8.5 oz | 14 |
| 903434EA73 | CHKN & CHEESY POTATO  BOWL | 28 |
| 903436EA76 | CHKN-CASHEW  7.6 oz | 8 |
| 90346030EA | BEEF-CHOW MEIN,  7oz | 1 |
| 90348030EA | PIZZA-RISING DOUGH,5.4 oz | 14 |
| 903496EA72 | OMELET-CHEDDAR  1/7.2 oz | 26 |
| 904028EA23 | CHKN-CHOW MEIN 1/23 oz | 1 |
| 904029EA24 | CHKN-FAJITAS 1/24 oz | 2 |
| 904078EA11 | SHRP-SPICY  SW STEAM 1/10.5 OZ | 2 |
| 905352EA24 | BEEF-BLACK PEPPRCORN BG 1/24OZ | 1 |
| 905402EA24 | VEG-STIR-FRY  1/24 OZ | 2 |
| 905404EA16 | GREEN BN BLEND  1/16OZ | 6 |
| 905406EA16 | BROCCOLI BLEND 1/16 OZ | 6 |
| 905407EA16 | BRUSSELS SPROUTS  1/16 | 7 |
| 905408EA16 | BUTTERNUT SQUASH  1/16 | 6 |
| 905410EA16 | GRILLED VEGGIE  1/16OZ | 5 |
| 905410EA40 | GRILLED VEGGIE  1/40 OZ | 5 |
| 905416EA16 | GINGER STIR-FRY  1/16OZ | 2 |
| 905417EA20 | WILD RICE BLEND  1/20OZ | 2 |
| 905432EA24 | CHKN-ORANGE  1/24 OZ | 1 |
| 905439EA24 | CHKN-SESAME  1/24 OZ | 4 |
| 905441EA20 | BEEF-STIR-FRY  1/20 OZ | 4 |
| 905442EA24 | BEEF-ORANGE  1/24 OZ | 1 |
| 905468EA20 | SHRP-LO MEIN  1/20 OZ | 6 |
| 905502EA16 | VEG-ASIAN STIRFRY,16 oz | 16 |
| 906824EA24 | CHKN-BALSAMIC  STM 1/24oz | 6 |
| 906831EA24 | CHKN-PARMESAN  1/24 oz | 7 |
| 906835EA24 | CHKN-LINGUINE  STM 1/24oz | 17 |
| 906838EA24 | CHKN-PAD THAI  1/24 oz | 1 |
| 906841EA24 | BEEF-GING STIRFRY  1/24oz | 9 |
| 906842EA24 | BEEF-SPICY ORANGE  1/24oz | 1 |
| 906862EA24 | SHRP-SCAMPI  STM 1/24 oz | 11 |
| 906873EA24 | SHRP-ASPARAGUS  STM 1/24 | 7 |
| 906876EA09 | SHRP-TEQUILA LIME STM  EA | 11 |
| 906877EA11 | SHRP-HONEY ROASTED STM | 3 |
| 906878EA11 | SHRP-SWEET CHILI STM | 11 |
| 907021EA24 | CHKN-STIRFRY  1.5 lb | 2 |
| 907041EA24 | BEEF-STIRFRY  1.5 lb | 5 |
| 907074EA24 | SHRP-LINGUINI  1.5 lb | 3 |
| 907326EA24 | CHKN-KUNG PAO  1/24 OZ | 1 |
| 907330EA24 | CHKN-ALFREDO  1.5 lb | 5 |

In re **CONTESSA PREMIUM FOODS, INC.,**          Case No. 2:11-bk-13454-PC
                  Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 907335EA24 | CHKN-LINGUINE  1.5 lb | 4 |
| 907355EA24 | BEEF & BROCCOLI  1/24 OZ | 5 |
| 907362EA24 | SHRP-SCAMPI  1.5 lb | 4 |
| 907373EA24 | SHRP-ASPARAGUS  1.5 lb | 1 |
| 907388EA24 | PORK-CHOW MEIN  1/24 OZ | 4 |
| 907392EA24 | SAUSAGE-RIGATONI  1.5 lb | 3 |
| 907530EA24 | CHKN-ALFREDO  1/24 OZ | 2 |
| 907531EA24 | CHKN-PARMESAN  1/24 OZ | 2 |
| 907562EA24 | SHRP-SCAMPI  1/24 OZ | 4 |
| 907592EA24 | SAUSAGE-RIGATONI  1/24 OZ | 2 |
| 0006070502EC | HOSO   6/  7  5/2LB E-COMMERCE | 15 |
| 0306080425EC | HLSC  6/ 8 4/2.5 LB E-COMMERCE | 17 |
| 5541500205 | BATTERED 41/50 SHRIMP 2/5-lb | 594 |
| 55BTMARSALA1012 | LT BTD MARSALA SHRP, 10/12 OZ | 1270 |
| 56BALSMIC0609 | SHRP-BALSAMIC GLAZE STM 6/9 OZ | 494 |
| 56DRAGNTL0609 | SHRP-DRAGON TAIL STM 6/9 OZ | 271 |
| 56HNYRSTD0609 | SHRP-HONEY ROASTED STM 6/9 OZ | 44 |
| 56TIKKAMS0609 | SHRP-TIKKA MASALA STM 6/9 OZ | 246 |
| 90133500R | VEG-MIXED,20/16 OZ | 4029 |
| 90159240 | VEG MIX - SHG #31, 8/5 LB | 331 |
| 9018030605 | VEG-INT'L BLEND FS 6/5 LB | 477 |
| 9028020636 | VEG-SHG STIR-FRY GCM 6/36oz | 1653 |
| 9028210624 | CHKN-STIRFRY GCM 6/24 OZ | 6042 |
| 9028220622 | CHKN-VODKA PENNE GCM 6/22 OZ | 1595 |
| 9028250624 | CHKN-SWEET&SOUR GCM OTS 6/24OZ | 1524 |
| 9028270624 | CHKN-FRIED RICE GCM 6/24 OZ | 3864 |
| 9028280624 | CHKN-CHOW MEIN GCM 6/24 OZ | 2164 |
| 9028290624 | CHKN-CRISPY GCM OTS 6/24 OZ | 1660 |
| 9028320624 | CHKN-ORANGE GCM 6/24 OZ | 6097 |
| 9028390624 | CHKN-SESAME GCM 6/24 OZ | 4169 |
| 9028390848CC2 | CHKN-SESAME GCM 8/48 OZ CLUB | 394 |
| 9028410624 | BEEF-STIRFRY GCM 6/24 OZ | 1448 |
| 9028420624 | BEEF-ORANGE GCM OTS 6/24 OZ | 1638 |
| 9028500624 | BEEF-STEW BURGUNDY GCM 6/24 OZ | 49 |
| 9028503006 | BEEF-VEG. STEW GCM 30/6 OZ | 4374 |
| 9028520624 | BEEF-MONGOLIAN GCM 6/24 OZ | 714 |
| 9028520924 | BEEF-MONGOLIAN  9/24 OZ | 25 |
| 9028550624 | BEEF-BROCCOLI GCM OTS 6/24 OZ | 1175 |
| 9028610624 | SHRP-STIRFRY GCM 6/24 OZ | 7175 |
| 9028620622 | SHRP PRIMAVERA GCM 6/22 OZ | 3216 |
| 9028630624 | SHRP-MEDITRN GCM 6/24 OZ | 265 |
| 9028650624 | SHRP-SWEET&SOUR GCM 6/24 OZ | 1264 |
| 9028790624 | SHRP-GENERAL TSAO GCM 6/24 OZ | 480 |
| 9028791235CC | SHRP-GEN. TSAO MEX. 12/1 KG | 233 |
| 9028820622 | PAELLA GCM 6/22 OZ | 1242 |
| 9028860624 | PORK-CRISPY TANGERINE 6/24 OZ | 2371 |
| 9028920624 | JAMBALAYA GCM 6/24 OZ | 1518 |
| 9029131224 | ARTICHOKE-GCM STM 12/24 OZ | 117.751 |
| 9029200620 | CHKN-MARSALA STM 6/20 OZ | 759 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                              Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 9029300620 | CHKN-ALFREDO STM 6/20 OZ | 1564 |
| 9029330620 | CHKN-GARLIC PENNE STM 6/20 OZ | 1823 |
| 9029340620 | CHKN-FLORENTINE STM 6/20 OZ | 1394 |
| 9029430620 | BEEF-SPAGH BOLOGNS STM 6/20 OZ | 371 |
| 9029620620 | SHRP-SCAMP LINGUINI STM 6/20OZ | 1439 |
| 9029920620 | SAUSAGE-RIGATONI STM 6/20 OZ | 1334 |
| 9030076006 | VEG-BIG BOY BLEND 60/6 OZ | 108 |
| 9030871207 | SALMON-BIG BOY STEAM 12/6.68OZ | 176 |
| 90315400 | VEG-SHG STIR-FRY GCM 8/56oz | 236 |
| 90340430R | CHKN-CHOW MEIN, 18/20oz | 3653 |
| 9034113085 | LASAGNA, 30/8.5 oz | 1622 |
| 9034113085C | LASAGNA, FR 30/8.5 oz | 570 |
| 9034293055C | PIZZA-BBQ CHKN,FR 30/5.45OZ | 143 |
| 9034343073 | CHKN & CHEESY POTATO  BOWL | 4054 |
| 9034343073C | CHKN & CHEESY POTATO  FR | 714 |
| 9034363076 | CHKN-CASHEW  30/7.6 OZ | 2096 |
| 9034363076C | CHKN-CASHEW,FR, 30/7.6 OZ | 449 |
| 90346030 | BEEF-CHOW MEIN, 30/7oz | 5559 |
| 90346030C | BEEF-CHOW MEIN, FR 30/7oz | 1314 |
| 90348030 | PIZZA-RISING DOUGH,30/5.4OZ | 1984 |
| 90348030C | PIZZA-RISING DOUGH,FR 30/ | 818 |
| 9034963072 | OMELET-CHEDDAR  30/7.2 oz | 6759 |
| 9034963072C | OMELET-CHEDDAR  FR 30/7.2oz | 1237 |
| 90361020 | CHKN-FAJITA,  20/8.2 OZ | 4139 |
| 90361020C | CHKN-FAJITA,  FR 20/8.2 OZ | 1302 |
| 90380800R | SHRP&VEG- W/LEMON,20/16OZ | 4344 |
| 9040280623 | CHKN-CHOW MEIN 6/23 OZ | 832 |
| 9040290624 | CHKN-FAJITAS 6/24 OZ | 1805 |
| 9040410624 | BEEF-TERIYAK STFY 6/24 OZ | 753 |
| 9040610624 | SHRIMP-STIRFRY 6/24 OZ | 2263 |
| 9054020622 | VEG-STIR-FRY  6/24 OZ | 250 |
| 9054040816 | GREEN BN BLEND  8/16 OZ | 837 |
| 9054060816 | BROCCOLI BLEND  8/16OZ | 755 |
| 9054070816 | BRUSSELS SPROUTS&BACON | 712 |
| 9054080816 | BUTTERNUT SQUASH & BBY SPINACH | 1357 |
| 9054100640 | GRILLED VEGGIE  6/40 OZ | 971 |
| 9054100816 | GRILLED VEGGIE  8/16 OZ | 540 |
| 9054130816 | ASPARAGUS & ARTICHOKES | 1107 |
| 9054160816 | GINGER STIR-FRY  8/16OZ | 99 |
| 9054170820 | WILD RICE BLEND  8/20OZ | 520 |
| 9054320624 | CHKN-ORANGE  6/24 OZ | 910 |
| 9054390624 | CHKN-SESAME  6/24 OZ | 651 |
| 9054410620 | BEEF-STIR-FRY  6/20 OZ | 490 |
| 9054420624 | BEEF-ORANGE  6/24 OZ | 516 |
| 9054680620 | SHRP-LO MEIN  6/20 OZ | 1138 |
| 9055022016 | VEG-ASIAN STIRFRY,20/16 OZ | 2879 |
| 9055321820 | CHKN-CITRUS18/20 OZ | 1217 |
| 90555500R | CHKN-FAJITA,20/16 OZ | 181 |
| 9055812416 | RAVIOLONE-BRODO STM24/16oz | 1452 |

In re **CONTESSA PREMIUM FOODS, INC.,**                          **Case No.** 2:11-bk-13454-PC
                                    Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 9057410925 | BEEF-STIRFRY, TOPCO 9/25 OZ | 442 |
| 9057610925 | SHRP-STIRFRY, TOPCO 9/25 OZ | 260 |
| 9068241224 | CHKN-BALSAMIC STM 12/24 | 33 |
| 9068311224 | CHKN-PARMESAN 12/24 | 261.547 |
| 9068351224 | CHKN-LINGUINE STM 12/24 | 324 |
| 9068381224 | CHKN-PAD THAI 12/24 OZ | 364.834 |
| 9068411224 | BEEF-GING STIRFRY 12/24 | 452.497 |
| 9068421224 | BEEF-SPICY ORANGE 12/24 | 258 |
| 9068621224 | SHRP-SCAMPI STM 12/24 OZ | 385.33 |
| 9068721211 | SHRP-GARLIC SCAMPI STM | 185 |
| 9068731224 | SHRP-ASPARAGUS STM 12/24 | 167 |
| 9068741211 | SHRP-FLORENTINE STM | 192 |
| 9068761209 | SHRP-TEQUILA LIME STM | 120 |
| 9068771211 | SHRP-HONEY ROASTED STM | 192 |
| 9068781211 | SHRP-SWEET CHILI STM | 196 |
| 9070210624 | CHKN-STIRFRY 6/24 OZ | 13875 |
| 9070340624 | CHKN-FLORENTINE 6/24 OZ | 6795 |
| 9070410624 | BEEF-STIRFRY 6/24 OZ | 11041 |
| 9070670624 | SHRP-FRIED RICE 6/24 OZ | 2642 |
| 9070740624 | SHRP-LINGUINI 6/24 OZ | 9617 |
| 9073260624 | CHKN-KUNG PAO 6/24 OZ | 228 |
| 9073300624 | CHKN-ALFREDO 6/24 OZ | 472 |
| 9073310624 | CHKN-PARMESAN 6/24 OZ | 458 |
| 9073340624 | CHKN-FLORENTINE 6/24 OZ | 168 |
| 9073350624 | CHKN-LINGUINE 6/24 OZ | 14 |
| 9073550624 | BEEF & BROCCOLI 6/24 OZ | 352 |
| 9073620624 | SHRP-SCAMPI 6/24 OZ | 198 |
| 9073880624 | PORK-CHOW MEIN 6/24 OZ | 313 |
| 9073920624 | SAUSAGE-RIGATONI 6/24 OZ | 126 |
| 9075300624 | CHKN-ALFREDO 6/24 OZ | 131 |
| 9075310624 | CHKN-PARMESAN 6/24 OZ | 346 |
| 9075340624 | CHKN-FLORENTINE 6/24 OZ | 166 |
| 9075350624 | CHKN-LINGUINE 6/24 OZ | 344 |
| 9075730624 | SHRP-ASPARAGUS 6/24 OZ | 262 |
| 9075920624 | SAUSAGE-RIGATONI 6/24 OZ | 423 |
| 0006070502 | HOSO U7 - 6/ 7 pc/lb, 5/2 LB | 366 |
| 0008100502 | HOSO U10 - 8/10 pc/lb, 5/2 LB | 455 |
| 0213150405MTO | HLSI 13/15 4/5 LB - | 1286 |
| 0306080425 | HLSC 6/ 8 4/2.5LB HL Shellcut | 4138 |
| 0308120425 | HLSC 8/12 4/2.5LB HL Shellcut | 276 |
| 0313150425 | HLSC 13/15 4/2.5LB HL Shellcut | 2469 |
| 0316200425 | HLSC 16/20 4/2.5LB HL Shellcut | 4516 |
| 0326300425 | HLSC 26/30 4/2.5LB HL Shellcut | 2821 |
| 0426300502NF | HLSE 26/30 5/2 LB NF | 844 |
| 0431400502NF | HLSE 31/40 5/2 LB NF | 403 |
| 0441500502NF | HLSE 41/50 5/2 LB NF | 560 |
| 1104060502 | PTOI 4/ 6 5/2 LB | 755 |
| 1106080405MTO | PTOI 6/ 8 4/5 LB - | 780 |
| 1106080502 | PTOI 6/ 8 5/2 LB | 4956 |

