Craig A. Wolfe (CA Bar No. 200870)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: cwolfe@kelleydrye.com
Proposed Counsel for Debtor

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com
Proposed Local/Conflicts Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:11-bk-13454-PC |
| CONTESSA PREMIUM FOODS, INC.[1] | Chapter 11 |
| Debtor. | **SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS REGARDING QUESTION 3(c) AND VERIFICATION OF SCHEDULES OF ASSETS & LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** |

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby files this Supplement to Statement of Financial Affairs [filed at Docket No. 120 on March 8, 2011] Regarding Question 3(c) and Verification of Schedules of Assets & Liabilities and Statement of Financial Affairs. This supplement (i) provides information on expense reimbursement payments made by the Debtor within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders, and (ii) is subject to the General Notes filed at Docket No. 120,

---

[1] The Debtor is a California corporation, Fed. Tax I.D. No. 33-0020606. The Debtor's address is 222 West 6th Street, 8th Floor, San Pedro, California 90731.

which General Notes are incorporated by reference in this supplement.

I declare under penalty of perjury that I have read the answers contained in the Statement of Financial Affairs and the attachments thereto filed at Docket No. 120, the Schedules of Assets and Liabilities and the attachments thereto filed at Docket No. 121, and the supplemental responses made hereby and the attachments hereto, and, subject to the General Notes filed therewith, they are true and correct to the best of my knowledge, information and belief.

Dated: March 9, 2011               CONTESSA PREMIUM FOODS, INC.

*/s/ John Z. Blazevich*

By: John Z. Blazevich

Its: President and Chief Executive Officer

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Debtor:  
Statement of Financial Affairs

Case No: 2:11-bk-13454-PC

Question 3C  
Payments made to or for the benefit of Creditors who are or were insiders

| NAME OF INSIDER | RELATIONSHIP | NAME AND ADDRESS OF CREDITOR / PAYEE | Payment Date | | Amount still owing |
|---|---|---|---|---|---|
| WANG, LOUIS | | | | | |
| | Gross Pay | ADP, INC. 400 COVINA BLVD, SAN DIMAS, CA 91733 | 1/29/2010 | $ 15,385.00 | none |
| | | | 2/12/2010 | $ 15,385.00 | |
| | | | 2/26/2010 | $ 15,385.00 | |
| | | | 3/12/2010 | $ 15,385.00 | |
| | | | 3/26/2010 | $ 15,385.00 | |
| | | | 4/9/2010 | $ 15,385.00 | |
| | | | 4/23/2010 | $ 15,385.00 | |
| | | | 5/7/2010 | $ 15,385.00 | |
| | | | 5/21/2010 | $ 15,385.00 | |
| | | | 6/4/2010 | $ 15,385.00 | |
| | | | 6/18/2010 | $ 15,385.00 | |
| | | | 7/2/2010 | $ 15,385.00 | |
| | | | 7/16/2010 | $ 15,385.00 | |
| | | | 7/30/2010 | $ 15,385.00 | |
| | | | 8/13/2010 | $ 15,385.00 | |
| | | | 8/27/2010 | $ 15,385.00 | |
| | | | 9/10/2010 | $ 2,308.00 | |
| | | | 9/24/2010 | $ 2,308.00 | |
| | | | 10/8/2010 | $ 2,308.00 | |
| | | | 10/22/2010 | $ 2,308.00 | |
| | | | 11/5/2010 | $ 2,308.00 | |
| | | | 11/19/2010 | $ 2,308.00 | |
| | | | 12/3/2010 | $ 2,308.00 | |
| | | | 12/17/2010 | $ 2,308.00 | |
| | | | 12/31/2010 | $ 2,308.00 | |
| | | | 1/14/2011 | $ 2,308.00 | |
| | | | 1/26/2011 | $ 2,308.00 | |
| | MERCEDES BENZ FINANCIAL | PO BOX 9001680, LOUISVILLE KY, 40290 | 1/28/2010 | 964.44 | none |
| | | | 3/1/2010 | 964.44 | |
| | | | 3/29/2010 | 964.44 | |
| | | | 4/22/2010 | 964.44 | |
| | | | 6/1/2010 | 964.44 | |
| | | | 6/22/2010 | 964.44 | |
| | | | 7/28/2010 | 964.44 | |
| | | | 8/29/2010 | 964.44 | |
| | | | 9/28/2010 | 964.44 | |
| | | | 10/28/2010 | 964.44 | |
| | | | 11/29/2010 | 964.44 | |
| | | | 12/28/2010 | 964.44 | |
| WANG, LOUIS | REPAYMENT OF LOAN TO COMPANY | WANG, LOUIS, 23 CHARLOTTE, IRVINE, CA 9263 | 1/27/2010 | $ 1,000,000.00 | 2,000,000.00 |
| | VARIOUS PROVIDERS | | MONTHLY AMOUNT PAID | 1,121.95 | NONE |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | COSTS FOR GROUP HEALTH AND OTHER EMPLOYEE INSURANCE BENEFITS | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,121.95 | |
| | | | MONTHLY AMOUNT PAID | 1,263.34 | |
| | INTEREST ON LOAN TO COMPANY | | 3/26/2010 | 1,136.00 | |
| | | | 3/30/2010 | 46,666.66 | |
| | | WANG, LOUIS, 23 CHARLOTTE, IRVINE, CA 9263 | 6/30/2010 | 40,000.00 | |
| | | | 9/29/2010 | 40,000.00 | |

