Craig A. Wolfe (CA Bar No. 200870)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: cwolfe@kelleydrye.com
Proposed Counsel for Debtor

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com
Proposed Local/Conflicts Counsel for Debtor

FILED & ENTERED

MAR 10 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:11-bk-13454-PC |
| CONTESSA PREMIUM FOODS, INC.[1] | Chapter 11 |
| Debtor. | **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SCOULER & COMPANY, LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO THE PETITION DATE** |

---

[1] The Debtor is a California corporation, Fed. Tax I.D. No. 33-0020606. The Debtor's address is 222 West 6th Street, 8th Floor, San Pedro, California 90731.

NY01/KAMS/1453549.1

1  The Court has considered the application of Contessa Premium Foods, Inc., a California corporation, debtor and debtor in possession herein (the "Debtor"), to employ Scouler & Company, LLC ( "Scouler") as financial advisor, effective as of the Petition Date, and the Declaration of Daniel Scouler in support thereof.  Based upon the record before the Court, it appears that Scouler does not hold or represent an interest adverse to the Debtor's' estate, that Scouler is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.  Accordingly, it is hereby

ORDERED that the Debtor is authorized to employ the firm of Scouler & Company, LLC as financial advisor herein, effective as of the date of the commencement of this case, on the terms and conditions set forth more fully in the Application[1] and the accompanying Declaration of Daniel Scouler; provided, however, that within three (3) business days after the entry of this Order, Scouler shall return the Retainer to the Debtor.

###

DATED: March 10, 2011

_____
United States Bankruptcy Judge

---

[1] Capitalized terms not herein defined are given the meaning ascribed to them in the Application.

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

NY01/KAMS/1453548.1
DOCS_LA:234144.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document ***ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SCOULER & COMPANY, LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO THE PETITION DATE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 7, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By United States Mail**
**Counsel to Creditors Committee**
ARENT FOX LLP
Attn: Mette H. Kurth, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

**By United States Mail**
United States Trustee
Office of the United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 7, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**By Personal Delivery**
Honorable Peter H. Carroll, United States Bankruptcy Judge
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Bin outside of Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 7, 2011 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SCOULER & COMPANY, LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO THE PETITION DATE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 7, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

*Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)*
*russell.clementson@usdoj.gov*

*Jeffrey W Dulberg on behalf of Debtor Contessa Premium Foods Inc*
*jdulberg@pszjlaw.com*

*Moriah D Flahaut on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*flahaut.douglas@arentfox.com*

*Jeffrey B Gardner on behalf of Creditor Haliburton International Foods, Inc.*
*Jeff.Gardner@sbgk.com, mary.do@sbgk.com*

*Richard H Golubow on behalf of Creditor Louis Wang*
*rgolubow@winthropcouchot.com, pj@winthropcouchot.com*

*Jeffrey S Goodfried on behalf of Creditor Dickinson Frozen Foods, Inc.*
*jgoodfried@perkinscoie.com*

*Peter L Isola on behalf of Creditor Farm Credit Services of Mid-America*
*peterisola@dwt.com*

*John H Kim on behalf of Interested Party Courtesy NEF*
*jkim@cookseylaw.com*

*Andy Kong on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*Kong.Andy@ArentFox.com*

*Mette H Kurth on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*kurth.mette@arentfox.com*

*Nicole S Magaline on behalf of Interested Party U.S. Foodservice, Inc.*
*nmagaline@schiffhardin.com*

*Scotta E McFarland on behalf of Debtor Contessa Premium Foods Inc*
*smcfarland@pszjlaw.com, smcfarland@pszjlaw.com*

*Frank F McGinn on behalf of Interested Party Courtesy NEF*
*ffm@bostonbusinesslaw.com*

*Lawrence H Meuers on behalf of Creditor Agroindustria Legumex, S.A.*
*lmeuers@meuerslawfirm.com,*
*sdefalco@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com;lcastle@meuerslawfirm.com*

*Aram Ordubegian on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*ordubegian.aram@arentfox.com*

*Bertrand Pan on behalf of Creditor Dedeaux Properties, LLC*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**
NY01/KAMS/1453548.1
DOCS_LA:234144.1

*bertrand.pan@dlapiper.com*

*Jeffrey N Pomerantz on behalf of Interested Party Courtesy NEF*
*jpomerantz@pszjlaw.com*

*Kurt Ramlo on behalf of Interested Party Courtesy NEF*
*kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com*

*Katherine A Traxler on behalf of Creditor Wells Fargo Bank, N.A. and Wells Fargo Bank Northwest, N.A.*
*katietraxler@paulhastings.com*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Joseph M VanLeuven on behalf of Interested Party Courtesy NEF*
*joevanleuven@dwt.com*

