

# United States Bankruptcy Court
## Central District of California
Los Angeles
Chief Judge Peter Carroll, Presiding
Courtroom 1539 Calendar

Wednesday, March 9, 2011                                               Hearing Room 1539

9:30 am

**2:11-13454    Contessa Premium Foods Inc**                          **Chapter 11**

#19.00    Final Hearing re Motion to Use Cash Collateral
fr.1-31

Docket #:

**Matter Notes:**

( ) **Granted**              ( ) **Denied**

( ) Tentative / Final Ruling is Final Order of the Court

( ) Based on findings of fact and conclusions of law made on the record

( ) **Stipulation** by the parties with respect to relief sought to be filed with the court within 7 days

(X) **Continuance** - Hearing on the motion is continued to March 30, 2011 at 9:30 a.m./p.m.

( ) **Off Calendar**

(X) Other Interim use of cash collateral authorized through March 30, 2011 pursuant to terms of interim order entered Feb 1, 2011

**Tentative Ruling:**
- NONE LISTED -

Party Information

Debtor(s):