1  Mette H. Kurth (SBN 187100)
   Aram Ordubegian (SBN 185142)
2  M. Douglas Flahaut (SBN 245558)
   Katie A. Lane (Admitted Pro Hac Vice)
3  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
4  Los Angeles, CA  90013-1065
   Telephone:   213.629.7400
5  Facsimile:    213.629.7401
   Email:  kurth.mette@arentfox.com
6          ordubegian.aram@arentfox.com
           flahaut.douglas@arentfox.com
7          lane.katie@arentfox.com

8  *Proposed* Attorneys for the Official Committee
   of Unsecured Creditors

| FILED & ENTERED |
| :---: |
| MAR 29 2011 |
| CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**CONTESSA PREMIUM FOODS, INC.**<br><br>Debtor. | Case No.: 2:11-bk-13454-PC<br><br>Chapter 11<br><br>**ORDER APPROVING THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL CONSULTANTS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 10, 2011**<br><br>*[No Hearing Required]* |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the *Application for Order Under Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention Of FTI Consulting, Inc., as Financial Consultants to The Official Committee of Unsecured Creditors Effective as of February 10, 2011* ("the "Application"), the supporting *Declaration of M. Freddie Reiss* [Docket No. 127] ("the "Declaration") and notice of the Application [Docket No. 128] (the "Notice"); and the

LA/428019.1

1  record in the above-captioned case. Based upon that review and consideration and no opposition
2  to the Application being filed, the Court finds that: (1) notice of the Application was adequate
3  and appropriate under the circumstances and no other notice need be given; (2) the relief
4  requested in the Application is in the best interest of the Debtor, the estate, and creditors; (3) FTI
5  Consulting, Inc. represents no interest adverse to the Official Committee of Unsecured Creditors
6  (the "Committee") in the matters for which FTI Consulting, Inc. is to be employed and is
7  disinterested within the meaning of Section 101(14) of the Bankruptcy Code; (4) no hearing on
8  the Application is required pursuant to the Local Bankruptcy Rules; and (5) other good and
9  sufficient cause exists for granting the relief requested in the Application.

10  **THEREFORE, IT IS HEREBY ORDERED THAT:**

11  1.  The Application is granted in its entirety.
12  2.  The Committee is authorized to employ FTI Consulting, Inc. as its
13      financial consultant for the purposes and on the terms set forth in the
14      Application as of February 10, 2011, with compensation that is at the
15      expense of the Debtor's estate and in such amount as this Court may
16      hereinafter allow.

17  **IT IS SO ORDERED**

18                                  ###

26  DATED: March 29, 2011

_____
United States Bankruptcy Judge

- 2 -

LA/428019.1

| In re: **Contessa Premium Foods Inc.** | CASE NUMBER: **2:11-bk-13454-PC** |
|---|---|
| Debtor(s). | CHAPTER 11 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Arent Fox LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036.

A true and correct copy of the foregoing document described **PROPOSED ORDER APPROVING THE RETENTION OF FTI CONSULTING, INC. AS FINANCIAL CONSULTANTS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 10, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 28, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 28, 2011 | KATIE A. LANE | */s/ Katie A. Lane* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

LA/428044.1

| In re: **Contessa Premium Foods Inc.** | CASE NUMBER: **2:11-bk-13454-PC** |
|---|---|
| Debtor(s). | CHAPTER 11 |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### Via U.S. First Class Mail

Honorable Peter Carroll
United States Bankruptcy Court
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Russell Clementson
United States Trustee
725 S Figueroa Ste 2600
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

LA/428044.1

| In re: **Contessa Premium Foods Inc.** | CASE NUMBER: **2:11-bk-13454-PC** |
|---|---|
| Debtor(s). | CHAPTER 11 |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ENTERED ORDER APPROVING THE RETENTION OF FTI CONSULTING, INC. AS FINANCIAL CONSULTANTS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 10, 2011** was entered on the date indicated on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 28, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

