Craig A. Wolfe (CA Bar No. 200870)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail:  cwolfe@kelleydrye.com; sneeley@kelleydrye.com

Counsel for Contessa Premium Foods, Inc., Debtor
and Debtor-in-Possession

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com

Conflicts Counsel for Contessa Premium Foods, Inc.,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 11-13454 (PC) |
| CONTESSA PREMIUM FOODS, INC.[1] | Chapter 11 |
| Debtor. | **[PROPOSED] STIPULATED SECOND INTERIM ORDER (A) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO WELLS FARGO BANK, NATIONAL ASSOCIATION, (C) SCHEDULING FINAL HEARING, AND (D) GRANTING OTHER RELATED RELIEF** |
| | **Second Extension Hearing**<br>Date:  March 30, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 1539<br>        Edward R. Roybal Federal Bldg.<br>        255 East Temple Street<br>        Los Angeles, CA 90012<br>Judge: Hon. Peter H. Carroll |

---

[1] The Debtor is a California corporation, Fed. Tax I.D. No. 33-0020606. The Debtor's address is 222 West 6th Street, San Pedro, California 90731.

LEGAL_US_W # 67332103.11

Upon (a) the emergency motion [Docket No. 21] (the "Motion") of Contessa Premium Foods, Inc. (the "Debtor") for interim and final orders pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2001, 4001 and 9014 and Bankr. C.D. Cal. L.R. 4001-2, (i) authorizing the use of "cash collateral," as such term is defined in section 363 of title 11, United States Code, (the "Bankruptcy Code"), in which the Secured Lender has an interest, the ("Cash Collateral"), (ii) authorizing the issuance of postpetition documentary and import letters of credit for the limited purpose of acquiring inventory, (iii) providing adequate protection to the Secured Lender for, among other purposes, any diminution in value of the Secured Lender's interests in the Prepetition Collateral, including the Cash Collateral, (iv) vacating and modifying the automatic stay imposed by section 362 of the Bankruptcy Code to the extent necessary to implement and effectuate the terms and provisions of the Interim Order, and (v) requesting, pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Central District of California's Local Rules of Bankruptcy Procedure, that a final hearing (the "Final Hearing") be held before this Court to consider entry of a final order approving (a) the Debtor's use of Cash Collateral and (b) the grant of adequate protection to the Secured Lender, all on a final basis (the "Final Order") as set forth in the Motion,[2] and the Court having entered the interim cash collateral order [Docket No. 35] (the "Interim Order") on February 1, 2011, which Interim Order authorized use of Cash Collateral through March 9, 2011, and (b) the Debtor's requests to extend the Interim Order (the "Extension Requests") to negotiate a longer-term extension of Cash Collateral use; and the Court having considered the Motion and the exhibits attached thereto, including, without limitation, the Cash Collateral Budget and the Extension Request, hearings to consider approval of the Extension Requests having been held and concluded on March 9, 2011 (the "First Extension

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion, the Interim Order, or the Prepetition Credit Agreement, as applicable.

LEGAL_US_W # 67332103.11

Hearing") and March 30, 2011 (the "Second Extension Hearing") and with the consent of the Debtor, the Secured Lender, and the Committee, the Interim Order is hereby amended and extended (this "Interim Extension Order") as follows, after due deliberation and consideration and good and sufficient cause appearing therefore:

1. The Interim Order shall remain in effect except as expressly modified herein, and the Budget attached to the Interim Order shall remain in effect until entry of the Final Order.

2. The Interim Order is modified as follows:

    (a) Paragraph 11 is hereby amended by replacing "March 9, 2011" with "April 14, 2011."

3. To resolve the existing alleged defaults arising from (i) the Debtor's alleged failure to maintain the equity cushion percentage required under the Interim Order pursuant to Paragraph 7(f) and (ii) the Debtor's failure to timely deliver to the Secured Lender the reporting required pursuant to Paragraph 7(b), such alleged defaults shall be deemed waived upon receipt by the Secured Lender of a principal paydown of the Prepetition Secured Obligations in the amount of $645,000 (the "Payment") and entry of this Interim Extension Order. The Payment shall be promptly paid to the Secured Lender by the Secured Lender debiting the Debtor's depository account held by the Secured Lender.

