Craig A. Wolfe (CA Bar No. 200870)
Jason R. Alderson (CA Bar No. 233176)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: cwolfe@kelleydrye.com; jalderson@kelleydrye.com
*Counsel for Debtor*

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com
*Local/Conflicts Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CONTESSA PREMIUM FOODS, INC.,[1]<br><br>Debtor. | Case No.: 2:11-bk-13454-PC<br><br>Chapter 11<br><br>**NOTICE OF FILING OF REVISED CLEAN COPIES AND BLACK-LINES OF PROPOSED SALE PROCEDURES ORDER, SALE PROCEDURES AND FORM OF ASSET PURCHASE AGREEMENT**<br><br>**Hearing**<br>Date: May 4, 2011<br>Time: 9:30 a.m. (PT)<br>Place: Courtroom 1539<br>Edward R. Roybal Federal Bldg.<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Judge: Peter H. Carroll |

---

[1] The Debtor is a California corporation, Fed. Tax I.D. No. 33-0020606. The Debtor's address is 222 West 6th Street, 8th Floor, San Pedro, California 90731.

**TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that attached hereto as **Exhibits A, B, and C**, respectively, are the revised clean copies and related black-lined copies of the following documents showing changes made to these documents since they were originally filed:

(a) the [Proposed] Order (a) Approving Sale Procedures, Including Break-Up Fee, in Connection With the Proposed Sale at Auction of the Contessa Enterprise, (b) Approving Procedures for the Assumption and Assignment of Real and Personal Property Leases and Executory Contracts in Connection Therewith, (c) Approving Sale of All or Certain Contessa Enterprise Assets to the Highest and Best Bidder at Auction, and (d) Granting Related Relief (the "Sale Procedures Order"), which was filed as Exhibit A to the *Debtor's Motion for Order (a) Approving Sale Procedures, Including Break-Up Fee, in Connection With the Proposed Sale at Auction of the Contessa Enterprise, (b) Approving Procedures for the Assumption and Assignment of Real and Personal Property Leases and Executory Contracts in Connection Therewith, (c) Approving Sale of All or Certain Contessa Enterprise Assets to the Highest and Best Bidder at Auction, and (d) Granting Related Relief* (the "Sale Procedures Motion") (Docket No. 208) filed on April 26, 2011;

(b) the Sale Procedures, which were filed as Exhibit A to the Sale Procedures Order, which is Exhibit A to the Sale Procedures Motion (Docket No. 208); and

(c) the Asset Purchase Agreement, which was filed on May 2, 2011 [Docket No. 218] and which is Exhibit 2 to the Sale Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtor served the above listed black-lined documents,[2] by email and/or overnight mail, upon (a) the Office of the United States Trustee; (b)

---

[2] As limited by the Order Establishing Notice Procedures And Permitting Debtor and Debtor-In-Possession to Serve Insured Depository Institutions By First Class Mail, entered on February 1, 2011 (Dkt. No. 32).

counsel to the Official Committee of Unsecured Creditors; (c) Wells Fargo Bank, N.A. and its counsel, Paul, Hastings, Janofsky & Walker LLP; (d) counsel to General Electric Capital Corporation and GE Capital Public Finance, Inc.; (e) counsel to Dedeaux Enterprises, LLC; (f) all counterparties to the Green Cuisine Plant Leases and other Executory Contracts (as defined in the Motion); (g) the Internal Revenue Service So. Cal.; and (h) all entities on the Rule 2002 service list as of the date hereof.[3]

Dated: May 3, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jeffrey W. Dulberg
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
*Local/Conflicts Counsel for Debtor*

KELLEY DRYE & WARREN LLP

Craig A. Wolfe (CA Bar No. 200870)
Jason R. Alderson (CA Bar No. 233176)
*Counsel for Debtor*

---

[3] Imperial will provide the listed black-lined documents to all entities who have executed non-disclosure agreements with the Debtor in connection with the potential acquisition of any or all of the Contessa Enterprise or who have otherwise expressed to the Debtor an interest in purchasing the Contessa Enterprise or any part thereof.