# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: <u>Contessa Premium Foods, Inc.</u>    Case No. <u>11-13454</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>SANCHEZ FREIGHT, CORP.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$23,989.00</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(323) 803-6503</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | SANCHEZ FREIGHT, CORP.<br>135 South Soto Street<br>Los Angeles, CA 90033 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>    Date: <u>July 27, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
Central District of California
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attention: Clerk

AND TO:     Contessa Premium Foods, Inc.     ("Debtor")
Case No. 11-13454

Claim # N/A

**SANCHEZ FREIGHT, CORP.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$23,989.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th DAY OF July, 2011.

ASSIGNOR: SANCHEZ FREIGHT, CORP.      ASSIGNEE: TRC MASTER FUND LLC

_____      _____
(Signature)      (Signature)

Hugo Sanchez      Terrel Ross
(Print Name)      (Print Name)

Owner      Managing Member
(Title)      (Title)

In re <u>CONTESSA PREMIUM FOODS, INC.,</u>　　　　　　　　　　Case No. 2:11-bk-13454-PC
　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Sanchez Freight, Corp. 135 S. Soto St. Los Angeles, CA 90033 | | | Trade payables | | | | $23,989.00 |
| Saputo Cheese USA Inc File 56152 Los Angeles, CA 90074-6152 | | | Trade payables | | | | $27,522.12 |
| Sargento Foods Inc. One Persnickety Place Plymouth, WI 53073 | | | Trade payables | | | | $136,423.36 |
| Satcom Direct Communications PO Box 372667 Satellite Beach, FL 32937-2667 | | | Trade payables | | | | $448.58 |
| Schnucks 11420 Lackland Rd. PO Box 46928 St. Louis, MO 63146-6928 | | | Trade payables | | | | $31,250.00 |
| SCMH Inc PO Box 80770 San Marino, CA 91118-8770 | | | Trade payables | | | | $678.43 |
| Scott Kingdon Memorial Fund Pier 54 Seattle, WA 98104 | | | Trade payables | | | | $1,100.00 |
| Seafax Inc. P.O. Box 15340 Portland, ME 41126-6281 | | * | Trade payables | | | | $525.00 |
| Securitas Security Services File 57220 Los Angeles, CA 90074-7220 | | | Trade payables | | | | $1,891.40 |
| Service Transport Inc PO Box 800 4438 Enm/Hurlock Road Hurlock, MD 21643 | | | Trade payables | | | | $42,492.19 |
| Shiqiang Freezing Food Co.,Ltd Chengsi-Jen Ind.Devlopmnt Zone Longhai, Xiamen China | | | Trade payables | | | | $27,805.00 |
| Shun Shing Polyethylene Printing Co., Ltd. Blk B,15/F,Goodwill Indus Bldg 36-44 Pak Tin Par, Tsuen Wan | | | Trade payables | | | | $92,750.40 |
| | | | | | | Subtotal→ | $386,875.48 |
| | | | | | | Total→ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |