# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: <u>Contessa Premium Foods, Inc.</u>    Case No. <u>11-13454</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>VALLEY TRUCKING CO.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$71,379.65</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(956) 831-4511</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | VALLEY TRUCKING CO.<br>4550 Coffeeport Road<br>Brownsville, TX 78521 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>    Date: <u>July 28, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Central District of California
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attention: Clerk

AND TO: Contessa Premium Foods, Inc.    ("Debtor")
Case No. 11-13454

Claim # N/A

**VALLEY TRUCKING CO**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$71,379.65** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __28__ DAY OF ____July____, 2011.

| ASSIGNOR: VALLEY TRUCKING CO | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| Todd George (Print Name) | Terrel Ross (Print Name) |
| Senior Vice President (Title) | Managing Member (Title) |

In re CONTESSA PREMIUM FOODS, INC.,　　　　　　　　　Case No. 2:11-bk-13454-PC
　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| United Rentals<br>Location #502<br>9606 East Firestone Blvd.<br>Downey, CA 90241 | | | Trade payables | | | | $627.57 |
| United Standard Pallet<br>PO Box 632<br>Whittier, CA 90608 | | | Trade payables | | | | $2,231.50 |
| Universal Fuels<br>PO Box 12632<br>Attn: Treasury Dept<br>Houston, TX 77217 | | | Trade payables | | | | $10,743.67 |
| Universal Weather & Aviation<br>PO Box 201033<br>Houston, TX 77216-1033 | | | Trade payables | | | | $1,073.79 |
| Valassis<br>PO Box 3245<br>Boston, MA 22413-3245 | | | Trade payables | | | | $46,158.90 |
| Valley Trucking Co.<br>4550 Coffee Port Road<br>Brownsville, TX 78521 | | | Trade payables | | | | $71,379.65 |
| Van-Pak<br>591 S. State College Blvd<br>Fullerton, CA 92831 | | | Trade payables | | | | $198.33 |
| Verizon California<br>PO Box 920041<br>Dallas, TX 75392 | | | Trade payables | | | | $67.88 |
| Verizon Communications<br>Acct: 1143795122<br>PO Box 920041<br>Dallas, TX 75392-0041 | | | Trade payables | | | | $214.98 |
| Verizon Florida Inc.<br>PO Box 920041<br>Dallas, TX 75392-0041 | | | Trade payables | | | | $94.42 |
| Verizon Wireless<br>PO Box 660108<br>Dallas TX 75266-0108 | | | Trade payables | | | | $80.78 |
| Verizon<br>PO Box 1100<br>Albany, NY 12250-0001 | ✓ | | Trade payables | | | | $147.18 |

Subtotal→ $133,018.65

Total→ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)