In re **CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
　　　　　　　　　Debtor

## Schedule B30 - Personal Property
<u>(List of Inventory)</u>

| Item Number | Item Description | No. of Units |
|---|---|---|
| 1108100502 | PTOI  8/10 5/2 LB | 5467 |
| 1108120502 | PTOI  8/12 5/2 LB | 7493 |
| 1111130502 | PTOI 11/13 5/2 LB | 1491 |
| 1113150405MTO | PTOI 13/15 4/5 LB - | 13362 |
| 1113150502 | PTOI 13/15 5/2 LB | 15213 |
| 1113170405MTO | PTOI 13/17 4/5 lb - | 486 |
| 1116200502 | PTOI 16/20 5/2 LB | 21745 |
| 1116200502NF | PTOI 16/20 5/2 LB NF | 2682 |
| 1121250405 | PTOI 21/25 4/5 LB | 1910 |
| 1121250502 | PTOI 21/25 5/2 LB | 13308 |
| 1126300502 | PTOI 26/30 5/2 LB | 3806 |
| 1126301001WFB | PTOI 26/30 10/1 LB | 2109 |
| 1126301212 | PTOI 26/30 12/12 OZ | 1075 |
| 1131400425 | PTOI 31/40 4/2.5 LB | 0.4 |
| 1131400502 | PTOI 31/40 5/2 LB | 2224 |
| 1131400615 | PTOI 31/40 6/1.5 LB | 105 |
| 1216200502 | PTOI 16/20 5/2 LB SEMI-BTTRFLY | 439 |
| 1226300502 | PTOI 26/30 5/2 LB - BUTTERFLY | 172 |
| 1441500405MTO | PTOI 41/50 4/5 LB - | 2122 |
| 1441500502 | PTOI 41/50 5/2 LB VW | 854 |
| 1441500615 | PTOI 41/50 6/1.5 LB | 321 |
| 1441501212 | PTOI 41/50 12/12 OZ | 2504 |
| 1451600615 | PTOI 51/60  6/1.5 LB | 73 |
| 1451601212 | PTOI 51/60 12/12 OZ | 10 |
| 1451601220 | PTOI 51/60  12/20 OZ | 1047 |
| 1616200502 | PNDI  16/ 20 5/2 LB | 1542 |
| 1621250502 | PNDI  21/ 25 5/2 LB | 2439 |
| 1626300502 | PNDI  26/ 30 5/2 LB | 2529 |
| 1631350502 | PNDI  31/ 35 5/2 LB | 481 |
| 1631400205 | PNDI  31/ 40 2/5 LB | 0.5 |
| 1631400502 | PNDI  31/ 40 5/2 LB | 3821 |
| 1631401216MD | PNDI 31/40 12/16-oz Market Day | 1459 |
| 2013150502 | CPTO 13/15 5/2 LB | 2063 |
| 2016200405MTO | CPTO 16/20 4/5 LB - | 482 |
| 2016200502 | CPTO 16/20 5/2 LB | 8695 |
| 2021250405MTO | CPTO 21/25 4/5 LB - | 767 |
| 2021250502 | CPTO 21/25 5/2 LB | 710 |
| 2021251212 | CPTO 21/25 12/12 OZ | 433 |
| 2026300502 | CPTO 26/30 5/2 LB | 5802 |
| 2026300502NF | CPTO 26/30 5/2 LB NF | 287 |
| 2026301001WFB | CPTO 26/30 10/1 LB | 3496 |
| 2026301212 | CPTO 26/30 12/12 OZ | 398 |
| 2026301222MD | CPTO 26/30 12/22-oz Market Day | 823 |
| 2031400405MTO | CPTO 31/40 4/5 LB - | 201 |
| 2031400425 | CPTO 31/40 4/2.5 LB | 16 |
| 2031400502 | CPTO 31/40 5/2 LB | 994 |
| 2031400502NF | CPTO 31/40 5/2 LB NF | 1820 |
| 2031400615 | CPTO 31/40 6/1.5 LB | 379 |
| 2031401212 | CPTO 31/40 12/12 OZ | 11 |

In re **CONTESSA PREMIUM FOODS, INC.,**           **Case No.** 2:11-bk-13454-PC
        Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 4341500405MTO | PNDI  41/ 50 4/5 LB - | 1692 |
| 4341500502 | PNDI  41/ 50 5/2 LB | 11328 |
| 4351600405MTO | PNDI  51/ 60 4/5 LB - | 1051 |
| 4351600502 | PNDI  51/ 60 5/2 LB | 5279 |
| 4361700502 | PNDI  61/ 70 5/2 LB | 4878 |
| 4361701212 | PNDI  61/ 70 12/12 OZ | 849 |
| 4371900502 | PNDI  71/ 90 5/2 LB | 6911 |
| 4371901212 | PNDI  71/ 90 12/12 OZ | 728 |
| 4390110502 | PNDI  90/110 5/2 LB | 5327 |
| 4390130502 | PNDI  90/130 5/2 LB | 2080 |
| 44961 | CPTO 31/40 16/2 LB | 397 |
| 4541500405MTO | CPTO 41/50 4/5 LB - | 410 |
| 4541500502 | CPTO 41/50 5/2 LB | 2065 |
| 4541500502NF | CPTO 41/50 5/2 LB NF | 217 |
| 4541500615 | CPTO 41/50 6/1.5 LB | 158 |
| 4541600615 | CPTO 41/60 6/1.5 LB | 455 |
| 4541601212 | CPTO 41/60 12/12 OZ | 777 |
| 4541601220 | CPTO 41/60  12/20 OZ | 1260 |
| 4561700615 | CPTO 61/70 6/1.5 LB | 1285 |
| 4561701212 | CPTO 61/70 12/12 OZ | 642 |
| 4571900502 | CPTO 71/90 5/2 LB | 2395 |
| 4571900502NF | CPTO 71/90 5/2 LB NF | 328 |
| 4711160405MTO | CPND 110/160 4/5 LB - | 1813 |
| 4711160502 | CPND 110/160 5/2 LB | 2500 |
| 4711160615 | CPND 110/160 6/1.5 LB | 421 |
| 4711161212 | CPND 110/160 12/12 OZ | 361 |
| 4715250405MTO | CPND 150/250 4/5 LB - | 747 |
| 4715250502 | CPND 150/250 5/2 LB | 142 |
| 4741500502 | CPND  41/ 50 5/2 LB | 1560 |
| 4750700205 | CPND  50/ 70 2/5 LB | 14 |
| 4750700502 | CPND  50/ 70 5/2 LB | 503 |
| 4750700615 | CPND  50/ 70 6/1.5 LB | 130 |
| 4770110502 | CPND  70/110 5/2 LB | 1869 |
| 4770110615 | CPND  70/110 6/1.5 LB | 6 |
| 4770111212 | CPND  70/110 12/12 OZ | 452 |
| 4825350205 | WCPD 250/350 2/5 LB COLD WATER | 3494 |
| 4941500205 | CHLSI 41/50 2/5 LB | 991 |
| 4951600502 | CHLSI 51/60 5/2 LB | 252 |
| 50PL78TO1210NEW | CPTO 78/84 MINIPLTR 12/10OZ NW | 164 |
| 53SCAMPI0802 | ENROBED SHRIMP SCAMPI, 8/2 LB | 408 |
| 53WHISKEY1010 | ENROBED WHSKYJACK SHRP 10/10OZ | 3299 |
| 54BB26301011S | SHRP BAR-B,BTTFLY,ITALN,10/11 | 966 |
| 55BDCOCONUT1011 | LT BD COCONUT SHRIMP, 10/11 OZ | 4642 |
| 55BDTHCURRY1011 | LT BD THAI CURRY SHRP 10/11 OZ | 386 |
| 55BTORANGE1012 | LT BTD ORANGE SHRIMP, 10/12 OZ | 131 |
| 65MAHI20 | FISH-MAHI MAHI FILLET, 20LB/CS | 1546 |
| 65WAHOO20 | FISH-WAHOO FILLET, 20 LB/CS | 444 |
| 7012151212 | SCLP 120/150 12/12 OZ | 631 |
| 7080121212 | SCLP 80/120 12/12 OZ | 0.75 |

In re **CONTESSA PREMIUM FOODS, INC.,**          Case No. 2:11-bk-13454-PC
                    Debtor

## Schedule B30 - Personal Property
(List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 71CLMR1012S | RET CALAMARI 10/12OZ-4OZ SAUCE | 10 |
| 90110122 | MUSHROOM-SHIITAKE 12/2 LB | 215 |
| 90120122 | MUSHROOM-GOURMET 12/2 LB | 466 |
| 9028800605 | MANGO-CHUNKS 1" CONTESSA 6/5LB | 0.75 |
| 91140130 | MANGO-HALVES , 1/30 LB | 44670 |
| 1126300205GCM | PTOI 26/30 2/5 LB RM | 799 |
| 1626300205GCM | PNDI 26/ 30 2/5 LB RM | 2602 |
| 1626300502GCM | PNDI  26/ 30 5/2 LB GCM | 107 |
| 4311160502GCM | PNDI 110/160 5/2 LB RM | 1859 |
| 4351600502GCM | PNDI  51/ 60 5/2 LB RM | 1897 |
| 4361700502GCM | PNDI  61/ 70 5/2 LB RM | 557 |
| 4371800205GCM | PNDI  71/ 80 2/5 LB RM | 1730 |
| 4390110405CMS | PNDI  90/110 4/5 LB | 22 |
| 4390110502GCM | PNDI 90/110 5/2 LB RM | 168 |
| 53SP71TL3011 | ENRBD SHRP PRIMAVERA PCH 30/11 | 1 |
| 5541506005 | BATTERED 41/50 SHRIMP 60/5 OZ | 2736.533 |
| 55BATTERED2008 | LIGHTLY BATTERED SHRIMP 20/8OZ | 309.35 |
| 65SALMON2606 | FISH-SALMON FILLET-26/6 OZ | 248 |
| 88CLMRSC0104 | SAUCE PACKET,CALAMARI,4 OZ/PK | 4290 |
| 88MARSALA0104 | SAUCE PKT,MARSALA,4 OZ/PK | 53217 |
| 88ORANGE0104 | SAUCE PKT,ORANGE GING. 4OZ/PK | 8858 |
| 91101125 | PEA PODS-,STRINGLESS,1/25 | 48550 |
| 91103125 | BEAN SPROUTS-, 1/25 LB | 24835 |
| 91104125 | SOYBEANS-GREEN, , 1/25 LB | 41525 |
| 91105125 | WATERCHESTNUTS -  1/25 LB | 90886 |
| 91107125 | MUSHROOM-SLICED BUTTON  25# | 53340 |
| 91107225 | MUSHROOM-BUTTON UNBLANCH | 525 |
| 91108125 | MUSHROOM-KIKURAGE  1/25 LB | 16550 |
| 91109540 | MUSHROOM-PORTOBELLO  1/35lb | 3460 |
| 91110225 | MUSHROOM-SHIITAKE 6-8mm 1/30# | 3795 |
| 91111025 | CORN-BABY, CUT  1/25 LB | 126515 |
| 91113135 | SPINACH-1" CUTS  1/35 LB | 7100 |
| 91115135 | BROCCOLI-FLORET,  1/35 LB | 34650 |
| 91115335 | BROCCOLI-FLORET 1/2" X 1"  1/35 | 1960 |
| 91118240 | PINEAPPLE-TIDBIT, 1/40 LB | 14790 |
| 91119135 | PEPPER-RED BELL LOW MOIST 1/35 | 70 |
| 91119140 | PEPPER-RED BELL 3/8" STRIP 40# | 1680 |
| 91119240 | PEPPER-RED BELL 1/2" STRIP 40# | 63600 |
| 91119340 | PEPPER-RED BELL 3/8"X1.5" 40# | 3760 |
| 91120140 | PEPPER-GRN BELL 3/8" STRIP 40# | 10080 |
| 91120240 | PEPPER-GRN BELL 1/2" STRIP 40# | 3980 |
| 91121035 | ONIONS 3/4" STRIPS  1/35 | 11970 |
| 91121135 | ONIONS 3/8" STRIPS  1/35 | 11410 |
| 91121220R | ONIONS-RSTD RED 1" JUL. 2/20# | 2940 |
| 91121235 | ONIONS-1/4" DICED  1/35 LB | 10695 |
| 91121245 | ONIONS-RSTD RED DICED 1/45 LB | 675 |
| 91121335 | ONION-GREEN  1/35 LB | 2818 |
| 91121340 | ONION-RSTD YLLW STRP 3/8"2/20# | 4182 |
| 91121340R | ONION-RSTD YLLW STRP 1" 2/20LB | 3620 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
　　　　　　　　Debtor