Debtor:  
Statement of Financial Affairs

Case No: 2:11-bk-13454-PC

Question 3C  
Payments made to or for the benefit of Creditors who are or were insiders

| NAME OF | RELATIONSHIP | NAME AND ADDRESS OF CREDITOR / | Payment Date | | Amount still owing |
|---|---|---|---|---|---|
| BLAZEVICH, JOHN Z. | | | Pay Date | Gross Pay | |
| | Gross Pay | | 1/29/2010 | $ 76,924.00 | |
| | | ADP, INC. 400 COVINA BLVD, SAN | 2/12/2010 | $ 76,924.00 | |
| | | DIMAS, CA 91733 | 2/26/2010 | $ 76,924.00 | |
| | | | 3/12/2010 | $ 76,924.00 | |
| | | | 3/26/2010 | $ 76,924.00 | |
| | | | 4/9/2010 | $ 76,924.00 | |
| | | | 4/23/2010 | $ 76,924.00 | |
| | | | 5/7/2010 | $ 76,924.00 | |
| | | | 5/21/2010 | $ 76,924.00 | |
| | | | 6/4/2010 | $ 76,924.00 | |
| | | | 6/18/2010 | $ 60,000.00 | |
| | | | 7/2/2010 | $ 60,000.00 | |
| | | | 7/16/2010 | $ 60,000.00 | |
| | | | 7/30/2010 | $ 60,000.00 | |
| | | | 8/13/2010 | $ 60,000.00 | |
| | | | 8/27/2010 | $ 60,000.00 | |
| | | | 9/10/2010 | $ 60,000.00 | |
| | | | 9/24/2010 | $ 60,000.00 | |
| | | | 10/8/2010 | $ 60,000.00 | |
| | | | 10/22/2010 | $ 60,000.00 | |
| | | | 11/5/2010 | $ 60,000.00 | |
| | | | 11/19/2010 | $ 60,000.00 | |
| | | | 12/3/2010 | $ 60,000.00 | |
| | | | 12/17/2010 | $ 60,000.00 | |
| | | | 12/29/2010 | $ 464.37 | |
| | | | 12/31/2010 | $ 60,000.00 | |
| | | | 1/14/2011 | $ 60,000.00 | |
| | | | 1/21/2011 | $ 54,647.00 | |
| | | | 1/24/2011 | $ 54,647.00 | |
| | | | 1/26/2011 | $ 60,000.00 | |
| | VARIOUS PROVIDERS | | MONTHLY AMOUNT PAID | $ 949.47 | NONE |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | COSTS FOR GROUP HEALTH AND OTHER EMPLOYEE | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | INSURANCE BENEFITS | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 949.47 | |
| | | | MONTHLY AMOUNT PAID | $ 1,066.43 | |
| | TRAVEL AND ENTERAINMENT EXP | | 2/19/2010 | $ 7,667.79 | |
| | | | 3/12/2010 | $ 5,946.40 | |
| | | CHASE CARD SERVICES, PO BOX | 4/9/2010 | $ 9,038.14 | |
| | | 94014, PALATINE IL, 60094 | 5/7/2010 | $ 3,179.23 | |
| | | | 6/4/2010 | $ 8,480.26 | |
| | | | 7/7/2010 | $ 4,015.24 | |
| | | | 8/6/2010 | $ 2,971.52 | |
| | | | 9/17/2010 | $ 5,289.38 | |
| | | | 10/1/2010 | $ 5,832.37 | |
| | | | 11/5/2010 | $ 8,132.44 | |
| | | | 12/16/2010 | $ 8,671.23 | |
| | | | 1/12/2011 | $ 3,307.82 | |
| | TRAVEL AND ENTERAINMENT EXP | | 2/9/2010 | $ 11,964.91 | |
| | | | 3/5/2010 | $ 838.85 | |
| | | AMERICAN EXPRESS, PO BOX 0001, | 4/9/2010 | $ 14,071.38 | |
| | | LOS ANGELES, CA 900960-8000 | 5/12/2010 | $ 22,471.59 | |
| | | | 6/9/2010 | $ 8,794.17 | |
| | | | 7/9/2010 | $ 2,440.20 | |