*Elizabeth Weller on behalf of Creditor Tarrant County*
*dallas.bankruptcy@publicans.com*

*Marc J Winthrop on behalf of Creditor Louis Wang*
*mwinthrop@winthropcouchot.com, pj@winthropcouchot.com*

*Craig A Wolfe on behalf of Debtor Contessa Premium Foods Inc*
*kdwbankruptcydepartment@kelleydrye.com*

### III. TO BE SERVED BY THE LODGING PARTY:

**Contessa Premium Foods**
**Chapter 11 Case No. 2:11-bk-13454-PC**
**2002 Mailing List**

**Debtor**
Contessa Premium Foods, Inc.
Attn: Gregory Morrow
222 West 6th Street
San Pedro, CA  90731

United States Trustee
Office of the United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Internal Revenue Service So. Cal.
IRS – Los Angeles
300 North Los Angeles Street, Room 1216
Los Angeles, CA  90012

**Counsel to Creditors Committee**
ARENT FOX LLP
Attn: Mette H. Kurth, Esq., Aram Ordubegian, Esq.,
Andy S. Kong, Esq., and M. Douglas Flahaut, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**
NY01/KAMS/1453548.1
DOCS_LA:234144.1

**Committee Member**
Band D Foods
c/o Timothy B. Andersen, President
3494 S. TK Avenue
Boise, Idaho 83705

**Committee Member**
BrucePac
c/o Glen Golomski, President/CEO
811 North 1 st Street
Silverton, OR 97381

**Committee Member**
Dedeaux Properties, LLC.
c/o Robert Santich, Mgr & Executive V.P.
c/o Ashok Aggarwal, Sr. V.P. Finance
1430 S. Eastman Avenue
Los Angeles, CA 90023

**Committee Member**
Pacific Southwest Container
c/o James D. Mayol, Secretary/General Counsel
P.O. Box 3049
Modesto, CA 95353

**Committee Member**
Sage V Foods, Inc.
c/o Victor P. Vegas, President
12100 Wilshire Blvd., Suite 605
Los Angeles, CA 90025

**Secured Lender**
Wells Fargo Bank, N.A.
Art Brokx, SVP/Loan Team Manager
333 South Grand Avenue, Suite 940
Los Angeles, CA 90071

**Attorneys for Wells Fargo Bank**
John Francis Hilson, Esq.
Connie L. Hilton, Esq.
Cynthia Cohen, Esq.
Paul Hastings Janofsky & Walker
515 South Flower St., 25th Floor
Los Angeles, CA  90071

**Attorneys for Wells Fargo Bank**
Jesse H. Austin, III
Partner, Corporate Department
600 Peachtree Street, N.E.,
Twenty-Fourth Floor
Atlanta, GA 30308
United States of America

**Secured Lender**
General Electric Capital Corp.
Dale Shores, VP, Restructuring
3 Capital Drive
Mail Station 1-3
Eden Prairie, MN 55344

**Counsel to GECC**
Davis Wright Tremaine LLP
865 South Figueroa
Los Angeles, CA 90017

**Requests for Special Notice**

**Counsel to GECC**
Harvey S. Schochet
Peter L. Isola
Davis Wright Tremaine LLP
505 Montgomery Street, Ste 800
San Francisco, CA 94111

**Counsel to Dedeaux Enterprises (a/k/a DART)**
John J. Duffy, Esq.
DLA Piper LLC
550 South Hope Street, Ste. 2300
Los Angeles, CA 90071

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                     **F 9021-1.1.NOTICE.ENTERED.ORDER**
NY01/KAMS/1453548.1
DOCS_LA:234144.1

**Attorneys for Dedeaux Properties**
George B. South III
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104

**Attorneys for Dedeaux Properties**
Bertrand Pan (SBN 233472)
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

Laura A. Meyerson
Senior Attorney
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Floor
Rosemead, CA  91770

Roy L. Bennett, Senior Credit Officer
Farm Credit Services of Mid-America
1601 UPS Drive
Louisville, KY  40223

**Attorneys for U.S. Foodservice**
Louis T. Delucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
900 Third A venue
New York, New York 10022

**Attorneys for U.S. Foodservice**
Nicole S. Magaline, Esq.
Schiff Hardin LLP
2 One Market
Spear Street Tower, 32nd Fl.
3 San Francisco. CA 94105

**Attorneys for Patterson Vegetable Company and Coastal Green Vegetable Company**
David M. Gilmore, Esq.
Marcus D. Magness, Esq.
Tracie L. Goodwin, Esq.
Gilmore, Wood, Vinnard & Magness
P.O. Box 28907
Fresno, CA 93729-8907

Jeffrey Michael Goldman
Pepper Hamilton LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**
NY01/KAMS/1453548.1
DOCS_LA:234144.1