LA/428044.1

| In re: **Contessa Premium Foods Inc.** | CASE NUMBER: **2:11-bk-13454-PC** |
|---|---|
| Debtor(s). | CHAPTER 11 |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Aram Ordubegian on behalf of The Official Committee of Unsecured Creditors Courtesy NEF
ordubegian.aram@arentfox.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Jeffrey W Dulberg on behalf of Debtor Contessa Premium Foods Inc
jdulberg@pszjlaw.com

Moriah D Flahaut on behalf of The Official Committee of Unsecured Creditors Courtesy NEF
flahaut.douglas@arentfox.com

Jeffrey B Gardner on behalf of Creditor Haliburton International Foods, Inc.
Jeff.Gardner@sbgk.com , mary.do@sbgk.com

Richard H. Golubow on behalf of Creditor Louis Wang
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

Jeffrey S Goodfried on behalf of Creditor Dickinson Frozen Foods, Inc.
jgoodfried@perkinscoie.com

Robert S Hertzberg on behalf of Contessa Premium Foods Inc. Courtesy NEF
hertzbergr@pepperlaw.com

Peter L Isola on behalf of Creditor Farm Credit Services of Mid-America
peterisola@dwt.com

John H Kim on behalf of Interested Party Courtesy NEF
jkim@cookseylaw.com

Mette H Kurth on behalf of The Official Committee of Unsecured Creditors Courtesy NEF
kurth.mette@arentfox.com

Katie A Lane on behalf of The Official Committee of Unsecured Creditors Courtesy NEF
lane.katie@arentfox.com

Nicole S Magaline on behalf of Interested Party U.S. Foodservice, Inc.
nmagaline@schiffhardin.com

Scotta E McFarland on behalf of Debtor Contessa Premium Foods Inc
smcfarland@pszjlaw.com , smcfarland@pszjlaw.com

Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com

Lawrence H Meuers on behalf of Creditor Agroindustria Legumex, S.A.
lmeuers@meuerslawfirm.com,
sdefalco@meuerslawfirm.com; nbucciarelli@meuerslawfirm.com; lcastle@meuerslawfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

LA/428044.1

| | |
|---|---|
| In re: **Contessa Premium Foods Inc.** | CASE NUMBER: **2:11-bk-13454-PC** |
| Debtor(s). | CHAPTER 11 |

Christopher O Rivas on behalf of
Bertrand Pan on behalf of Creditor Dedeaux Properties, LLC
bertrand.pan@dlapiper.com

Jeffrey N Pomerantz on behalf of Interested Party Courtesy NEF
jpomerantz@pszjlaw.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kurt.ramlo@dlapiper.com , evelyn.rodriguez@dlapiper.com

Katherine A Traxler on behalf of Creditor Wells Fargo Bank, N.A. and Wells Fargo Bank Northwest, N.A.
katietraxler@paulhastings.com

Christopher O Rivas on behalf of Interested party Courtesy NEF
crivas@reedsmith.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Joseph M VanLeuven on behalf of Interested Party Courtesy NEF
joevanleuven@dwt.com

Elizabeth Weller on behalf of Creditor Tarrant County
dallas.bankruptcy@publicans.com

Marc j Winthrop on behalf of Creditor Louis Wang
mwinthrop@winthropcouchot.com ; pj@winthropcouchot.com

Craig A Wolfe on behalf of Debtor Contessa Premium Foods Inc
kdwbankruptcydepartment@kelleydrye.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

LA/428044.1

| | |
|---|---|
| In re: **Contessa Premium Foods Inc.** | CASE NUMBER: **2:11-bk-13454-PC** |
| Debtor(s). | CHAPTER 11 |

## III. <u>TO BE SERVED BY THE LODGING PARTY</u>:

### <u>Debtor</u>

Contessa Premium Foods, Inc.
222 West 6th Street
8th Floor
San Pedro, CA 90731

### <u>Other Interested Parties</u>

Jeffrey Michael Goldman
Pepper Hamilton LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614

David M. Gilmore, Esq.
Marcus D. Magness, Esq.
Tracie L. Goodwin, Esq.
Gilmore, Wood, Vinnard & Magness
P.O. Box 28907
Fresno, CA 93729-8907

Craig Wolfe
Kelly Drye Warren LLP
101 Park Avenue
New York, NY 10178-0002

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9013-3.1**

LA/428044.1