4. The provisions of this Interim Extension Order shall be effective immediately upon entry pursuant to Fed. R. Bankr. P. 4001 and Bankr. C.D. Cal. L.R. 4001-2.

**5.** Final Hearing. **The Final Hearing on the Motion shall be heard before this Court on April [\_\_], 2011 at \_\_\_\_:\_\_\_\_ \_\_.m. (prevailing Pacific Time) in Courtroom 1539 of the United States Bankruptcy Court for the Central District of California, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California.**

6. <u>Adequate Notice</u>. The notice given by the Debtor of the Second Extension Hearing was given in accordance with Bankruptcy Rule 4001(c)(2). Within three (3) business days after the Court's entry of this Interim Extension Order, the Debtor shall mail copies of this Interim Extension Order and notice of the Final Hearing to the Notice Parties. Any party-in-interest objecting to the relief sought in the Final Order shall submit any such objection in writing and file same with the Court (with a courtesy copy to chambers) and serve (so as to be received) such objection no later than **April [__],** 2011, which is ten (10) days prior to the final hearing, on the following:

(i) **Pachulski Stang Ziehl & Jones LLP**, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067-4100 (Attn: Jeffrey N. Pomerantz, Esq. and Jeffrey W. Dulberg, Esq.), conflicts counsel to the Debtor;

(ii) **Arent Fox LLP**, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013 (Attn: Mette Kurth, Esq.), counsel to the Committee;

(iii) **Paul, Hastings, Janofsky & Walker, LLP**, 600 Peachtree Street NE, Suite 2400, Atlanta, Georgia 30308 (Attn: Jesse H. Austin, III, Esq.); and 515 South Flower Street, 25th Floor, Los Angeles, California, 90071 (Attn: Cynthia M. Cohen, Esq.), counsel to the Secured Lender; and

(iv) **Office of the United States Trustee for the Central District of California**, 725 South Figueroa Street, Suite 2600, Los Angeles, California 90017.

LEGAL_US_W # 67332103.11

(iv) **Office of the United States Trustee for the Central District of California**, 725 South Figueroa Street, Suite 2600, Los Angeles, California 90017.

APPROVED AS TO FORM AND CONTENT:

Dated: March 29, 2011

**KELLEY DRYE & WARREN LLP**

By: *[signature]*
    Craig A. Wolfe

Counsel to Debtor and Debtor-in-Possession,
Contessa Premium Foods, Inc.

Dated: March 29, 2011

**PAUL, HASTINGS, JANOSFSKY & WALKER, LLP**

By: _____
    Jesse H. Austin, III
    Cynthia M. Cohen

Counsel to Wells Fargo Bank, National Association

Dated: March 29, 2011

**ARENT FOX LLP**

By: _____
    Mette Kurth

Counsel to the The Official Committee of Unsecured Creditors

Dated: March [__], 2011

_____
THE HONORABLE PETER H. CARROLL
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

Dated: March 29, 2011                           Dated: March 29, 2011

**KELLEY DRYE & WARREN LLP**                    **PAUL, HASTINGS, JANOSFSKY & WALKER, LLP**

By: _____              By: _____
    Craig A. Wolfe                                  Jesse H. Austin, III
                                                    Cynthia M. Cohen

Counsel to Debtor and Debtor-in-Possession,
Contessa Premium Foods, Inc.                    Counsel to Wells Fargo Bank, National Association


Dated: March 29, 2011

**ARENT FOX LLP**

By: _____
    Mette Kurth

Counsel to the The Official Committee of
Unsecured Creditors


Dated: March [__], 2011                         _____
                                                THE HONORABLE PETER H. CARROLL
                                                UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

Dated: March 29, 2011                                  Dated: March 29, 2011

**KELLEY DRYE & WARREN LLP**                           **PAUL, HASTINGS, JANOSFSKY & WALKER, LLP**

By: _____                     By: _____
    Craig A. Wolfe                                          Jesse H. Austin, III
                                                             Cynthia M. Cohen