## Schedule B30 - Personal Property
<u>(List of Inventory)</u>

| Item Number | Item Description | No. of Units |
|---|---|---|
| 91121430 | CILANTRO- 1/30 LB | 164 |
| 91121535 | ONION-PEARL SML  1/20 LB | 455 |
| 91122125 | LEEK FLOWER- 1/25 LB | 2521 |
| 91122322 | LEEK-CUTS 1/2"  1/22 LB | 1333 |
| 91123125 | PEAS-SUGAR SNAP,STRINGLSS 1/25 | 45760 |
| 91124140R | BRUSSELS SPROUTS-WHOLE 1/45 LB | 42230 |
| 91125250 | POTATO-RED RSTD TRICUT 1/30-lb | 23010 |
| 91126145 | CELERY-1/2" CUT,  1/45 LB | 10730 |
| 91127135 | BROCCOLI-STALK 3/4 X 3/4" 1/35 | 12405 |
| 91128120 | PEAS-GREEN 2-4 SIEVE  1/30 | 1374 |
| 91129140 | PEPPER-YELLOW BELL  1/40 LB | 1930 |
| 91129220 | PEPPER-YLW BELL RSTD 1" 2/20# | 6310 |
| 91131140 | PEPPER-RED BELL DICE,1/4" 1/40 | 6452 |
| 91131340 | PEPPER-RSTD RED BELL 3/8"2/20# | 13655 |
| 91131340R | PEPPER-RSTD RED BELL 1" 2/20LB | 7210 |
| 91133022 | TOMATO-SEMI DRIED 1/22 LB | 4505 |
| 91133035 | TOMATO-DICED FRESH DRIED 1/35# | 32 |
| 91133139 | TOMATO-DICED LOW MOIST 1/40 LB | 160 |
| 91133145 | TOMATO-DICED 1/2"  1/45LB | 283630 |
| 91133222 | TOMATO-CHERRY HALVED  1/22# | 1103 |
| 91134215 | EGGPLANT-RSTD FILET 3/8" 1/13# | 7319 |
| 91135215 | ZUCCHINI-RSTD FILET 3/8" 1/15# | 10035 |
| 91135345 | ZUCCHINI-HALF MOON SLICED 1/45 | 20990 |
| 91135445 | ZUCCHINI-DICED 1/45 | 90 |
| 91135839 | ZUCCHINI-YLW LOW MOISTURE 1/40 | 1960 |
| 91135840 | ZUCCHINI-YELLOW 3/8" 1/45 | 41535 |
| 91136125 | BAMBOO SHOOTS-WATER,  1/25 | 54830 |
| 91137220 | SQUASH-BUTTERNUT 2/20-LB | 6140 |
| 91138127 | CRANBERRIES-DRIED 1/25 LB | 825 |
| 91141140 | PEPPERS-GRN BELL 1/4" DIC,1/40 | 9408 |
| 91142130 | CABBAGE-DICED, 1"  1/30 LB | 655 |
| 91143133 | MANGO-DICED,  1/30 LB | 1734 |
| 91146150 | CARROTS-3/8" DICED,  1/50 | 15635 |
| 91147155 | CORN-YLW KERNEL  1/55 LB | 4795 |
| 91148133 | CARROT-3/16" MATCHSTICK CUT | 11224 |
| 91148330 | CARROT-STRIP  1/30 LB | 85475 |
| 91148830 | CARROT-BABY MINI  1/45LB | 1624 |
| 91149225 | BEANS-PETITE GRN,  1/25 LB | 202675 |
| 91149325 | BEANS-PETITE GRN,<6.5mm 25# | 818 |
| 91149425 | BEANS-PETITE GRN 2"  1/25 # | 8169 |
| 91151025 | BOK CHOY-  1/45 LB | 9815 |
| 91151525 | ASPARAGUS-TIPS & CUTS 1/30 LB | 8065 |
| 91152035 | CAULIFLOWER-FLORET, 1/35# | 10765 |
| 91153025 | GARLIC CHIVES-  1/25 LB | 695 |
| 91153140 | GARLIC-SLICED 1/8"  1/40 LB | 43010 |
| 91154130 | GINGER-DICED 1/4"  1/30 LB | 175 |
| 91155038 | BASIL-LARGE  1/38 LB | 274 |
| 91155130 | PARSLEY- LARGE 1/30 LBS | 420 |
| 91156001 | ARTICHOKE-MED. GRILLED HALVES | 3821 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 91156122 | ARTICHOKE-1/4" CUT 1/33 LB | 25745 |
| 91160520 | OLIVE-GREEN SLICED 4/5 LB | 14 |
| 91161030 | OLIVE-KALAMATA SLICED 1/30LB | 2137 |
| 91170125 | CHILES-DRIED WHOLE RED 1/16 LB | 54.34 |
| 91171002 | SESAME SEEDS-TOASTD 625/0.2 OZ | 28810 |
| 91173145 | JALAPENOS-DICED 1/4" 1/45LB LH | 1125 |
| 92301135 | CHKN-BREAST-SEASN-COOK 2.5x3/8 | 7440 |
| 92301235 | CHKN-WHT MEAT STRIPS 1/35 LB | 28755 |
| 92301535 | CHKN-GARLIC SEASN 2.5X3/8 1/35 | 11600 |
| 92303125 | CHKN-BITES TEMPURA  1/30 LB | 26550 |
| 92303225 | CHKN-DARK TEMPURA  1/30 LB | 17220 |
| 92304030 | CHKN-WHT MEAT STRIPS 1/30 LB | 5087 |
| 92304230 | CHKN-WHT SEASN-COOK 1/30 LB | 1990 |
| 92304625 | CHKN-BREAST COATED 1/25 LB | 1600 |
| 92305235R | CHKN-GRIL-BREAST-DICED 1/30# | 58300 |
| 92305335 | CHKN-BREAST DICED COOK 1/30 LB | 2490 |
| 92305335R | CHKN-BREAST DICED COOK 1/30 LB | 870 |
| 92306130 | CHKN-DARK MEAT  1/30 | 7722 |
| 92306525 | CHKN-WINGS 2ND SECTION 1/25LB | 902 |
| 92306625 | CHKN-WINGS DRUMMETTES 1/25LB | 1537 |
| 92307135 | CHKN-WHITE MT  STRIPS 1/35 | 3415 |
| 92308002 | OMELET-RED FAT CHEESE 18#/2 OZ | 34144 |
| 92308020 | EGGS-SCRAMBLED  1/20 LB | 2120 |
| 92308030 | EGGS-WHITES FROZEN 30 LB PAIL | 1440 |
| 92309130 | CHKN-BREADED POPCORN 1/30 LB | 3960 |
| 92309225 | CHKN-FRIED WHITE MEAT 1/25 LB | 19675 |
| 92310140R2 | HAM-DICED CL2  1/40 LB | 2920 |
| 92310225 | SOY-PIZZA CRUMBLES  1/25 LB | 2107 |
| 92311330R2 | SAUSAGE-ANDOUILLE SLICED REV.2 | 2912 |
| 92311540R | SAUSAGE-ITAL. THIN SLICE 1/40# | 1420 |
| 92312125 | SAUSAGE-FLAVORED CRUMBLE 1/25# | 6075 |
| 92312130 | SAUSAGE-CRUMBLE ITALIAN 1/30# | 2355 |
| 92401225 | BEEF-SIRLOIN XTRA TRIM 1/25 LB | 2163 |
| 92401325R | BEEF-COATED SIRLOIN REV 1/25LB | 14800 |
| 92401535 | BEEF-TERIYAKI STRIP CL 1/35 LB | 4022 |
| 92402435 | BEEF-TERIYAKI STRIP 1/35 LB | 4570 |
| 92402535 | BEEF-SEASONED 2.5"x3/8 STRIP | 3150 |
| 92402635R | BEEF-SEASONED 1.5"x1/4" STRIP | 5190 |
| 92402840R | BEEF-BRISKET SEAS CL 1/30 LB | 1980 |
| 92406030 | BEEF-COOKED SEASONED RIB 1/30# | 2640 |
| 92501130 | PORK-CHIN. STYLE BBQ 1/30 LB | 2943 |
| 92502030 | PORK-CRUMBLE 1/30# | 3222 |
| 92520025 | PORK-COATED 1/25 # | 7225 |
| 92530040 | BACON-PRE-COOKED SMOKED 1/40LB | 747 |
| 93306035 | SAUCE-CHOW MEIN CUBE 1/30# | 2310 |
| 93322030R | SAUCE-MARSALA WINE CUBE CL 30# | 2190 |
| 93325030R | SAUCE-BURGUNDY WINE REV CUBE | 1890 |
| 93325035 | SAUCE-BURGUNDY WINE CUBE 1/30# | 1710 |
| 93328130 | SAUCE CUBE-BEEF BROTH 1/30 LB | 7150 |

In re **CONTESTA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                           Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 93351035 | SAUCE-SWT& SPICY CUBE 1/30 lb | 2400 |
| 93362130 | SAUCE CUBE-SCAMPI 1/30 LB | 3977 |
| 93362135 | SAUCE-ITALN. GAR. CUBE 1/30 LB | 5940 |
| 93362530R | SAUCE-BUTTER CUBE STEAM REV 1/ | 490 |
| 93363035 | SAUCE-TOM. BASIL CUBE 1/35# | 980 |
| 93372235 | SAUCE-CREAMY VODKA CUBE 1/30LB | 245 |
| 93374235 | SAUCE-RED TOMATO CUBE 1/30 LB | 175 |
| 93374335 | SAUCE-MEDITERRANEAN CUBE 1/30# | 5907 |
| 93374430 | SAUCE CUBE-SMOKY TOMATO 1/30LB | 6990 |
| 93374530R | SAUCE-BOLOGNESE CUBE REV 1/30# | 6750 |
| 93375835 | SAUCE-TOM. PARM. CUBE 1/35# | 38541 |
| 93375935 | SAUCE-MARINARA CRM CUBE 1/35# | 73141 |
| 93377430 | SAUCE-ASIAGO CUBE 1/30 LB | 3240 |
| 93377630 | SAUCE-TEQUILA LIME CUBE 1/30LB | 3665 |
| 93379335 | SAUCE-PUTTANESCA CUBE 1/30 LB | 68 |
| 93383035 | SAUCE-MSTM ALFREDO CUBE 1/30LB | 12718 |
| 93386435 | SAUCE-CREAMY GAR. CUBE 1/35# | 4950 |
| 93386535 | SAUCE-FLOR. ALFREDO CUBE 1/35# | 20717 |
| 93387435 | SAUCE-ROMANO CUBE 1/30 LB | 100 |
| 93397435 | SAUCE-BALSAMIC CUBE 1/30 LB | 1793.25 |
| 93397735 | SAUCE-HONEY CINNAMN CUBE 1/30# | 1425 |
| 93397830 | SAUCE CUBE-SWEET CHILI 1/30 LB | 4308 |
| 93397835 | SAUCE-BUFFALO CUBE 1/30 LB | 965 |
| 93401114 | SAUCE-BLCK PEPPRCRN 110/4 OZ | 3313 |
| 93401412 | SAUCE-OIL BASTING 170/2.0 OZ | 16830 |
| 93405130 | SAUCE-YOSH LO-NA 204/3OZ | 4284 |
| 93405132 | SAUCE-YOSH LO-NA 204/3.2OZ | 642 |
| 93405140 | SAUCE-YOSH LO-NA 168/4OZ | 41160 |
| 93406203 | SAUCE-CHOW MEIN 200/3.5 OZ | 1990 |
| 93406203R | SAUCE-CHOW MEIN CL 129/3.5OZ | 87323 |
| 93406214 | SAUCE-CHOW MEIN 150/4OZ PKT | 22200 |
| 93406223R2 | SAUCE-CL2 LS Chow Mein 200/3OZ | 30600 |
| 93406224R | SAUCE-CL LO NA CHOW MN 150/4OZ | 3600 |
| 93406224R2 | SAUCE-CL2 LS Chow Mein 150/4OZ | 79950 |
| 93406442 | SAUCE-CHOW MEIN,REDCD SALT 45# | 10800 |
| 93407140 | SAUCE-SWEET SOY SF 150/4 OZ | 15750 |
| 93418040R | SAUCE-SHRP MEDITRN REV.110/4OZ | 25630 |
| 93418050 | SAUCE-SHRP MEDITRN 75/5OZ | 4950 |
| 93420132 | SAUCE-CLASSIC GRAVY 4/8 LB | 608 |
| 93430020R | SAUCE-FRIED RICE 141/2OZ PKT | 846 |
| 93430025R | SAUCE-FRIED RICE 165/2.5 OZ CL | 20615 |
| 93440132 | SAUCE-CHED CHEES LOW NA 4/8 LB | 2824 |
| 93445006 | SAUCE-GENERAL TSAO 93/6 OZ | 7719 |
| 93445050 | SAUCE-CHILI GARLIC 75/5 OZ | 38130 |
| 93450040 | SAUCE-HONEY TANGERINE 110/4OZ | 25960 |
| 93450960 | SAUCE-HONEY CINNAMON 75/6OZ | 20127 |
| 93452104 | SAUCE-PNUT PAD THAI 170/3.5 | 9180 |
| 93452250 | SAUCE-CANTONESE STYLE 75/5 OZ | 8475 |
| 93453025 | SAUCE-SOY BALSAMIC 220/2.5OZ | 2200 |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                    Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 93456004 | SAUCE-SPICY ORANGE 110/4 OZ | 7490 |
| 93456040 | SAUCE-MANDARIN SOY 110/4 OZ | 35090 |
| 93456404R | SAUCE-CITRUS 110/4 OZ | 107030 |
| 93456454 | SAUCE-ORANGE GLAZE 59/5.4 OZ | 6057 |
| 93456454R | SAUCE-ORANGE GLAZ CL 59/5.4 OZ | 40002 |
| 93456804 | SAUCE-GINGER YAKI 150/4 OZ | 11667 |
| 93456945 | SAUCE-REDUCED SOY 1/45# | 9041 |
| 93457106 | SAUCE-HUNGARIAN PAP. 100/6 OZ | 3400 |
| 93462154 | SAUCE-GARLIC HERB 110/4 OZ | 48950 |
| 93462320 | SAUCE-LEMON BUTTER 170/2 OZ | 10370 |
| 93462332 | SAUCE-BUTTER 4/8 LB | 47 |
| 93462335 | SAUCE-GARLIC BUTTER 110/3.5OZ | 1074 |
| 93462340R | SAUCE-GRLC BUTTER II G 110/4OZ | 31350 |
| 93462353 | SAUCE-XTRA VRGN OO 135/3OZ | 786 |
| 93466104 | SAUCE-SPAN. GAR. WINE 100/4 OZ | 16900 |
| 93471040 | SAUCE-KUNG PAO B 110/4 OZ | 9 |
| 93471140R | SAUCE-KUNG PAO CL 110/4 OZ | 3370 |
| 93472204 | SAUCE-STIR FRY 110/4 OZ | 15510 |
| 93472205 | SAUCE-STIR FRY 120/5 OZ | 8280 |
| 93472225R | SAUCE-VEG SF CL 165/2.5OZ | 78365 |
| 93472230 | SAUCE-VEG SF 200/3OZ | 3790 |
| 93473142 | SAUCE-SOY GINGER 110/4.2-oz | 4290 |
| 93473225 | SAUCE-VEG. RED SOY 220/2.5OZ | 18920 |
| 93473237 | SAUCE-RED. SOY SF 162/3.7 OZ | 15372 |
| 93473304 | SAUCE-SOY GARLIC 150/4 OZ | 3580 |
| 93473304R2 | SAUCE-SOY GARLIC 110/4 OZ CL2 | 33220 |
| 93474004 | SAUCE-SESAME 150/4 OZ | 21857 |
| 93474004R | SAUCE-SESAME 110/4 OZ CL | 2750 |
| 93474004R3 | SAUCE-SESAME 110/4 OZ CL2 | 60280 |
| 93474114 | SAUCE-SESAME GINGER 110/4OZ | 5700 |
| 93474330R | SAUCE-CRMY MARINARA CUBE 1/30# | 5340 |
| 93475645 | SAUCE-BBQ LOW NA #2 1/45# | 990 |
| 93475805R2 | SAUCE-CAJUN 75/5 OZ Less Salt | 47765 |
| 93475830R | SAUCE-MARINARA REVISED, 4/8 LB | 33135 |
| 93476050 | SAUCE-PINAPPLE SWT&SR 75/5 OZ | 1800 |
| 93477800 | SEASONING-CHKN FAJITA 500/21 g | 16000 |
| 93486532R | SAUCE-PIZZA 4/8 LB | 2080 |
| 93490008 | SAUCE-CREAMY VODKA 60/8OZ | 6060 |
| 93490008R2 | SAUCE-CREAMY VODKA CL.2 60/8OZ | 4915 |
| 93501004 | SEASONING-LMN PEP 1250/4 GR | 102005 |
| 93503035 | SEASONING-FAJITA 1250/3.5 GR | 245890 |
| 93505059R | SEASONING-PAELLA CL 600/0.59OZ | 10800 |
| 93505059R2 | SEASNG-PAELLA CL LS 600/16.65g | 23390 |
| 93505096 | SEASONING-PAELLA 400/0.96 OZ | 25856 |
| 93511025 | SSNG-IODIZED TABLE SALT 1/25LB | 5 |
| 93511050 | SSNG-BLK PEPPER 20 MESH 1/50LB | 27 |
| 93511300 | SEASONING-#104-054F 300LB LASG | 47 |
| 93511320 | SEASONING-SAVORY BULK 1/20 LB | 2 |
| 93513007 | SEASONING-FAJITA 1000/7 GR | 80990 |

In re **CONTESSA PREMIUM FOODS, INC.,**
          Debtor
                  **Case No.** 2:11-bk-13454-PC