Debtor:                                                                  Case No:  2:11-bk-13454-PC
Statement of Financial Affairs

Question 3C
Payments made to or for the benefit of Creditors who are or were insiders

| NAME OF | RELATIONSHIP | NAME AND ADDRESS OF CREDITOR / | Payment Date | Amount still owing | |
|---|---|---|---|---|---|
| | | | 8/6/2010 | $ | 15,264.96 |
| | | | 9/17/2010 | $ | 10,522.52 |
| | | | 10/8/2010 | $ | 2,023.55 |
| | TRAVEL AND ENTERAINMENT EXP | | | | |
| | | CITIBUSINESS ADVANTAGE CARD, PO BOX 6401, THE LAKES, NV 88901-6416 | 2/5/2010 | $ | 6,890.75 |
| | | | 3/2/2010 | $ | 348.20 |
| | | | 4/2/2010 | $ | 245.69 |
| | | | 5/7/2010 | $ | 284.35 |
| | | | 6/4/2010 | $ | 463.85 |
| | | | 7/7/2010 | $ | 1,950.63 |
| | | | 8/6/2010 | $ | 7,163.58 |
| | | | 9/10/2010 | $ | 1,395.22 |
| | | | 10/1/2010 | $ | 573.55 |
| | | | 11/5/2010 | $ | 163.08 |
| | | | 12/9/2010 | $ | 3,015.85 |
| | GASOLINE CREDIT CARD | | 2/26/2010 | $ | 1,529.15 |
| | | CHEVRON, PO BOX 70887, CHARLOTTE, NA 28272 | 3/19/2010 | $ | 1,294.26 |
| | | | 4/23/2010 | $ | 1,284.02 |
| | | | 5/26/2010 | $ | 1,475.59 |
| | | | 6/30/2010 | $ | 1,504.84 |
| | | | 7/28/2010 | $ | 909.42 |
| | | | 8/17/2010 | $ | 349.84 |
| | | | 10/22/2010 | $ | 1,087.90 |
| | | | 12/22/2010 | $ | 1,188.90 |
| | | | 1/19/2011 | $ | 1,065.21 |
| | | | 6/28/2010 | $ 13,872.21 NONE | |
| | | HACIENDA DE LA PAZ, PO BOX 207, ROLLING HILLS, CA, 90274 | 9/17/2010 | $ | 6,418.90 |
| | | | 9/17/2010 | $ | 2,000.00 |
| | | | 9/17/2010 | $ | 2,000.00 |
| | | | 9/17/2010 | $ | 2,000.00 |
| | | | 9/17/2010 | $ | 132.00 |
| | | | 9/17/2010 | $ | 672.00 |
| | | | 12/16/2010 | $ | 2,497.02 |
| | | | 12/16/2010 | $ | 2,448.00 |
| | | | 12/16/2010 | $ | 3,013.46 |
| MORROW, GREGORY J. | | | | | |
| | GROSS PAY AND CAR ALLOWANCE | | 1/29/2010 | $ | 12,993.00 |
| | | | 2/12/2010 | $ | 12,993.00 |
| | | | 2/26/2010 | $ | 12,993.00 |
| | | | 3/12/2010 | $ | 12,993.00 |
| | | ADP, INC.  400 COVINA BLVD, SAN DIMAS, CA 91733 | 3/26/2010 | $ | 12,993.00 |
| | | | 4/9/2010 | $ | 12,993.00 |
| | | | 4/23/2010 | $ | 12,993.00 |
| | | | 5/7/2010 | $ | 12,993.00 |
| | | | 5/21/2010 | $ | 12,993.00 |
| | | | 6/4/2010 | $ | 12,993.00 |
| | | | 6/18/2010 | $ | 12,993.00 |
| | | | 7/2/2010 | $ | 12,993.00 |
| | | | 7/16/2010 | $ | 12,993.00 |
| | | | 7/30/2010 | $ | 12,993.00 |
| | | | 8/13/2010 | $ | 12,993.00 |
| | | | 8/27/2010 | $ | 12,993.00 |
| | | | 9/10/2010 | $ | 12,993.00 |
| | | | 9/24/2010 | $ | 12,993.00 |
| | | | 10/8/2010 | $ | 12,993.00 |
| | | | 10/22/2010 | $ | 12,993.00 |
| | | | 11/5/2010 | $ | 12,993.00 |
| | | | 11/19/2010 | $ | 12,993.00 |
| | | | 12/3/2010 | $ | 12,993.00 |
| | | | 12/17/2010 | $ | 12,993.00 |
| | | | 12/31/2010 | $ | 12,993.00 |
| | | | 1/14/2011 | $ | 12,993.00 |