Counsel to Debtor and Debtor-in-Possession,
Contessa Premium Foods, Inc.                           Counsel to Wells Fargo Bank, National Association


Dated: March 29, 2011

**ARENT FOX LLP**

By: _____
    Mette Kurth

Counsel to the The Official Committee of
Unsecured Creditors


Dated: March [__], 2011                                _____
                                                       THE HONORABLE PETER H. CARROLL
                                                       UNITED STATES BANKRUPTCY JUDGE

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document *[PROPOSED] STIPULATED SECOND INTERIM ORDER (A) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO WELLS FARGO BANK, NATIONAL ASSOCIATION, (C) SCHEDULING FINAL HEARING, AND (D) GRANTING OTHER RELATED RELIEF* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 30, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **March 30, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 30, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**By Personal Delivery**
Honorable Peter H. Carroll, United States Bankruptcy Judge
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Bin outside of Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2011 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

*Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)*
*russell.clementson@usdoj.gov*

*Bradley L Cornell on behalf of Creditor Superior Foods International LLC*
*bcornell@cornell-lawfirm.com*

*Jeffrey W Dulberg on behalf of Debtor Contessa Premium Foods Inc*
*jdulberg@pszjlaw.com*

*M Douglas Flahaut on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*flahaut.douglas@arentfox.com*

*Jeffrey B Gardner on behalf of Creditor Haliburton International Foods, Inc.*
*Jeff.Gardner@sbgk.com, mary.do@sbgk.com*

*Richard H Golubow on behalf of Creditor Louis Wang*
*rgolubow@winthropcouchot.com, pj@winthropcouchot.com*

*Jeffrey S Goodfried on behalf of Creditor Boardman Foods, Inc.*
*jgoodfried@perkinscoie.com*

*Peter L Isola on behalf of Creditor Farm Credit Services of Mid-America*
*peterisola@dwt.com*

*John H Kim on behalf of Interested Party Courtesy NEF*
*jkim@cookseylaw.com*

*Andy Kong on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*Kong.Andy@ArentFox.com*

*Mette H Kurth on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*kurth.mette@arentfox.com*

*Katie A Lane on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*lane.katie@arentfox.com*

*Nicole S Magaline on behalf of Interested Party U.S. Foodservice, Inc.*
*nmagaline@schiffhardin.com*

*Scotta E McFarland on behalf of Debtor Contessa Premium Foods Inc*
*smcfarland@pszjlaw.com, smcfarland@pszjlaw.com*

*Frank F McGinn on behalf of Interested Party Courtesy NEF*
*ffm@bostonbusinesslaw.com*

*Lawrence H Meuers on behalf of Creditor Agroindustria Legumex, S.A.*
*lmeuers@meuerslawfirm.com, sdefalco@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com;lcastle@meuerslawfirm.com*

*Aram Ordubegian on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
*ordubegian.aram@arentfox.com*

*Bertrand Pan on behalf of Creditor Dedeaux Properties, LLC*
*bertrand.pan@dlapiper.com*

*Jeffrey N Pomerantz on behalf of Interested Party Courtesy NEF*
*jpomerantz@pszjlaw.com*

*Kurt Ramlo on behalf of Creditor Dedeaux Properties, LLC*
*kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com*

*Christopher O Rivas on behalf of Creditor Sargento Foods Inc.*
*crivas@reedsmith.com*

*Katherine A Traxler on behalf of Creditor Wells Fargo Bank, N.A. and Wells Fargo Bank Northwest, N.A.*
*katietraxler@paulhastings.com*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Joseph M VanLeuven on behalf of Interested Party Courtesy NEF*
*joevanleuven@dwt.com*

*Elizabeth Weller on behalf of Creditor Tarrant County*
*dallas.bankruptcy@publicans.com*

*Marc J Winthrop on behalf of Creditor Louis Wang*
*mwinthrop@winthropcouchot.com, pj@winthropcouchot.com*

*Craig A Wolfe on behalf of Debtor Contessa Premium Foods Inc*
*kdwbankruptcydepartment@kelleydrye.com*