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 94501140 | RICE-BULK TOTE | 32895 |
| 94501340 | RICE-BROWN BULK 1/40 LB | 107640 |
| 94501440 | RICE-WILD BULK 1/40 LB | 9325 |
| 94501945 | RICE-RED,BRN,WLD BLEND  45# | 3690 |
| 94502002R | TORTILLA-6" 2PK Revised-240/cs | 63714 |
| 94502802 | TORTILLA-SALTED STRIPS 75/2 OZ | 10944 |
| 94504120 | PASTA-ROTINI  1/20 LB | 60 |
| 94504120R | PASTA-LOW MOIST ROTINI 1/20 LB | 5260 |
| 94504219 | PASTA-PENNE LOW MOIST 1/20 LB | 9680 |
| 94504225 | PASTA-LM HW PENNE 1/25 LB | 21325 |
| 94504230 | CHOW MEIN-NOODLE (TRAY) 40/CS | 67400 |
| 94504325 | PASTA-FARFALLE  1/25 LB | 11975 |
| 94504420 | PASTA-CAVATAPPI  1/20 LB | 50680 |
| 94504810 | LINGUINI-COOKED 35/10 OZ POUCH | 6055 |
| 94504902 | SPAGHETTI-NEST 2-OZ 1/25 LB | 2625 |
| 94504909 | SPAGHETTI-(BRICK) 35/9 OZ | 945 |
| 94505002 | PINE NUT-ROASTED 625/0.2 OZ | 6000 |
| 94505122 | PEANUT-DRY RSTD NO SALT 208/.5 | 694 |
| 94505123 | CASHEW-ROASTED UNSALT 208/.5 | 70400 |
| 94505201 | PEANUT-RSTD SPLIT 208/1OZ | 2912 |
| 94505225 | CASHEW-ROASTED UNSALT 1/25 LB | 108 |
| 94505525 | PASTA-BOCCONCINI  1/25 LB | 925 |
| 94505525R | PASTA-LM BOCCONCINI 1/25 LB | 17550 |
| 94508006 | CHOW MEIN-BKD,"PAN FRD"-80/6OZ | 17840 |
| 94508120 | RAVIOLI-MUSHROOM  4/5 LBS | 1560 |
| 94510018 | LASAGNA 50/50  1/18 LB | 31158 |
| 94518236 | LINGUINI-45/6.75OZ, | 4285 |
| 94530510 | GNOCCHI-POTATO  1/25 LB | 475 |
| 94535401 | POTATO-MASHED PUCK 200/2.1-OZ | 220000 |
| 94540320 | CHOW MEIN-3 OZ NEST 1/25 LB | 480 |
| 94541325 | CHOW MEIN-3 OZ NEST CL 1/25 LB | 32345 |
| 94550035 | ORZO-PASTA  1/30 LB | 170 |
| 94620772R | PIZZA CRUST-REDI RISE 72/CS EC | 133020 |
| 94621100R | PIZZA CRUST-WHEAT 96/CS EC | 15336 |
| 97101030 | CHEESE-MOZZ SHRED  1/30LB | 870 |
| 97101530 | CHEESE-CHEDDAR SHRED  6/5LB | 6295 |
| 97102020 | CHEESE-PARMESAN FANCY SHRED | 5000 |
| 97103150 | CHEESE-ROMANO GRATED 1/50 LB | 71 |
| 97103220 | CHEESE-ROMANO WHEEL 2/20 LB | 1798.13 |
| 97103246 | CHEESE-REDC'D FAT MOZZ BLK | 8798.3 |
| 97103320 | CHEESE-FONTINELLA WHL 3/23 LB | 903.27 |
| 97103530 | CHEESE-RICOTTA LOW FAT 30LB | 7110 |
| 97103646 | CHEESE-FAT FREE MOZZ BLK | 1173.87 |
| 92303150R | CHKN-MIXED TEMPURA 90/5.0 OZ | 30756 |
| 92303156 | CHKN-MIXED TEMPURA 90/5.6 OZ | 1800 |
| 92304636 | POUCH-CHKN BRST COATED 3.6 OZ | 12255 |
| 92304645 | POUCH-CHKN BRST COATED 4.5 OZ | 1100 |
| 92305548 | POUCH-CHKN MIX STRIP 100/4.8oz | 780 |
| 92331038 | POUCH-PNDI 61/70 3.859 OZ | 4042 |

**In re CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                             Debtor

## Schedule B30 - Personal Property
### (List of Inventory)

| Item Number | Item Description | No. of Units |
|---|---|---|
| 92401040R | POUCH-BEEF SIRLOIN 4 OZ REV | 32470 |
| 92401045 | POUCH-BEEF SIRLOIN 4.5 OZ | 50 |
| 92510041 | POUCH-COATED PORK 4.1 OZ | 2100 |
| 94501007MW | POUCH-RICE 7 OZ MICROWAVABLE | 98830 |
| 94501010MW | POUCH-RICE 10 OZ MICROWAVABLE | 16416 |
| 94501011 | POUCH-RICE 11 OZ | 39300 |
| 94501065 | POUCH-RICE 6.5 OZ | 60795 |
| 94501307MW | POUCH-BROWN RICE 7 OZ MICROWAV | 29200 |
| **Total Book Value** | | **$24,281,707.36** |

In re **CONTESSA PREMIUM FOODS, INC.,**
Debtor

**Case No.** 2:11-bk-13454-PC

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, NA 333 South Grand Avenue Suite 940 Los Angeles, CA 90071 | * | | (ABL Facility) Credit Agreement dated as of June 1, 2009, as amended; secured by Debtor's accounts receivable, other rights to payment and general intangibles, inventory and equipment. VALUE $25,000,000 (estimated going concern value) | | | | $17,050,000 (approx.) | |
| Wells Fargo Bank Northwest, NA Corporate Trust Department MAC: U-1228-120 299 South Main Street, 12th Floor Salt Lake City, Utah 84111 | | | (Aircraft Lease)  This claim is for estimated rejection damages that were secured by the collateral securing the ABL Facility as a result of a cross-collateralization done within the 90-day preference period.  The lease was rejected postpetition.  Secured claim pertains to a security deposit. VALUE Same collateral as ABL Facility and $1.8 million cash deposit.** | X | X | X | $1,500,000 (approx.) | |
| GE Capital Public Finance, Inc. Suite 470 8400 Normandale Lake Blvd. Minneapolis, MN 55437 | | | (IDB Loan) Loan Agreement dated as of June 1, 2007.  Secured claim pertains to equipment and other personal property located at the Debtor's Commerce Plant. VALUE Unknown | | | | $7,548,000  (approx.) | Unknown |
| | | | Subtotal ▶ (Total of this page) | | | | $26,098,000 | |
| | | | Total ▶ (Use only on last page) | | | | $26,098,000 | |

(Report also on Summary of Schedules.)

(If applicable, report  also on Statistical Summary of Certain Liabilities and Related Data.)

The exclusion of any so-called lease from Schedule D or F does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  Likewise, the inclusion of any lease on Schedule G does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  The Debtor reserves the right to recharacterize any so-called leases as financings.

*John Blazevich and Louis Wang are each limited guarantors on the ABL Facility.

**"$1.8 million is being held by one of the Wells Fargo entities as a security deposit securing termination damages under the aircraft lease.  The Debtor is investigating whether the deposit is being held in a manner such that it constitutes cash collateral subject to a properly perfected (rather than avoidable) lien or security interest.

Page 1 of 1

In re **CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐        Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS(Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐        **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐        **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒        **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐        **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment

**In re <u>CONTESSA PREMIUM FOODS, INC.,</u>**                    **Case No.** 2:11-bk-13454-PC

Debtor

☐          **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐          **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒          **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐          **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐          **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> City Of Los Angeles <br> Office Of Finance <br> File 55806 <br> Los Angeles, CA 90074-7065 | | | | | | | $127.38 | $127.38 | |
| **ACCOUNT NO.** <br> State Board Of Equalization <br> P.O. Box 942879 <br> Sacramento, CA 94279-6001 | | | | | | | $493.00 | $493.00 | |
| **ACCOUNT NO.** <br> County Of Los Angeles <br> Public Health License/Permit <br> 5050 Commerce Drive, Room 117 <br> Baldwin Park, CA 91706-1423 | | | | | | | $40.00 | $40.00 | |
| **ACCOUNT NO.** <br> City Of Seattle <br> Revenue & Consumer Affairs <br> Po Box 34907 <br> Seattle, WA 98124-1907 | | | | | | | $112.71 | $112.71 | |
| | | | Subtotal ▶ <br> (Total of this page) | | | | $773.09 | $773.09 | |
| | | | Total ▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | $ | $ | |
| | | | Total ▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Los Angeles County Fire Dept Laco/Cupa# AR0018712 PO Box 513148 Los Angeles, CA 90051 | | | | | | | $1,266.09 | $1,266.09 | |
| **ACCOUNT NO.** Florida Department of Revenue 5050 West Tennessee Street Tallahaassee, FL 32399-0100 | | | | | | | $19.04 | $19.04 | |
| **ACCOUNT NO.** Aldama, Vedrana 1446 West 18th St San Pedro, CA 90732 | | | | | | | $3,163.49 | $3,163.49 | |
| **ACCOUNT NO.** Arnold, Robert E. 2718 King Street Alexandria, VA 22302 | | | | | | | $0.00 | $0.00 | |
| Subtotal ▸ (Total of this page) | | | | | | | $4,448.62 | $4,448.62 | |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

**In re CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Aviles, Bryan J.<br>11135 Duncan Avenue<br>Lynwood, CA 90262 | | | | | | | $971.14 | $971.14 | |
| **ACCOUNT NO.**<br>Bacon, David<br>37 King Arthur Drive<br>Richmond, RI 02892 | | | | | | | $10,965.16 | $10,965.16 | |
| **ACCOUNT NO.**<br>Barron, Tonia Alisa<br>318 East Louise St. #2<br>Long Beach, CA 90805 | | | | | | | $1,070.39 | $1,070.39 | |
| **ACCOUNT NO.**<br>Barton, Jeffrey B.<br>223 Fourth Street<br>Seal Beach, CA 90740 | | | | | | | $2,602.42 | $2,602.42 | |
| Subtotal ▶<br>(Total of this page) | | | | | | | $15,609.11 | $15,609.11 | |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**
　　　　　　Debtor

**Case No.** 2:11-bk-13454-PC

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Becker, Christine <br> 2067 Ave Feliciano <br> Rancho Palos Verdes, CA 90275 | | | | | | | $1,464.40 | $1,464.40 | |
| **ACCOUNT NO.** <br> Bernaby, Aaron <br> 6495 Homewood Court <br> Simi Valley, CA 93063 | | | | | | | $11,694.50 | $11,694.50 | |
| **ACCOUNT NO.** <br> Blazevich, John Z <br> P.O. Box 1660 <br> San Pedro, CA 90733 | | | | | | | $0.00 | $0.00 | |
| **ACCOUNT NO.** <br> Boghossian, Juliet <br> 1601 Arboles Drive <br> Glendale, CA  91207 | | | | | | | $5,166.05 | $5,166.05 | |
| Subtotal ▶ <br> (Total of this page) | | | | | | | $18,324.95 | $18,324.95 | |
| Total ▶ <br> (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▶ <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**           **Case No.** 2:11-bk-13454-PC
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Carrillo, Pedro <br> 1113 N. Wilmington Blvd. <br> Wilmington, CA 90744 | | | | | | | $1,472.01 | $1,472.01 | |
| **ACCOUNT NO.** <br> Castillo, Rafael <br> 1428 E Burton St <br> Anaheim, CA  92805 | | | | | | | $5,535.00 | $5,535.00 | |
| **ACCOUNT NO.** <br> Charley, Diane C <br> 14447 La Forge St. <br> Whittier, CA  90603 | | | | | | | $6,072.80 | $6,072.80 | |
| **ACCOUNT NO.** <br> Chia, Stanley <br> 20639 Larkstone Drive <br> Diamond Bar, CA  91789 | | | | | | | $11,725.00 | $11,725.00 | |
| Subtotal ▸ <br> (Total of this page) | | | | | | | $24,804.81 | $24,804.81 | |
| Total ▸ <br> (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                                  **Case No.** 2:11-bk-13454-PC
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Ching, Melvin P.<br>3614 Motor Ave #2<br>Los Angeles, CA  90034 | | | | | | | $4,575.96 | $4,575.96 | |
| **ACCOUNT NO.**<br>Chow, Tiffany Ying-Lai<br>810 S. Canyon Blvd.<br>Unit F<br>Monrovia, CA  91016 | | | | | | | $2,732.44 | $2,732.44 | |
| **ACCOUNT NO.**<br>Connolly, Kevin M.<br>11442 Ghiberti Way<br>Northridge, CA  91326 | | | | | | | $8,550.00 | $8,550.00 | |
| **ACCOUNT NO.**<br>Cordish, Judith<br>300 Winston Drive<br>#2418<br>Cliffside Park, CA  07010 | | | | | | | $4,982.30 | $4,982.30 | |
| Subtotal ▸<br>(Total of this page) | | | | | | | $20,840.70 | $20,840.70 | |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**　　　　　　　　　**Case No.** 2:11-bk-13454-PC
　　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Demesa, Ricarlo <br> 1442 N. Keystone St. <br> Burbank, CA  91506 | | | | | | | $1,537.98 | $1,537.98 | |
| **ACCOUNT NO.** <br> Doshi, Anthony <br> 22565 S. Venice St. <br> Carson, CA 90745 | | | | | | | $1,460.14 | $1,460.14 | |
| **ACCOUNT NO.** <br> Dragich, Robin <br> 38 Silkwood <br> Aliso Viejo, CA  92656 | | | | | | | $2,020.00 | $2,020.00 | |
| **ACCOUNT NO.** <br> Duenas, Lorene M <br> 3255 Orange Ave <br> Signal Hill, CA  90755 | | | | | | | $1,339.88 | $1,339.88 | |
| Subtotal ▶ <br> (Total of this page) | | | | | | | $6,358.00 | $6,358.00 | |
| Total ▶ <br> (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▶ <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Eddy, Caroline M. <br> 9070 Meadowrun Court <br> San Diego, CA 92129 | | | | | | | $4,751.90 | $4,751.90 | |
| **ACCOUNT NO.** <br> Fellow, Geraldine A. <br> 230 N. Highland Place <br> Monrovia, CA 91016 | | | | | | | $4,693.56 | $4,693.56 | |
| **ACCOUNT NO.** <br> Fiedler, Leigh E <br> 1300 Amethyst Street <br> Apt B <br> Redondo Beach, CA 90277 | | | | | | | $5,112.45 | $5,112.45 | |
| **ACCOUNT NO.** <br> Gruezo, Kevin M. <br> 21416 Moneta Avenue <br> Carson, CA 90745 | | | | | | | $1,442.40 | $1,442.40 | |
| | | | Subtotal ▸ <br> (Total of this page) | | | | $$16,000.31 | $$16,000.31 | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | $ | $ | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**  **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Gutierrez, Jorge A.<br>14522 Fidel Avenue<br>Norwalk, CA 90650 | | | | | | | $948.08 | $948.08 | |
| **ACCOUNT NO.**<br>Halford, Daniel J<br>1104 Glen View Drive<br>Fullerton, CA 92835 | | | | | | | $11,725.00 | $11,725.00 | |
| **ACCOUNT NO.**<br>Harris, George T.<br>1514 Todd Road<br>Toms River, CA 08755 | | | | | | | $9,310.00 | $9,310.00 | |
| **ACCOUNT NO.**<br>Ishikawa, Amy<br>17701 S. Avalon Blvd #317<br>Carson, CA 90745 | | | | | | | $3,941.93 | $3,941.93 | |
| Subtotal ▶<br>(Total of this page) | | | | | | | $25,925.01 | $25,925.01 | |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**  **Case No.** 2:11-bk-13454-PC
　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Johnston, Lori A. <br> 104 Granada Avenue <br> Long Beach, CA 90803 | | | | | | | $1,348.44 | $1,348.44 | |
| **ACCOUNT NO.** <br> Jurkovic, Claudine K. <br> 15929 Gard Ave. #8 <br> Norwalk, CA 90650 | | | | | | | $377.17 | $377.17 | |
| **ACCOUNT NO.** <br> Kosiarz, Edyta M <br> 1145 Roswell Ave <br> Apt. 203 <br> Long Beach, CA 90804 | | | | | | | $7,868.53 | $7,868.53 | |
| **ACCOUNT NO.** <br> Krishnan, Sai S. <br> 500 South Catalina Street, #108 <br> Los Angeles, CA 90020 | | | | | | | $4,671.00 | $4,671.00 | |
| | | | Subtotal ▸ <br> (Total of this page) | | | | $14,265.14 | $14,265.14 | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules) | | | | $ | $ | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Krstic, Ines 1073 W 20th St San Pedro, CA 90731 | | | | | | | $2,512.58 | $2,512.58 | |
| **ACCOUNT NO.** Kubichek, Kathy 3404 Mulldae Avenue San Pedro, CA 90732 | | | | | | | $1,429.22 | $1,429.22 | |
| **ACCOUNT NO.** Lapine, Eugene 3330 New Dawn Court Buford, GA 30519 | | | | | | | $230.80 | $230.80 | |
| **ACCOUNT NO.** Macleod, Chandra Ronnie 312 Highland Ave. #A Manhattan Beach, CA 90266 | | | | | | | $5,589.71 | $5,589.71 | |
| Subtotal ▸ (Total of this page) | | | | | | | $9,762.31 | $9,762.31 | |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Mays, Richard L <br> 375 E Greenhaven <br> Covina, CA 91722 | | | | | | | $9,551.88 | $9,551.88 | |
| **ACCOUNT NO.** <br> Mills, Alexander <br> 151 Citrine Court <br> Gardena, CA 90248 | | | | | | | $1,281.25 | $1,281.25 | |
| **ACCOUNT NO.** <br> Morones, James F <br> 2152 Grandeur Drive <br> San Pedro, CA 90732 | | | | | | | $11,030.00 | $11,030.00 | |
| **ACCOUNT NO.** <br> Morrow, Gregory J <br> 10401 Wilshire Blvd. <br> Suite 1102 <br> Los Angeles, CA 90024 | | | | | | | $11,725.00 | $11,725.00 | |
| Subtotal ▸ <br> (Total of this page) | | | | | | | $33,588.13 | $33,588.13 | |
| Total ▸ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | | | | $ | $ | |
| Total ▸ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**              **Case No.** 2:11-bk-13454-PC
_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ngo, Thong 9520 Pentland Street Temple City, CA 91780 | | | | | | | $5,026.52 | $5,026.52 | |
| **ACCOUNT NO.** Nicolas, Mary Ellen 1641 W. Pch #23 Wilmington, CA 90744 | | | | | | | $266.83 | $266.83 | |
| **ACCOUNT NO.** Nuzzi, Suzanne 2070 E Woodlyn Road Pasadena, CA 91104 | | | | | | | $11,725.00 | $11,725.00 | |
| **ACCOUNT NO.** Orellana, Julio C. 4270 Moonstone Drive Los Angeles, CA 90032 | | | | | | | $2,819.60 | $2,819.60 | |
| Subtotal ▸ (Total of this page) | | | | | | | $19,837.95 | $19,837.95 | |
| Total ▸ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Pawlikowski, Jennifer<br>1111 W. 14th Street<br>Apt. #9<br>San Pedro, CA 90731 | | | | | | | $848.94 | $848.94 | |
| **ACCOUNT NO.**<br>Pedersen, Jennifer<br>712 Guadalupe Avenue #3<br>Redondo Beach, CA 90277 | | | | | | | $443.55 | $443.55 | |
| **ACCOUNT NO.**<br>Perez, Elva Rocio<br>19009 Sherman Way #26<br>Reseda, CA  91335 | | | | | | | $1,045.23 | $1,045.23 | |
| **ACCOUNT NO.**<br>Perna, Michael T.<br>6055 McKnight Drive<br>Lakewood, CA 90713 | | | | | | | $2,353.22 | $2,353.22 | |
| | | | Subtotal ▶<br>(Total of this page) | | | | $4,690.94 | $4,690.94 | |
| | | | Total ▶<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | $ | $ | |
| | | | Total ▶<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**　　　　　　**Case No.** 2:11-bk-13454-PC
　　　　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Polimac, Sadia <br> 935 W. 13th Street <br> Apt. #5 <br> San Pedro, CA 90731 | | | | | | | $3,503.75 | $3,503.75 | |
| **ACCOUNT NO.** <br> Polimac, Sead <br> 935 13th Street  #5 <br> San Pedro, CA  90731 | | | | | | | $3,479.16 | $3,479.16 | |
| **ACCOUNT NO.** <br> Powers, Jeri <br> 4541 Linden Avenue <br> Long Beach, CA 90807 | | | | | | | $2,634.24 | $2,634.24 | |
| **ACCOUNT NO.** <br> Quiroz, Lidia <br> 7533 Suva Street <br> Downey, CA 90240 | | | | | | | $1,365.91 | $1,365.91 | |
| | | | Subtotal ▸ <br> (Total of this page) | | | | $10,983.06 | $10,983.06 | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | $ | $ | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**              **Case No.** 2:11-bk-13454-PC
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ramos, Maria T. 4810 Weik Avenue Bell, CA 90201 | | | | | | | $1,878.24 | $1,878.24 | |
| **ACCOUNT NO.** Redd, Edward 1245 W.25th Street San Pedro, CA 90731 | | | | | | | $3,843.54 | $3,843.54 | |
| **ACCOUNT NO.** Rios Jr., Ricardo 6823 Stafford Avenue Huntington Park, CA 90255 | | | | | | | $3,692.80 | $3,692.80 | |
| **ACCOUNT NO.** Sanchez, Jennifer 15516 Halcourt Ave. Norwalk, CA 90650 | | | | | | | $695.70 | $695.70 | |
| Subtotal ▸ (Total of this page) | | | | | | | $10,110.28 | $10,110.28 | |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                        **Case No.** 2:11-bk-13454-PC
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Santich, Robert C<br>891 W 8th St #1<br>San Pedro, CA 90731 | | | | | | | $9,252.74 | $9,252.74 | |
| **ACCOUNT NO.**<br>Santos, Martha<br>211 Penn St.<br>Apt. 5<br>El Segundo, CA  90245 | | | | | | | $1,835.41 | $1,835.41 | |
| **ACCOUNT NO.**<br>Schlosser, J. Kevin<br>PO Box 454<br>Manistee, MI 49660 | | | | | | | $317.33 | $317.33 | |
| **ACCOUNT NO.**<br>Schmidt, Ann Marie<br>23202 Lavaca Street<br>Lake Forest, CA  92630 | | | | | | | $4,729.13 | $4,729.13 | |
| Subtotal ▸<br>(Total of this page) | | | | | | | $16,134.61 | $16,134.61 | |
| Total ▸<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Siordia, Maira A. <br> 12145 E Algardi St <br> Norwalk, CA 90650 | | | | | | | $3,019.16 | $3,019.16 | |
| **ACCOUNT NO.** <br> Sitar, Jeffrey W. <br> 1116 Highland Drive <br> Monterey Park, CA 91754 | | | | | | | $8,147.54 | $8,147.54 | |
| **ACCOUNT NO.** <br> Sosic, Silvija <br> 3711 Country Club #6 <br> Long Beach, CA 90807 | | | | | | | $2,544.28 | $2,544.28 | |
| **ACCOUNT NO.** <br> Stanton, Gary J. <br> 18181 Buena Vista Avenue <br> Yorba Linda, CA 92886 | | | | | | | $6,662.50 | $6,662.50 | |
| | | | Subtotal ▸ <br> (Total of this page) | | | | $20,373.48 | $20,373.48 | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | $ | $ | |
| | | | Total ▸ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Tagle Jr., Ernesto<br>9616 Long Meadow Drive<br>Tampa, FL  33615 | | | | | | | $4,852.93 | $4,852.93 | |
| **ACCOUNT NO.**<br>Tardio, Jolyn M<br>1441 Brett Place<br>Unit 136<br>San Pedro, CA  90732 | | | | | | | $3,481.99 | $3,481.99 | |
| **ACCOUNT NO.**<br>Taylor, Adabel Vivian<br>4734 Cadison Street<br>Torrance, CA  90503 | | | | | | | $1,566.50 | $1,566.50 | |
| **ACCOUNT NO.**<br>Thompson, Gabrielle Renee<br>8227 Alhambra Avenue  #G<br>Paramount, CA  90723 | | | | | | | $319.24 | $319.24 | |
| Subtotal ▸<br>(Total of this page) | | | | | | | $10,220.66 | $10,220.66 | |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**
          Debtor