Debtor:  
Statement of Financial Affairs

Case No: 2:11-bk-13454-PC

**Question 3C**
Payments made to or for the benefit of Creditors who are or were insiders

| NAME OF | RELATIONSHIP | NAME AND ADDRESS OF CREDITOR / | Payment Date | | Amount still owing |
|---|---|---|---|---|---|
| | | | 1/21/2011 | $ 2,460.00 | |
| | | | 1/24/2011 | $ 2,460.00 | |
| | | | 1/26/2011 | $ 12,993.00 | |
| | VARIOUS PROVIDERS | | MONTHLY AMOUNT PAID | $ 838.85 | NONE |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | COSTS FOR GROUP HEALTH AND OTHER EMPLOYEE INSURANCE BENEFITS | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | ` | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 838.85 | |
| | | | MONTHLY AMOUNT PAID | $ 940.12 | |
| | EMPLOYEE REIMBURSEMENT | | | | |
| | | | 2/12/2010 | $ 10.00 | NONE |
| | | | 2/19/2010 | $ 324.00 | |
| | | GREGORY MORROW, 10401, WILSHIRE BLVD, SUITE 1102, LOS ANGELES, CA, 90024 | 2/26/2010 | $ 200.00 | |
| | | | 3/5/2010 | $ 20.00 | |
| | | | 3/26/2010 | $ 20.00 | |
| | | | 4/16/2010 | $ 472.26 | |
| | | | 4/23/2010 | $ 95.02 | |
| | | | 6/11/2010 | $ 36.78 | |
| | | | 6/11/2010 | $ 298.55 | |
| | | | 6/25/2010 | $ 22.45 | |
| | | | 6/25/2010 | $ 1,477.41 | |
| | | | 6/25/2010 | $ 10.00 | |
| | | | 7/2/2010 | $ 454.46 | |
| | | | 7/30/2010 | $ 63.36 | |
| | | | 8/6/2010 | $ 312.75 | |
| | | | 8/6/2010 | $ 203.25 | |
| | | | 8/20/2010 | $ 30.00 | |
| | | | 9/17/2010 | $ 530.70 | |
| | | | 9/17/2010 | $ 1,247.13 | |
| | | | 9/24/2010 | $ 510.07 | |
| | | | 10/25/2010 | $ 602.10 | |
| | | | 11/19/2010 | $ 235.39 | |
| | | | 12/29/2010 | $ 193.06 | |
| DON STEIER | SHAREHOLER | DON STEIER, 4525 WILSHIRE BLVD, #201, LOS ANGELES, CA 90 | | | NONE |
| CITY SEAFOODS | NON-DEBTOR ENTITY, IN WHICH SHAREHOLDER OWNS AN | CITY SEAFOODS 531 TOWNE AVE, LOS ANGELES, CA 90013-212 | | | NONE |
| DONALD KANNER | SHAREHOLER | DON KANNER, 531 TOWNE AVE, LOS ANGELES, CA 90013-2126 | | | NONE |
| YEE-NIN | NON-DEBTOR ENTITY, IN WHICH SHAREHOLDER OWNS AN | | 2/3/2010 | $ 729,252.30 | |
| | | YEE-NIN SEAFOOD, RASA TOWER 16TH FLOOR, 555 PHAHOLYOTHIN ROAD, CHATUCHARK, BANGKOK, THAILAND | 2/17/2010 | $ 567,605.50 | |
| | | | 3/1/2010 | $ 737,948.70 | |
| | | | 3/22/2010 | $ 678,982.28 | |
| | | | 4/21/2010 | $ 615,902.60 | |
| | | | 5/3/2010 | $ 658,843.00 | |
| | | | 5/25/2010 | $ 693,919.40 | |
| | | | 6/10/2010 | $ 794,901.60 | |
| | | | 6/23/2010 | $ 659,359.21 | |
| | | | 7/1/2010 | $ 691,508.10 | |
| | | | 7/14/2010 | $ 550,956.41 | |
| | | | 7/28/2010 | $ 458,367.77 | |
| | | | 8/16/2010 | $ 639,214.88 | |
| | | | 8/30/2010 | $ 687,992.15 | |
| | | | 9/8/2010 | $ 474,743.75 | |