**II. SERVED BY U.S. MAIL**


**Contessa Premium Foods**
**Chapter 11 Case No. 2:11-bk-13454-PC**
**2002 Mailing List**


**Debtor**
Contessa Premium Foods, Inc.
Attn: Gregory Morrow
222 West 6th Street
San Pedro, CA 90731

United States Trustee
Office of the United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Internal Revenue Service So. Cal.
IRS – Los Angeles
300 North Los Angeles Street, Room 1216
Los Angeles, CA 90012

**Counsel to Creditors Committee**
ARENT FOX LLP
Attn: Mette H. Kurth, Esq., Aram Ordubegian, Esq.,
Andy S. Kong, Esq., and M. Douglas Flahaut, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

**Committee Member**
Band D Foods
c/o Timothy B. Andersen, President
3494 S. TK Avenue
Boise, Idaho 83705

**Committee Member**
BrucePac
c/o Glen Golomski, President/CEO
811 North 1 st Street
Silverton, OR 97381

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                               **F 9013-3.1.PROOF.SERVICE**

**Committee Member**
Dedeaux Properties, LLC.
c/o Robert Santich, Mgr & Executive V.P.
c/o Ashok Aggarwal, Sr. V.P. Finance
1430 S. Eastman Avenue
Los Angeles, CA 90023

**Committee Member**
Pacific Southwest Container
c/o James D. Mayol, Secretary/General Counsel
P.O. Box 3049
Modesto, CA 95353

**Committee Member**
Sage V Foods, Inc.
c/o Victor P. Vegas, President
12100 Wilshire Blvd., Suite 605
Los Angeles, CA 90025

**Secured Lender**
Wells Fargo Bank, N.A.
Art Brokx, SVP/Loan Team Manager
333 South Grand Avenue, Suite 940
Los Angeles, CA 90071

**Attorneys for Wells Fargo Bank**
John Francis Hilson, Esq.
Connie L. Hilton, Esq.
Cynthia Cohen, Esq.
Paul Hastings Janofsky & Walker
515 South Flower St., 25th Floor
Los Angeles, CA  90071

**Attorneys for Wells Fargo Bank**
Jesse H. Austin, III
Partner, Corporate Department
600 Peachtree Street, N.E.,
Twenty-Fourth Floor
Atlanta, GA 30308
United States of America

**Secured Lender**
General Electric Capital Corp.
Dale Shores, VP, Restructuring
3 Capital Drive
Mail Station 1-3
Eden Prairie, MN 55344

**Counsel to GECC**
Davis Wright Tremaine LLP
865 South Figueroa
Los Angeles, CA 90017

**Requests for Special Notice**

**Counsel to GECC**
Harvey S. Schochet
Peter L. Isola
Davis Wright Tremaine LLP
505 Montgomery Street, Ste 800
San Francisco, CA 94111

**Counsel to Dedeaux Enterprises (a/k/a DART)**
John J. Duffy, Esq.
DLA Piper LLC
550 South Hope Street, Ste. 2300
Los Angeles, CA 90071

**Attorneys for Dedeaux Properties**
George B. South III
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104

**Attorneys for Dedeaux Properties**
Bertrand Pan (SBN 233472)
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Laura A. Meyerson
Senior Attorney
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Floor
Rosemead, CA  91770

Roy L. Bennett, Senior Credit Officer
Farm Credit Services of Mid-America
1601 UPS Drive
Louisville, KY  40223

**Attorneys for U.S. Foodservice**
Louis T. Delucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
900 Third A venue
New York, New York 10022

**Attorneys for U.S. Foodservice**
Nicole S. Magaline, Esq.
Schiff Hardin LLP
2 One Market
Spear Street Tower, 32nd Fl.
3 San Francisco. CA 94105

**Attorneys for Patterson Vegetable Company and Coastal Green Vegetable Company**
David M. Gilmore, Esq.
Marcus D. Magness, Esq.
Tracie L. Goodwin, Esq.
Gilmore, Wood, Vinnard & Magness
P.O. Box 28907
Fresno, CA 93729-8907

Jeffrey Michael Goldman
Pepper Hamilton LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1.PROOF.SERVICE**