**Case No.** 2:11-bk-13454-PC

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Thompson, Sherrie <br> 1319 1/2 W. 95th St. <br> Los Angeles, CA  90044 | | | | | | | $1,420.69 | $1,420.69 | |
| **ACCOUNT NO.** <br> Trani, Dustin J. <br> 1942 Marina Drive <br> San Pedro, CA  90732 | | | | | | | $80.00 | $80.00 | |
| **ACCOUNT NO.** <br> Vargas, Fernando Marcos <br> 20912 Amie Ave. <br> Apt. F <br> Torrance, CA 90503 | | | | | | | $845.92 | $845.92 | |
| **ACCOUNT NO.** <br> Wang, Louis S <br> 23 Charlotte <br> Irvine, CA  92603 | | | | | | | $0.00 | $0.00 | |
| Subtotal ▸ <br> (Total of this page) | | | | | | | $2,346.61 | $2,346.61 | |
| Total ▸ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                      **Case No.** 2:11-bk-13454-PC
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** White, Maria 4016 Miraleste Drive Rancho Palos Verdes, CA 90275 | | | | | | | $5,728.79 | $5,728.79 | |
| **ACCOUNT NO.** Williams, Vance 3727 Brayton Avenue Long Beach, CA 90807 | | | | | | | $3,451.01 | $3,451.01 | |
| **ACCOUNT NO.** Yu, Christina 16617 Faysmith Ave. Torrance, CA 90504 | | | | | | | $3,297.80 | $3,297.80 | |
| **ACCOUNT NO.** Zambrano, Vincent Q. 22829 Shell Drive Carson, CA 90745 | | | | | | | $28.31 | $28.31 | |
| Subtotal ▸ (Total of this page) | | | | | | | $12,505.91 | $12,505.91 | |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules | | | | | | | $ | $ | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Coronado, Alma<br>3255 Garden Lane<br>Hawthorne, CA  90250 | | | | | | | $0.00 | $0.00 | |
| **ACCOUNT NO.**<br>Sasso, Sabrena Renee<br>2066 Trudie Drive<br>Rancho Palos Verdes, CA  90275 | | | | | | | $0.00 | $0.00 | |
| **ACCOUNT NO.**<br>Stephenson, Dina<br>54 Mesquite<br>Trabuco Canyon, CA  92679 | | | | | | | $0.00 | $0.00 | |
| **ACCOUNT NO.**<br>VillaCarlos, Jenna Chua<br>30058 Red Hill Road<br>Highland, CA  92346 | | | | | | | $0.00 | $0.00 | |
| Subtotal ▸<br>(Total of this page) | | | | | | | $0.00 | $0.00 | |
| Total ▸<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules | | | | | | | **$297,903.68** | | |
| Total ▸<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | | **$297,903.68** | |

**In re** <u>CONTESSA PREMIUM FOODS, INC.,</u>        **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if the debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ABC Press<br>2780 Walnut Avenue<br>Signal Hill, CA 90755 | | | Trade payables | | | | $937.67 |
| Accent Western (ADSG)<br>10131 Fm 2920<br>Tomball, TX 77375 | | | Trade payables | | | | $782.25 |
| Acosta Sales & Marketing, Co.<br>PO Box 281996<br>Atlanta, GA 30384-1996 | | | Trade payables | | | | $39,316.78 |
| Adco Manufacturing<br>2170 Academy Ave.<br>Sanger, CA 93657 | | | Trade payables | | | | $81.89 |
| ADT Security Services, Inc<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 | | | Trade payables | | | | $52.46 |
| Advantage Sales And Marketing<br>Department #100<br>P.O. Box 31001-1691<br>Pasadena, CA 91110-1691 | | | Trade payables | | | | $903.37 |
| | | | | | | Subtotal➔ | $42,074.42 |
| | | | | | | Total➔<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Agroindustria Legumex, S.A. Carretera Interamericana 52.5 El Tejar, Chimaltenango Guatemala | | | Trade payables | | | | $94,210.50 |
| Ahold Financial 3213 Paysphere Circle Chicago, IL 60674 | | | Trade payables | | | | $58,732.40 |
| Air Control Systems, Inc. 1940 S. Grove Ave. Ontario, CA 91761 | | | Trade payables | | | | $1,219.20 |
| Airflite 3250 Airflite Way Long Beach, CA 90807 | | | Trade payables | | | | $35,872.50 |
| Airgas-West PO Box 7423 Pasadena, CA 91109-7423 | | | Trade payables | | | | $893.85 |
| All Source Container, Inc. 8320 Canford St. Pico Rivera, CA 90660 | | | Trade payables | | | | $2,200.16 |
| Alliance Sales & Marketing Of North Carolina PO Box 2810 Matthews, NC 28106 | | | Trade payables | | | | $450.76 |
| Allstar Interior Landscapes In 1040 West Lomita Blvd Harbor City, CA 90710 | | | Trade payables | | | | $512.74 |
| Alta Office Services 20425 S. Susana Rd Long Beach, CA 90810 | | | Trade payables | | | | $596.34 |
| Altaware 29222 Rancho Viejo Rd, Ste 120 San Juan Capistrano, CA 92675 | | | Trade payables | | | | $0.00 |
| American Express (A.B.) Box 0001 Los Angeles, CA 90096-0001 | | | Trade payables | | | | $1,252.66 |
| American Express Acct 91007 Box 0001 Los Angeles, CA 90096-0001 | | | Trade payables | | | | $1,464.43 |

Subtotal➔ $192,405.54

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| American Express Box 0001 Los Angeles, CA 90096-0001 | | | Trade payables | | | | $2,869.56 |
| American Express Box 0001 Los Angeles, CA 90096-8000 | | | Trade payables | | | | $2,068.98 |
| American Express PO Box 0001 Los Angeles, CA 90096-0001 | | | Trade payables | | | | $6,979.46 |
| American Organics PO Box 60009 City Of Industry, CA 91716 | | | Trade payables | | | | $1,193.64 |
| American Standard Adhesives 1110 E. Locust St. Ontario, CA 91761 | | | Trade payables | | | | $1,521.98 |
| Americold - 78045 10 Glenlake Parkway Suite 800, South Tower Atlanta, GA 30328 | | | Trade payables | | | | $2,688.74 |
| Americold - 78319 10 Glenlake Parkway Suite 800, South Tower Atlanta, GA 30328 | | | Trade payables | | | | $566.50 |
| Americold Logistics PO Box 2017 Portland, OR 97208-2017 | | | Trade payables | | | | $1,420.70 |
| Americold Transportation Div. PO Box 933458 Atlanta, GA 31193-3458 | | | Trade payables | | | | $5,336.46 |
| AMS National Office Department 100 P.O. Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $1,801.09 |
| Apollo Technologies, Inc. 31441 Santa Margarita Pky A-219 Rancho Santa Margarita, CA 92688 | | | Trade payables | | | | $3,440.50 |

Subtotal➔ $29,887.61

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                              **Case No.** 2:11-bk-13454-PC
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Aramark Uniform Services,Inc. PO Box 1799 Paramount, CA 90723-1799 | | | Trade payables | | | | $503.37 |
| Arc Air Logistics, Inc. Los Angeles 880 Apollo St., Unit 217 El Segundo, CA 90245 | | | Trade payables | | | | $686.44 |
| Arrowhead - Division Of Nestle Waters North America Inc. PO Box 856158 Louisville, KY 40285-6158 | | | Trade payables | | | | $81.54 |
| Asa Eden & Tye Division 7483 Candlewood, Suite H Hanover, MD 21076 | | | Trade payables | | | | $11,000.57 |
| ASM National Office Dept #100 PO Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $33,009.06 |
| ASM National Office Department #100 P.O. Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $4,582.51 |
| ASM National Office Department 100 P.O. Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $4,845.29 |
| ASM National Office Department 100 P.O. Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $3,212.22 |
| ASM National Office Department 100 P.O. Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $1,013.17 |
| ASM National Office Department 100 PO Box 31001-1691 Pasadena, CA 91110-1691 | | | Trade payables | | | | $6,493.37 |
| At&T Mobility Acct#870914940 PO Box 6463 Carol Stream, IL 60197-6463 | | | Trade payables | | | | $84.89 |

|  | Subtotal➔ | $65,512.43 |
|---|---|---|
|  | Total➔ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**　　　　　　　　Case No. 2:11-bk-13454-PC
　　　　　　　　　　　Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| At&T Acct Ending: 0628 PO Box 105262 Atlanta, GA 30348-5262 | | | Trade payables | | | | $125.46 |
| At&T Acct# 959 3 P.O Box 8100 Aurora, IL 60507-8100 | | | Trade payables | | | | $155.90 |
| At&T PO Box 8100 Aurora, IL 60507-8100 | | | Trade payables | | | | $135.43 |
| AT&T-Universal Biller PO Box 5019 Carol Stream, IL 60197-5019 | | | Trade payables | | | | $814.10 |
| Aviation Specialty Insurance Services, Inc. 465 29th St. Manhattan Beach, CA 90266 | | | Trade payables | | | | $48,000.00 |
| B&D Foods 3494 S. Tk Ave Boise, ID 83705 | | | Trade payables | | | | $90,006.00 |
| Bashas Inc PO Box 488 Chandler, AZ 85244 | | | Trade payables | | | | $20,811.00 |
| Bearing & Drives, Inc. 9506 Rush Street South El Monte, CA 91733 | | | Trade payables | | | | $6,883.98 |
| Best Industrial Plastic & Fabrication 4257 Auction Ave,Suite G1 Baldwin Park, CA 91706 | | | Trade payables | | | | $762.42 |
| Beverly Hills Cafe 18500 Ne 5th Ave North Miami Beach, FL 33179 | | | Trade payables | | | | $176.00 |
| Bibby Transportation Finance Acevedo Distribution, LLC PO Box 100920 Atlanta, GA 30384-0920 | | | Trade payables | | | | $39,941.55 |
| Big Y Supermarkets PO Box 3050 Springfield, MA 11023-3050 | | | Trade payables | | | | $8,068.00 |