Debtor:                                                                 Case No:  2:11-bk-13454-PC
Statement of Financial Affairs

Question 3C
Payments made to or for the benefit of Creditors who are or were insiders

| NAME OF | RELATIONSHIP | NAME AND ADDRESS OF CREDITOR / | Payment Date | Amount still owing |
|---|---|---|---|---|
| | | | 9/22/2010 | $ 696,426.29 |
| | | | 10/27/2010 | $ 518,903.10 |
| | | | 11/3/2010 | $ 559,319.15 |
| | | | 11/10/2010 | $ 447,955.20 |
| | | | 11/17/2010 | $ 595,011.56 |
| | | | 11/24/2010 | $ 580,655.80 |
| | | | 12/6/2010 | $ 598,615.20 |
| | | | 12/15/2010 | $ 538,778.20 |
| | | | 1/3/2011 | $ 598,615.20 |
| | | | 1/7/2011 | $ 590,565.60 |
| | | | 1/11/2011 | $ 678,177.45 |
| | | | 1/21/2011 | $ 531,256.10 |
| | | | 1/24/2011 | $ 606,213.25 |
| | | | | $ 17,179,989.75 |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Craig A. Wolfe (CA 200870)<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178   Tel: 212-808-7800  Fax: 212-808-7897<br><br>☒ *Attorney for:* Contessa Premium Foods, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Contessa Premium Foods, Inc.<br><br><br>Debtor(s). | CASE NO.: 2:11-bk-13454-PC<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other: Supplement To Statement Of Financial Affairs Question 3(C) And Verification Of Schedules   Date Filed: March 9, 2011
     Of Assets & Liabilities And Statement Of Financial Affairs

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

   I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    March 9, 2011
*Signature of Authorized Signatory of Filing Party*    Date

John Z. Blazevich
*Printed Name of Authorized Signatory of Filing Party*

President and CEO
*Title of Authorized Signatory of Filing Party*


**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

   I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    March 9, 2011
*Signature of Attorney for Filing Party*    Date

Craig A. Wolfe
*Printed Name of Attorney for Filing Party*

---

November 2006       This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.