Subtotal➔ $215,879.84

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**　　　　　　　　　Case No. 2:11-bk-13454-PC
　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| BJF Enterprises, Inc. 7104 Jackson Street Paramount, CA 90723 | | | Trade payables | | | | $11,128.33 |
| Bluehornet Networks, Inc. Lockbox Number 88191 88191 Expedite Way Chicago, IL 60695-0001 | | | Trade payables | | | | $2,349.00 |
| Boardman Foods, Inc PO Box 786 Boardman, OR 97818 | | | Trade payables | | | | $29,552.25 |
| Bombardier Learjet Inc. 2007 Collection Drive Chicago, IL 60693-2007 | | | Trade payables | | | | $9,170.00 |
| Bon Appetit PO Box 37619 Boone, IA 50037-0619 | | | Trade payables | | | | $28.00 |
| Brent Redmond Logistics PO Box 1359 Hollister, CA 95024 | | | Trade payables | | | | $9,948.20 |
| Brookfield Country 5120 Shimmerville Rd Clarence, NY 14031 | | | Trade payables | | | | $219.00 |
| Brucepac PO Box 712609 Cincinnati, OH 45271-2609 | | | Trade payables | | | | $169,684.80 |
| Buffalo Club 388 Delaware Avenue Buffalo, NY 14202 | | | Trade payables | | | | $81.00 |
| Bunzl Processor Division 12240 Collections Center Drive Chicago, IL 60693 | | | Trade payables | | | | $4,191.39 |
| Burgess Transportation LLC 20825 Currier Road Walnut, CA 91789 | | | Trade payables | | | | $14,547.60 |
| C & F Packing Company Inc. PO Box 209 Lake Villa, IL 60046-0209 | | | Trade payables | | | | $9,007.60 |

Subtotal➤ $259,907.17

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| C.H. Robinson Worldwide, Inc. PO Box 9121 Minneapolis, MN 55480-9121 | | | Trade payables | | | | $63,948.24 |
| California Packaging Centers 1140 South Rockefeller Ave. Ontario, CA 91761 | | | Trade payables | | | | $74,337.02 |
| California Water Service Co. 3316 West Beverly Blvd. Montebello, CA 90640 | | | Trade payables | | | | $4,064.70 |
| Cambridge Transportation 36392 Treasury Center Chicago, IL 60694-6300 | | | Trade payables | | | | $56.00 |
| Camimex Sub-Ward-Ward 8 Camau Camau Province, Vietnam | | | Trade payables | | | | $505,053.00 |
| Cartridge World Los Alamitos 11300 Los Alamitos Blvd Los Alamitos, CA 90720 | | | Trade payables | | | | $179.37 |
| CCH Incorporated PO Box 4307 Carol  Stream, IL 60197-4307 | | | Trade payables | | | | $399.13 |
| CDW Direct, LLC P O Box 75723 Chicago, IL 60675-5723 | | | Trade payables | | | | $6,885.82 |
| Chandler's Air Conditioning & Refrigeration 1702 W. 5th Street Santa Ana, CA 92703 | | | Trade payables | | | | $255.00 |
| Chase Card Services Cardmember Service P.O.Box 94014 Palatine, IL 60094-4014 | | | Trade payables | | | | $3,822.66 |
| Chell Brokerage Co. Attn: Ernie Chell 101 Pittston Ave., Ste. 1 Scranton, PA 18505 | | | Trade payables | | | | $2,424.79 |
| Chem-Services, Inc. 101 N. Citrus Avenue Suite 3B Covina, CA 91723 | | | Trade payables | | | | $4,949.26 |
| | | | | | | Subtotal➔ | $666,374.99 |
| | | | | | | Total➔ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**                              Case No. 2:11-bk-13454-PC
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CHS PO Box 1099 Hutchinson, KS 67504 | | | Trade payables | | | | $32,400.00 |
| City Of Long Beach Department Of Financial Mgmnt 4100 Donald Douglas Drive Long Beach, CA 90808 | | | Trade payables | | | | $300.00 |
| Cleansource PO Box 49107 San Jose, CA 95161-9107 | | | Trade payables | | | | $2,823.43 |
| Club Demonstration Services 9555 Chesapeake Drive Ste 100 San Diego, CA 92123 | | | Trade payables | | | | $3,292.57 |
| Coach West Transportation 1029 E. Dominguez St. Carson, CA 90746 | | | Trade payables | | | | $8,988.61 |
| Coastal Green Vegetable Company LLC PO Box 20609 Oxnard, CA 93034 | | | Trade payables | | | | $97,896.50 |
| Color Incorporated 1600 Flower Street Glendale, CA 91201 | | | Trade payables | | | | $854.21 |
| Consolidated Design West Inc 1345 S. Lewis Street Anaheim, CA 92805 | | | Trade payables | | | | $2,625.00 |
| Coordinated Delivery & Installation, Inc. 12632-C Monarch St. Garden Grove, Ca 92841-3919 | | | Trade payables | | | | $1,400.00 |
| Co-Sales Company 61 Inverness Drive East Suite 108 Englewood, CO 80112 | | | Trade payables | | | | $2,465.42 |
| Co-Sales Company,Inc Arizona Central Park Forest 2700 N. Third St # 1000 Phoenix, AZ 85004 | | | Trade payables | | | | $9,491.01 |
| Co-Sales Northern California Bishop Ranch 8 5000 Executive Parkway Ste 230 San Ramon, CA 94583 | | | Trade payables | | | | $2,588.97 |

Subtotal➔ $165,125.72

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                                **Case No.** 2:11-bk-13454-PC
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Cosentino's Food Stores 3901 W. 83rd St. Prairie Village, KS 66208 | | | Trade payables | | | | $1,358.98 |
| Cosmatos Consulting 21 Worthington Private Stittsville, ON Canada K2S 0H2 | | | Trade payables | | | | $870.00 |
| Crown Equipment Corp. P.O. Box 641173 Cincinnati, OH 45264-1173 | | | Trade payables | | | | $2,088.99 |
| Cryovac Inc. PO Box 60000 File 74088 San Francisco, CA 94160-4088 | | | Trade payables | | | | $28,265.29 |
| CTI Food Holding Co, LLC PO Box 915248 Dallas, TX 75391-5248 | | | Trade payables | | | | $132,279.90 |
| Culinary Classics 4025 S Western Blvd Chicago, IL 60609 | | | Trade payables | | | | $128.75 |
| D.D. Reckner Company 129 E. College Avenue Westerville, OH 43081 | | | Trade payables | | | | $2,949.75 |
| Darling International Inc. P.O. Box 552210 Detroit, MI 48255-2210 | | | Trade payables | | | | $1,044.71 |
| Dartmouth-Thayerhall Thayer Hall Dartmouth, NH | | | Trade payables | | | | $962.00 |
| Data-Code Barcode & Mobile Data Terminal PO Box 865 Tustin, CA 92781 | | | Trade payables | | | | $189.50 |
| Daymon Worldwide P.O. Box 3801 Carol Stream, Il 60132-3801 | | | Trade payables | | | | $46,637.37 |
| DBB Marketing Co. 724 Oak Grove Ave Ste 110 Menlo Park, CA 94025 | | | Trade payables | | | | $1,106.83 |
| | | | | | | Subtotal➔ | $217,882.07 |
| | | | | | | Total➔ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Dedeaux Properties, LLC<br>1430 S. Eastman Ave.<br>Los Angeles, CA 90023-4006 | | | Trade payables | | | | $255,484.51 |
| Deken Power Inc.<br>1402 South Ritchey Street<br>Santa Ana, CA 92705 | | | Trade payables | | | | $75.52 |
| Demoulas Super Markets, Inc.<br>Cash Management Department<br>875 East Street<br>Tewksbury, MA | | | Trade payables | | | | $418.59 |
| Dickinson Frozen Foods<br>2746 Momentum Place<br>Chicago, IL 60689-5327 | | | Trade payables | | | | $107,485.00 |
| DLA Piper LLP (US)<br>PO Box 64029<br>Baltimore, MD 21264-4029 | | | Trade payables | | | | $43,587.41 |
| Dock Pros Inc.<br>2870 Ragle Way<br>Corona, CA 92879 | | | Trade payables | | | | $722.50 |
| Donghai Frozen Foods Co,Inc<br>Ind. Devt/District Of Jiaomei<br>Lunghai County,<br>Fujian Province, China | | | Trade payables | | | | $24,070.00 |
| Dongsheng Foods Usa, Inc.<br>355 West Olive Ave., Suite 206<br>Sunnyvale, CA 94086 | | | Trade payables | | | | $56,472.50 |
| Dunekacke & Wilms Nache GmbH & Co KG<br>Hinschenfelder Stieg 12c, 22041<br>Hamburg, Germany | | | Litigation claims | X | X | X | Unknown |
| Dunnhumby Usa, LLC<br>P.O.Box 635029<br>Cincinnati, OH 45263-5502 | | | Trade payables | | | | $15,702.82 |
| Ecolab<br>PO Box 100512<br>Pasadena, CA 91189-0512 | | | Trade payables | | | | $337.56 |
| Edwards Label<br>2277 Knoll Drive<br>Ventura, CA 93003 | | | Trade payables | | | | $7,967.95 |
| | | | | | Subtotal➔ | | $512,324.36 |
| | | | | | Total➔<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) | | $ |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                        Debtor

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Egencia, LLC<br>PO Box 847677<br>Dallas, TX 75284-7677 | | | Trade payables | | | | $375.00 |
| Elightbulbs<br>11621 95th Ave N<br>Maple Grove, MN 55369 | | | Trade payables | | | | $652.53 |
| Empower It, Inc.<br>7101 Wisconsin Ave. #900<br>Bethesda, MD 20814 | | | Trade payables | | | | $5,375.00 |
| Fallas Automation, Inc<br>P O Box 20354<br>Waco, TX 76702 | | | Trade payables | | | | $77.37 |
| Fastenal Company<br>PO Box 1286<br>Winona, MN 55987-1286 | | | Trade payables | | | | $334.08 |
| Fedex Kinko's<br>Customer Admin Serv<br>PO Box 672085<br>Dallas, TX 75267-2085 | | | Trade payables | | | | $37.32 |
| Fedex<br>PO Box 7221<br>Pasadena, CA 91109-7321 | | | Trade payables | | | | $6,037.95 |
| Fiore Di Pasta, Inc.<br>4776 E. Jensen Ave.<br>Fresno, CA 93725 | | | Trade payables | | | | $88,136.56 |
| Flegenheimer Int'l<br>P.O. Box 998 #22<br>El Segundo, CA 90245-3060 | | | Trade payables | | | | $8,995.54 |
| Food Microbiological Lab Inc<br>11652 Knott St<br>Suite 16<br>Garden Grove, CA 92841 | | | Trade payables | | | | $605.00 |
| Food Network Magazine<br>PO Box 25883<br>Lehigh Valley, PA 18002-5883 | | | Trade payables | | | | $50,490.00 |
| Food Safety Solutions, Inc<br>PO Box 61037<br>Los Angeles, CA 90061 | | | Trade payables | | | | $5,037.50 |

Subtotal➔ $166,153.85

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                   **Case No.** 2:11-bk-13454-PC
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Fresh Grocer<br>PO Box 306<br>Drexel Hill, PA 19026 | | | Trade payables | | | | $50.00 |
| FSE, Inc.<br>77 Rumford Ave.<br>Suite #3<br>Waltham, MA | | | Trade payables | | | | $1,000.00 |
| Future Shredding<br>2777 Raymond Ave.<br>Signal Hill, CA 90755 | | | Trade payables | | | | $1,190.00 |
| Gaslight Grill<br>14121 Noland Street<br>Overland Park, KS 66221 | | | Trade payables | | | | $1,156.00 |
| Gasuik Sales & Marketing<br>26 Columbia Avenue<br>Depew, NY 14043 | | | Trade payables | | | | $1,202.81 |
| Gelson's<br>PO Box 512256<br>Cash Control Department<br>Los Angeles, CA 90051 | | | Trade payables | | | | $76.00 |
| General Electric Capital Corporation<br>3 Capital Drive<br>Eden Prairie, MN 55344 | | | (racking, HVAC, refrigeration, and material handling equipmen Lease) | | | | $399,662.61 |
| General Electric Capital Corporation<br>3 Capital Drive<br>Eden Prairie, MN 55344 | | | (photovoltaic roofing system) | | | | $109,387.23 |
| Goodheart Brand Specialty Meat<br>11122 Nacogdoches Rd.<br>San Antonio, TX 78217 | | | Trade payables | | | | $57,800.00 |
| Goretti Supermarkets, Inc<br>1 Providence St.<br>Millbury, MA 1527 | | | Trade payables | | | | $50.00 |
| Grainger<br>Dept 826091548<br>Palatine, IL 60038-0001 | | | Trade payables | | | | $556.74 |
| Greeson Sales & Marketing<br>6355 Belmont Ave. NE<br>Suite 140<br>Belmont, MI 49306 | | | Trade payables | | | | $3,190.02 |
| H & M Bay Inc<br>PO Box 631935<br>Baltimore, MD 21263-1935 | | | Trade payables | | | | $166,920.89 |

Subtotal➔ $742,242.30

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**          **Case No.** 2:11-bk-13454-PC
               Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Haliburton International Corp. 2539 East Philadelphia St. Ontario, CA 91761 | | | Trade payables | | | | $145,239.47 |
| Hantover, Inc. 14005 Collection Center Drive Chicago, IL 60693-4005 | | | Trade payables | | | | $340.88 |
| Harpak, Inc. 117 Eastman Street Easton, MA | | | Trade payables | | | | $338.21 |
| Hartford Restaurant Group 99 Sisson Ave Hartford, CT | | | Trade payables | | | | $405.00 |
| Heat And Control Inc 21121 Cabot Blvd Hayward, CA 94545-1132 | | | Trade payables | | | | $1,387.33 |
| Help/Systems-IL, LLC NW 5955 PO Box 1450 Minneapolis, MN 55485-5955 | | | Trade payables | | | | $6,370.00 |
| Henry Bros Electronics Inc P.O. Box 53023 Newark, NH 7101 | | | Trade payables | | | | $127.90 |
| Hereford House - Independent 30 West Pershing Road, Ste 370 Kansas City, MO 64108 | | | Trade payables | | | | $1,236.00 |
| Hereford House - Leawood 30 West Pershing Road, Ste 370 Kansas City, MO 64108 | | | Trade payables | | | | $1,152.00 |
| Hereford House - Shawnee 30 West Pershing Road, Ste 370 Kansas City, MO 64108 | | | Trade payables | | | | $1,230.00 |
| Hereford House - Zona Rosa 30 West Pershing Road, Ste 370 Kansas City, MO 64108 | | | Trade payables | | | | $1,332.00 |
| Herman Mccoy 2701 S. Bonnie Beach Pl Vernon, CA 90058 | | | Trade payables | | | | $375.00 |
| High Liner Foods Incorporated Battery Point, PO Box 910, Luneburg, Nova Scotia, BOJ 2C0 Canada | | | Litigation claims | X | X | X | Unknown |
| | | | | | Subtotal➔ | | $159,533.79 |
| | | | | | Total➔ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**              **Case No.** 2:11-bk-13454-PC
_____
                    Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Honeywell<br>PO Box 93078<br>Chicago, IL 60673-3078 | | | Trade payables | | | | $4,714.36 |
| Huntington Park Rubber Stamp<br>2761 E Slauson Ave<br>Huntington Park, CA 90255 | | | Trade payables | | | | $158.16 |
| Hygiena<br>Attn: Accounts Receivable<br>941 Avenida Acaso<br>Camarillo, CA 93012 | | | Trade payables | | | | $205.68 |
| IGW LLC<br>15849 N. 71st St. Suite 245<br>Scottsdale, AZ 85254 | | | Trade payables | | | | $2,497.20 |
| Ina Garten LLC<br>46 Newtown Lane<br>East Hampton, New York 11937 | | | Litigation claims | X | X | X | Unknown |
| Infinity Worlds, Inc.<br>5305 Village Parkway<br>Rogers, AR 72758 | | | Trade payables | | | | $634.03 |
| Inn Foods Inc<br>P.O. Box 353<br>Salinas, CA 93902 | | | Trade payables | | | | $12,194.00 |
| Innovative Foods LLC<br>3375 Koapaka St, Suite B284<br>Honolulu, HI 96819 | | | Trade payables | | | | $7,450.33 |
| Insulated Products Corp.<br>6623 Washington Blvd.<br>Los Angeles, CA 90040 | | | Trade payables | | | | $2,615.00 |
| J.M. Carden Sprinkler Co., Inc<br>2909 Fletcher Dr.<br>Los Angeles, CA 90065-1406 | | | Trade payables | | | | $1,210.00 |
| Jamison Door Company<br>PO Box 1274<br>Hagerstown, MD 21741-1274 | | | Trade payables | | | | $84.45 |
| Jeppesen Sanderson<br>P.O. Box 840864<br>Dallas, TX 75284-0864 | | | Trade payables | | | | $11,036.00 |
| Jet Tech Ltd<br>438 Columbia Road<br>Thousand Oaks, CA 91360 | | | Trade payables | | | | $6,993.44 |

Subtotal➔ $49,792.65

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

In re **CONTESSA PREMIUM FOODS, INC.,**                                    **Case No.** 2:11-bk-13454-PC
                            Debtor

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Jiang Men Health Food Co. Ltd<br>Pachongwei, Jiangmen<br>Guangdong, China | | | Trade payables | | | | $27,805.00 |
| JMG Security Systems<br>17150 Newhope St. Ste#109<br>Fountain Valley, CA 92708 | | | Trade payables | | | | $1,660.00 |
| Johnson O'Hare Company Inc<br>1 Progress Road<br>Billerica, MA | | | Trade payables | | | | $11,741.20 |
| Jon Edwards & Associates<br>915 South Alta Vista Avenue<br>Monrovia, CA 91016 | | | Trade payables | | | | $5,158.25 |
| JSL Foods, Inc<br>3550 Pasadena Avenue<br>Los Angeles, CA 90031 | | | Trade payables | | | | $155,090.40 |
| Julia Paulina Carrera<br>9975 Dandelion Avenue<br>Fountain Valley, CA 92708 | | | Trade payables | | | | $21,878.00 |
| Karns Prime & Fancy Foods Ltd<br>675 Silver Springs Road<br>Mechanicsburg, PA 17050 | | | Trade payables | | | | $400.00 |
| Keegans Fresh Seafood<br>6675 Salem Road<br>Cincinnati, OH 45230 | | | Trade payables | | | | $1,122.00 |
| Kenwood Country Club<br>6500 Kenwood Rd.<br>Cincinnati, OH 45243 | | | Trade payables | | | | $792.00 |
| Key Information Systems<br>21700 Oxnard Street Ste 250<br>Woodland Hills, CA 91367 | | | Trade payables | | | | $11,284.00 |
| King Kullen Grocery Co. Inc.<br>185 Central Avenue<br>Bethpage, NY 11714 | | | Trade payables | | | | $8,988.48 |
| L & R Heating & Air Cond, Inc.<br>1071 West 190th Street<br>Gardena, CA 90248 | | | Trade payables | | | | $155.00 |
| Label Tronix<br>1097 North Batavia St.<br>Orange, CA 92867 | | | Trade payables | | | | $905.33 |

Subtotal➔ $246,979.66

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Laca Express 13900 S. Broadway Los Angeles, CA 90061 | | | Trade payables | | | | $150.00 |
| M & M Printed Bag 5651 Kimball Court Chino, CA 91710-9121 | | | Trade payables | | | | $10,844.12 |
| Magruder's PO Box 1432 Rockville, MD 20849-1432 | | | Trade payables | | | | $100.00 |
| Mag-Trol Long Beach 705 West Anaheim Street Long Beach, CA 90813-2819 | | | Trade payables | | | | $1,032.75 |
| Mancini And Groesbeck, Inc 164 East 3900 South Salt Lake City, UT | | | Trade payables | | | | $1,362.67 |
| Mariner Systems, Inc. Dept. Ch16375 Palatine, IL 60055-6375 | | | Trade payables | | | | $720.00 |
| Marquette Trans. Finance, Inc. NW 7939  PO Box 1450 Minneapolis, MN 55485-7939 | | | Trade payables | | | | $2,200.00 |
| Marsh Risk & Insurance Service Los Angeles Office Dept #17 Los Angeles, CA 90088 | | | Trade payables | | | | $35,695.18 |
| Marzetti Frozen Pasta, Inc. Dept. L-974 Columbus, OH 43260 | | | Trade payables | | | | $55,504.07 |
| Maust Transportation Services 2200 140th Avenue East #200 Sumner, WA 98390 | | | Trade payables | | | | $7,603.36 |
| McMaster-Carr PO Box 7690 Chicago, IL 60680-7690 | | | Trade payables | | | | $830.14 |
| MCSI Escrow Account C/O MCSI 23166 Los Alisos Blvd. Ste 228 Mission Viejo, CA 92691 | | | Trade payables | | | | $160.00 |

Subtotal➔  $116,202.29

Total➔  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                           **Case No.** 2:11-bk-13454-PC
                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Mechanical Drives Co 2915 E. Washington Blvd. Los Angeles, CA 90023 | | | Trade payables | | | | $541.22 |
| Mericle Mechanical, Inc. 1664 Sierra Madre Circle Placentia, CA 92870 | | | Trade payables | | | | $8,618.28 |
| Metz Fresh, LLC 39405 Metz Road King City, CA 93930 | | | Trade payables | | | | $17,639.20 |
| Michael Foods Inc. P.O. Box 98378 Chicago, IL 60693-8378 | | | Trade payables | | | | $33,186.60 |
| Michelson Laboratories Inc 6280 Chalet Drive Commerce, CA 90040-3704 | | | Trade payables | | | | $3,618.80 |
| Millard Refrigerated Services P.O. Box 2336 Omaha, NE 68103-2336 | | | Trade payables | | | | $170.07 |
| Millard Transportation Service Dept. Ch 19262 Palatine, IL 60055-9262 | | | Trade payables | | | | $1,592.24 |
| Millbrook Cold Storage Inc PO Box 564 Somerville, MA | | | Trade payables | | | | $220.08 |
| Minuteman Transport Inc P.O. Box 90396 City Of Industry, CA 91715 | | | Trade payables | | | | $1,623.59 |
| Mission Foods-Southern Calif PO Box 843793 Dallas, TX 75284 | | | Trade payables | | | | $69,851.98 |
| Mollie Stone's Market 150 Shoreline Hwy, Bldg D Mill Valley, CA 94941 | | | Trade payables | | | | $1,000.00 |
| Monster, Inc. File 70104 Los Angeles, CA 90074-0104 | | | Trade payables | | | | $833.34 |
| Morgan Gallacher, Inc. 8707 Millergrove Dr. Santa Fe Springs, CA 90670 | | | Trade payables | | | | $75.18 |
| | | | | | | Subtotal➔ | $138,970.58 |
| | | | | | | Total➔ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**       **Case No.** 2:11-bk-13454-PC
         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Motion Industries, Inc<br>File 749376<br>Los Angeles, CA 90074 | | | Trade payables | | | | $1,556.68 |
| Multivac,Inc.<br>Dept Ch 17573<br>Palatine, IL 60055-7573 | | | Trade payables | | | | $862.19 |
| National Geographic Society<br>PO Box 4002855<br>Des Moines, IA 50340-2855 | | | Trade payables | | | | $186.15 |
| Nielsen<br>P.O. Box 88956<br>Chicago, IL 60695-8956 | | | Trade payables | | | | $74,903.78 |
| Noon International<br>3840 Blackhawk Rd Suite #100<br>Danville, CA 94506 | | | Trade payables | | | | $70,125.00 |
| Norman Stewart Food Stylist<br>1111 N. Flores St. Suite#2<br>West Hollywood, CA 90069 | | | Trade payables | | | | $3,750.00 |
| Norpac Services<br>Dept.2371<br>Los Angeles, CA 90084 | | | Trade payables | | | | $15,763.40 |
| Ocean Spray Cranberries, Inc.<br>One Ocean Spray Dr.<br>Lakeville, MA | | | Trade payables | | | | $4,003.25 |
| Officemax Contract Inc.<br>P.O.Box 79515<br>City Of Industry, CA 91716-9515 | | | Trade payables | | | | $2,501.98 |
| Olsson, Frank And Weeda, P.C.<br>Attorneys At Law<br>1400 Sixteenth St N.W. Ste.400<br>Washington D.C. 20036-2220 | | | Trade payables | | | | $287.00 |
| O'Melveny & Myers LLP<br>PO Box 894436<br>Los Angeles, CA 90189-4436 | | | Trade payables | | | | $510.00 |
| P.L. Marketing<br>625 Eden Park Drive Suite 400<br>Cincinnati, OH 45202 | | | Trade payables | | | | $42,201.07 |

Subtotal➔ $216,650.50

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                         Case No. 2:11-bk-13454-PC
                        Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Pacific Machinery Service 2211 E Winston Rd. Unit F. Anaheim, CA 92806 | | | Trade payables | | | | $2,147.50 |
| Pacific Southwest Container Department 44763 PO Box 44000 San Francisco, CA 94144-4763 | | | Trade payables | | | | $208,602.51 |
| Packaging Credit Company PO Box 51584 Los Angeles, CA 90051-5884 | | | Trade payables | | | | $195,672.79 |
| Packline West Inc. PO Box 7686 La Verne, CA 91750-7686 | | | Trade payables | | | | $391.77 |
| Pacmac PO Box 360 Fayetteville, AR 72702-0360 | | | Trade payables | | | | $186.59 |
| Pactiv Corporation PO Box 905863 Charlotte, NC 28290 | | | Trade payables | | | | $124,491.94 |
| Pan Gregorian Of Metro NY & LI 2818 Steinway St. Ste. 200, 2nd Floor Astoria, NY 11103 | | | Trade payables | | | | $254.00 |
| Panoply Food Corp. 3 Marcus Blvd., Ste. 202 Albany, NY 12205 | | | Trade payables | | | | $3,851.40 |
| Pasta Mia Inc. 826 Enterprise Way Fullerton, CA 92832 | | | Trade payables | | | | $75,203.20 |
| Patterson Vegetable Company PO Box 114 Patterson, CA 95363 | | | Trade payables | | | | $17,327.18 |
| Pepper Source, Ltd PO Box 8056 Metairie, LA 70011-8056 | | | Trade payables | | | | $9,445.77 |
| Personnel Plus Inc. 12052 E Imperial Hwy Suite 200 Norwalk, CA 90650 | | | Trade payables | | | | $57,083.52 |

Subtotal➔ $694,658.17

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| PFS Logistics, LLC<br>PO Box 415788<br>Boston, MA 22415-5788 | | | Trade payables | | | | $1,336.76 |
| Pinnacle Food Brokers<br>99 South Bedford Street #5<br>Burlington, MA | | | Trade payables | | | | $13,147.79 |
| Portion Pac Inc<br>Heinz North America<br>Dept. La 21111<br>Pasadena, CA 91185-1111 | | | Trade payables | | | | $35,792.07 |
| PR Newswire Association, LLC<br>GPO Box 5897<br>New York, NY 10087-5897 | | | Trade payables | | | | $606.25 |
| Praxair Distribution Inc.Dept 0812<br>PO Box 120812<br>Dallas, TX 75312 | | | Trade payables | | | | $2,291.71 |
| Preferred Freezer Service-Lbf<br>PO Box 911230<br>Los Angeles, CA 90091 | | | Trade payables | | | | $414.00 |
| Preferred Freezer Services<br>Medley, LLC<br>PO Box 126158<br>Hialeah, FL 33012 | | | Trade payables | | | | $595.03 |
| Preferred Freezer Services<br>Of Newark, LLC<br>360 Avenue P<br>Newark, NJ 7105 | | | Trade payables | | | | $1,988.83 |
| Prime Inc.<br>14433 Collections Center Dr.<br>Chicago, IL 60693 | | | Trade payables | | | | $5,640.00 |
| Prime Label Consultants<br>PO Box 15240<br>536 7th Street S.E.<br>Washington, DC 20003 | | | Trade payables | | | | $262.00 |
| Prime Source Purchasing, Inc<br>1333 Broad St.<br>Clifton, NJ 7013 | | | Trade payables | | | | $106.00 |
| Promopoint Marketing Dept #900<br>P.O. Box 31001-1691<br>Pasadena, CA 91110-1691 | | | Trade payables | | | | $22,000.00 |

|  | Subtotal➔ | $84,180.44 |
|---|---|---|
|  | Total➔ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                              Case No. 2:11-bk-13454-PC
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Pumping Solutions 1400-A S. Vineyard Ontario, CA 91761 | | | Trade payables | | | | $471.01 |
| Pumpman 5020 Bleecker St. Baldwin Park, CA 91706 | | | Trade payables | | | | $150.00 |
| Q Documents Solutions 444 W. Ocean Blvd., Suite 1100 Long Beach, CA 90802 | | | Trade payables | | | | $281.93 |
| QOS Telesys 7035 Orangethorpe Ave Ste H Buena Park, CA 90621 | | | Trade payables | | | | $484.21 |
| R W Bozel Transfer ,Inc 500 Advantage Ave. Aberdeen, MD 21001 | | | Trade payables | | | | $1,203.53 |
| Raymond Handling Solutions,Inc PO Box 3683 Santa Fe Springs, CA 90670-3258 | | | Trade payables | | | | $1,276.15 |
| Raymond Leasing Corporation P.O. Box 203905 Houston, TX 77216-3905 | | | Trade payables | | | | $4,488.18 |
| RBM Conveyor Systems, Inc. 1570 West Mission Blvd Pomona, CA 91766 | | | Trade payables | | | | $1,520.05 |
| RDD Associates 930 Riverview Drive Suite 400 Totowa, NJ 7512 | | | Trade payables | | | | $13,213.27 |
| Reams 160 E. Claybourne Ave Salt Lake City, UT 84115 | | | Trade payables | | | | $412.00 |
| Recycling & Shredding PO Box 3074 San Dimas, CA 91773 | | | Trade payables | | | | $2,400.00 |
| Red Front Supermarket, Inc. 677 Chicago Ave. Harrisonburg, VA 22802 | | | Trade payables | | | | $50.00 |
| | | | | | | Subtotal➔ | $25,950.33 |
| | | | | | | Total➔ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Redner's Warehouse Markets<br>3 Quarry Road<br>Reading, PA 19605 | | | Trade payables | | | | $1,700.00 |
| Reese Group, Inc.<br>2820 Bransford Ave<br>Nashville, TN 37204 | | | Trade payables | | | | $430.59 |
| Reese/Jt Sales<br>2820 Bransford Ave<br>Nashville, TN 37204 | | | Trade payables | | | | $1,720.79 |
| Richard's Limousine<br>PO Box 21725<br>Long Beach, CA 90801 | | | Trade payables | | | | $507.00 |
| Ritchie Marketing Inc<br>3883 36th St. Se<br>Grand Rapids, MI 49512 | | | Trade payables | | | | $4,392.14 |
| Roche Bros<br>70 Hastings St<br>Wellesley Hills, MA | | | Trade payables | | | | $2,190.30 |
| Rock Fish Grill<br>12042 N. Kendall Drive<br>Miami, FL 33186 | | | Trade payables | | | | $255.00 |
| Royal Wholesale Electric<br>PO Box 14004<br>Orange, CA 92863 | | | Trade payables | | | | $1,511.33 |
| S&P Oyster Company<br>1 Holmes St.<br>Mystic, CT 6355 | | | Trade payables | | | | $758.00 |
| Sabert Corporation<br>PO Box 827615<br>Philadelphia, PA 19182-7615 | | | Trade payables | | | | $30,746.40 |
| Sage V Foods, LLC<br>PO Box 51915<br>Unit H<br>Los Angeles, CA 90051-6215 | | | Trade payables | | | | $98,758.00 |
| Saleswest<br>4214 West 8370 South<br>West Jordan, UT 84088 | | | Trade payables | | | | $3,870.85 |
| | | | | | Subtotal➔ | | $146,840.40 |
| | | | | | Total➔ | | $ |
| | | | (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Sanchez Freight, Corp. 135 S. Soto St. Los Angeles, CA 90033 | | | Trade payables | | | | $23,989.00 |
| Saputo Cheese USA Inc File 56152 Los Angeles, CA 90074-6152 | | | Trade payables | | | | $27,522.12 |
| Sargento Foods Inc. One Persnickety Place Plymouth, WI 53073 | | | Trade payables | | | | $136,423.36 |
| Satcom Direct Communications PO Box 372667 Satellite Beach, FL 32937-2667 | | | Trade payables | | | | $448.58 |
| Schnucks 11420 Lackland Rd. PO Box 46928 St. Louis, MO 63146-6928 | | | Trade payables | | | | $31,250.00 |
| SCMH Inc PO Box 80770 San Marino, CA 91118-8770 | | | Trade payables | | | | $678.43 |
| Scott Kingdon Memorial Fund Pier 54 Seattle, WA 98104 | | | Trade payables | | | | $1,100.00 |
| Seafax Inc. P.O. Box 15340 Portland, ME 41126-6281 | | | Trade payables | | | | $525.00 |
| Securitas Security Services File 57220 Los Angeles, CA 90074-7220 | | | Trade payables | | | | $1,891.40 |
| Service Transport Inc PO Box 800 4438 Enm/Hurlock Road Hurlock, MD 21643 | | | Trade payables | | | | $42,492.19 |
| Shiqiang Freezing Food Co.,Ltd Chengsi-Jen Ind.Devlopmnt Zone Longhai, Xiamen China | | | Trade payables | | | | $27,805.00 |
| Shun Shing Polyethylene Printing Co., Ltd. Blk B,15/F,Goodwill Indus Bldg 36-44 Pak Tin Par, Tsuen Wan | | | Trade payables | | | | $92,750.40 |

Subtotal➔ | $386,875.48

Total➔ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Silliker Lab. Group, Inc. 3155 Paysphere Circle Chicago, IL 60674 | | | Trade payables | | | | $27,608.69 |
| Smart & Biggar 55 Metcalfe St., Ste 900 Po Box 2999 Station D Ottawa, Canada K1P 5Y6 | | | Trade payables | | | | $58,674.88 |
| Smith Frozen Foods, Inc Unit 14 Po Box 4500 Portland, OR 97208-4500 | | | Trade payables | | | | $79,274.20 |
| Southwest Processors, Inc. 4120 Bandini Boulevard Los Angeles, CA 90023 | | | Trade payables | | | | $443.40 |
| Sparkletts PO Box 660579 Dallas, TX 75266-0579 | | | Trade payables | | | | $24.00 |
| Spendifference, LLC 12015 East 46th Ave Suite 300 Denver, CO 80239 | | | Trade payables | | | | $25.99 |
| Spice Products Co. PO Box 79705 City Of Industry, CA 91716-9705 | | | Trade payables | | | | $4,028.45 |
| Sprint Acct #926483634 PO Box 219100 Kansas City, MO 64121-9100 | | | Trade payables | | | | $1,780.06 |
| Sprint PO Box 4181 Carol Stream, IL 60197-4181 | | | Trade payables | | | | $36.12 |
| SSI Express 1107 Orange St. Redlands, CA 92374 | | | Trade payables | | | | $6,006.28 |
| Sterling Commerce,-73199 P.O. Box 73199 Chicago, IL 60673 | | | Trade payables | | | | $1,208.48 |
| Stir Foods, LLC. 1581 N. Main St. Orange, CA 92867 | | | Trade payables | | | | $44,378.20 |

|  |  |
|---|---|
| Subtotal➔ | $223,488.74 |
| Total➔ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**                         **Case No.** 2:11-bk-13454-PC
<span>                                          Debtor</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Stop, Shop & Save 1100 Wicomico St. Suite 601-A Baltimore, MD 21230 | | | Trade payables | | | | $100.00 |
| Subscription Department Nature Publishing Group 342 Broadway Pmb 301 New York, NY 10213-0738 | | | Trade payables | | | | $179.00 |
| Sunbelt Flooring, Inc. 14251 Fern Ave. Chino, CA 91710 | | | Trade payables | | | | $187.06 |
| Superior Foods International 275 Westgate Drive Watsonville, CA 95076 | | | Trade payables | | | | $107,050.12 |
| Supherb Farms P O Box 45683 San Francisco, CA 94145-0683 | | | Trade payables | | | | $9,530.45 |
| Sure-Fresh Produce, Inc. P O Box 6975 Santa Maria, CA 93456 | | | Trade payables | | | | $42,490.46 |
| SY Nielson Service, Inc. 7109 Arlington Ave. Suite C Riverside, CA 92503 | | | Trade payables | | | | $555.00 |
| Sysco Columbia SC 131 Sysco Court Columbia, SC 29209 | | | Trade payables | | | | $420.10 |
| Sysco-Pittsburgh 1 Whitney Drive Harmony, PA 16037 | | | Trade payables | | | | $298.50 |
| T.A.F. Enterprises, Inc. 480 Newbury St., Unit 102 Danvers, MA | | | Trade payables | | | | $3,764.63 |
| T.L. Ashford & Associates 525 W. Fifth St. Covington, KY 41011 | | | Trade payables | | | | $495.00 |
| Telepacific Comm #109340 PO Box 526015 Sacramento, CA 95852-6015 | | | Trade payables | | | | $4,103.08 |
| Terminix Processing Center PO Box 742592 Cincinnati, OH 45274-2592 | | | Trade payables | | | | $1,138.00 |
| | | | | | | Subtotal➔ | $170,311.40 |
| | | | | | | Total➔ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                        Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| TFI Resources<br>PO Box 4346, Dept. 517<br>Houston, TX 77210-4346 | | | Trade payables | | | | $15,204.38 |
| TGW International<br>P. O. Box 75134<br>Cincinnati, OH 45275 | | | Trade payables | | | | $8,331.02 |
| The Halling Company<br>37473 Schoolcraft Road<br>Livonia, MI 48150 | | | Trade payables | | | | $(6.65) |
| Time<br>PO Box 61122<br>Tampa, FL 33661-1122 | | | Trade payables | | | | $35.00 |
| TNT Crust<br>PO Box 8926<br>Green Bay, WI 54308 | | | Trade payables | | | | $63,069.68 |
| Tops Markets LLC<br>6592 Paysphere Circle<br>Chicago, IL 60674 | | | Trade payables | | | | $4,352.70 |
| Transilwrap Company, Inc.<br>2434 Momentum Place<br>Chicago, IL 60689-5324 | | | Trade payables | | | | $77,281.77 |
| Tri-State Co-Op<br>506 E. Gibbsboro Road<br>Lindenwold, NJ 80211-1899 | | | Trade payables | | | | $250.00 |
| Unisource - La Supply Systems<br>File 57006<br>Los Angeles, CA 90074-7006 | | | Trade payables | | | | $9,987.64 |
| Uni-Systems<br>848 Rainbow Blvd. #2231<br>Las Vegas, NV 89107 | | | Trade payables | | | | $2,023.57 |
| United Building Services<br>868 Folsom Street<br>San Francisco, CA 94107 | | | Trade payables | | | | $170.00 |
| United Parcel Service<br>PO Box 894820<br>Los Angeles, CA 90189 | | | Trade payables | | | | $1,286.07 |
| | | | | | | Subtotal➔ | $181,985.18 |
| | | | | | | Total➔<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) | $ |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                        Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| United Rentals Location #502 9606 East Firestone Blvd. Downey, CA 90241 | | | Trade payables | | | | $627.57 |
| United Standard Pallet PO Box 632 Whittier, CA 90608 | | | Trade payables | | | | $2,231.50 |
| Universal Fuels PO Box 12632 Attn: Treasury Dept Houston, TX 77217 | | | Trade payables | | | | $10,743.67 |
| Universal Weather & Aviation PO Box 201033 Houston, TX 77216-1033 | | | Trade payables | | | | $1,073.79 |
| Valassis PO Box 3245 Boston, MA 22413-3245 | | | Trade payables | | | | $46,158.90 |
| Valley Trucking Co. 4550 Coffee Port Road Brownsville, TX 78521 | | | Trade payables | | | | $71,379.65 |
| Van-Pak 591 S. State College Blvd Fullerton, CA 92831 | | | Trade payables | | | | $198.33 |
| Verizon California PO Box 920041 Dallas, TX 75392 | | | Trade payables | | | | $67.88 |
| Verizon Communications Acct: 1143795122 PO Box 920041 Dallas, TX 75392-0041 | | | Trade payables | | | | $214.98 |
| Verizon Florida Inc. PO Box 920041 Dallas, TX 75392-0041 | | | Trade payables | | | | $94.42 |
| Verizon Wireless PO Box 660108 Dallas TX 75266-0108 | | | Trade payables | | | | $80.78 |
| Verizon PO Box 1100 Albany, NY 12250-0001 | | | Trade payables | | | | $147.18 |

Subtotal➔ $133,018.65

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re CONTESSA PREMIUM FOODS, INC.,**                    Case No. 2:11-bk-13454-PC
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Verizon<br>PO Box 4833<br>Trenton, NJ 86504-4833 | | | Trade payables | | | | $24.79 |
| Versacold Anaheim<br>PO Box 894545<br>Los Angeles, CA 90189-4545 | | | Trade payables | | | | $896.79 |
| Village Steakhouse<br>Hc 78 Box 262 B<br>Star City, AR 71667 | | | Trade payables | | | | $315.00 |
| Vimpex International Corp.<br>3197 Airport Loop Dr., Bldg. E<br>Costa Mesa, CA 92626-3412 | | | Trade payables | | | | $27,620.75 |
| Vineyard Cash & Carry<br>15 Ryans Way<br>Vineyard Haven, MA | | | Trade payables | | | | $1,116.00 |
| Virtual Graffiti, Inc.<br>9979 Muirlands Blvd.<br>Irvine, CA 92618 | | | Trade payables | | | | $757.99 |
| Virtual Packaging Technology<br>530 South Nolen Drive<br>Southlake, TX 76092 | | | Trade payables | | | | $497.50 |
| Waco Associates Inc.<br>PO Box 31001-1376<br>Pasadena, CA 91110-1376 | | | Trade payables | | | | $267.15 |
| Walters Wholesale Electric Co.<br>PO Box 91929<br>Long Beach, CA 90809 | | | Trade payables | | | | $783.34 |
| Wang, Louis S<br>23 Charlotte<br>Irvine, CA  92603 | | | A Note | | | | $2,000,000 |
| Waste Management<br>Compton Hauling<br>PO Box 78251<br>Phoenix, AZ 85062-8251 | | | Trade payables | | | | $1,134.68 |
| West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197 | | | Trade payables | | | | $2,121.20 |
| Western Shield Label Company<br>2146 E. Gladwick St.<br>Rancho Dominguez, CA 90220 | | | Trade payables | | | | $311.27 |

Subtotal➔ $2,035,846.46

Total➔ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** <u>CONTESSA PREMIUM FOODS, INC.,</u>                    **Case No.** 2:11-bk-13454-PC
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Western Specialty Sales, Inc. 3350 E. Birch Street #150 Brea, CA 92821 | | | Trade payables | | | | $2,543.21 |
| Williams Clarke Company, Inc 603 N Fries Ave PO Box 785 Wilmington, CA 90748 | | | Trade payables | | | | $791.00 |
| Winn Dixie Lockbox #230 Regions Bank 6149 Chancellor Dr. Suite 700 Orlando, FL 32809 | | | Trade payables | | | | $115,981.39 |
| Woods Seafood Town Pier Plymouth, MA | | | Trade payables | | | | $1,660.00 |
| WP Johnson Plumbing & Htg, Inc PO Box 550 Atwood, CA 92811 | | | Trade payables | | | | $594.00 |
| Xerox Corporation PO Box 7413 Pasadena, CA 91109-7413 | | | Trade payables | | | | $8,792.09 |
| Xian-Ning 254 Mu 7 Tambon Banlam Amphor Banlam - Phetchaburi Thailand | | | Trade payables | | | | $119,950.00 |
| Yeenin Frozen Foods Co Ltd Rasa Tower 16th Floor 555 Phaholyothin Road Chatuchark, Bangkok | | | Trade payables | | | | $409,711.45 |

Subtotal➔ $660,023.14

Total➔ **$8,910,003.75**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>CONTESSA PREMIUM FOODS, INC.,</u>                    Case No. 2:11-bk-13454-PC
                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐      Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OR OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT. |
|---|---|
| Americold Logistics<br>700 South Raymond Avenue<br>Fullerton, CA 92831 | Storage facility lease |
| Dedeaux Properties, LLC<br>1430 South Eastman Avenue<br>Los Angeles, CA 90023 | Real Property Lease<br>Manufacturing Facility Lease<br>4000 Noakes Street<br>Commerce, CA |
| General Electric Capital Corporation<br>3 Capital Drive<br>Eden Prairie MN 55344 | Schedule dated December 7, 2007 to Master Lease Agreement dated October 25, 2007 related to certain racking, HVAC, refrigeration, and material handling equipment |
| General Electric Capital Corporation<br>3 Capital Drive<br>Eden Prairie MN 55344 | Schedule dated December 31, 2007 to Master Lease Agreement dated October 25, 2007 related to photovoltaic roofing system |
| K-Pac-California<br>1420 Coil Avenue<br>Wilmington, CA 90744 | Storage facility lease |
| Interstate Warehousing<br>1301 South Keystone Avenue<br>Indianapolis, IN 46203 | Storage facility lease |
| LA Cold Storage-Astro<br>410 South Central Avenue<br>Los Angeles, CA 90013 | Storage facility lease |
| LA-Eastman Avenue Dry Storage<br>1430 S Eastman Avenue<br>Commerce, CA 90023 | Storage facility lease |
| Millard Refrigerated Services<br>5200 Goldspike Road<br>Fort Worth, TX 76106 | Storage facility lease |
| Preferred Freezer Services<br>13700 NW 115th Street<br>Miami, FL 33178 | Storage facility lease |
| Preferred Cold Storage<br>360 Avenue P<br>Newark, NJ 07105 | Storage facility lease |
| Preferred Vernon<br>4901 Bandini Blvd.<br>Vernon, CA 90040 | Storage facility lease |
| Veracold Logistics<br>1415 E. Raymond Avenue | Storage facility lease |

In re **CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

| | |
|---|---|
| Anaheim, CA 92801 | |
| Wells Fargo Bank Northwest, National Association<br>Corporate Trust Department<br>MAC: U-1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, Utah 84111 | Aircraft (and related equipment) lease.  Rejected post-petition |

The inclusion of any lease on Schedule G does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  Likewise, the exclusion of any so-called lease from Schedule D or F does not constitute an admission that such lease is a true lease as opposed to a financing that should be listed on Schedule D or F.  The Debtor reserves the right to recharacterize any so-called leases as financings.

**In re CONTESSA PREMIUM FOODS, INC.,**                    **Case No.** 2:11-bk-13454-PC
                    Debtor

# SCHEDULE H – CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐      Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John Z. Blazevich*<br>1 Buggy Whip Drive<br>Rolling Hills, CA 90274 | |
| Louis S. Wang*<br>23 Charlotte<br>Irvine, CA 92603 | |

*Limited guarantor of the Debtor's secured credit facility with Wells Fargo Bank, National Association.

In re _____,    Case No. _____2:11-bk-13454-PC_____
　　　　　　　　Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____        Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

　　　　　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____        _____
　　Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___Chief Executive Officer_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __121__ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date __March 8, 2011_____        Signature: ___/s/ John Z. Blazevich_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　___John Z. Blazevich_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Craig A. Wolfe (CA 200870)<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178   Tel: 212-808-7800  Fax: 212-808-7897<br><br>☒ *Attorney for:* Contessa Premium Foods, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Contessa Premium Foods, Inc.<br><br><br>Debtor(s). | CASE NO.: 2:11-bk-13454-PC<br><br>CHAPTER: 11<br><br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☐ | Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☒ | Other: Schedules of Assets/Liabilities and Statement of Financial Affairs | Date Filed: March 8, 2011 |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

X _____          March 8, 2011
*Signature of Authorized Signatory of Filing Party*                       Date

John Z. Blazevich
_____
*Printed Name of Authorized Signatory of Filing Party*

C . F . O .
_____
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          March 8, 2011
*Signature of Attorney for Filing Party*                       Date

Craig A. Wolfe
_____
*Printed Name of Attorney for Filing Party*

---

*November 2006*          This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.