# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: <u>Contessa Premium Foods, Inc.</u>    Case No. <u>11-13454</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>DAYMON WORLDWIDE</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$46,637.37</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(620) 669-4212</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | DAYMON WORLDWIDE<br>700 Fairfield Avenue<br>Stamford, CT 06902 |
| Name and address where transferee payments should be sent (if different from above): | |
| Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                                              Date: <u>August 5, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Central District of California
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attention: Clerk

AND TO: Contessa Premium Foods, Inc. ("Debtor")
Case No. 11-13454

Claim # N/A

**DAYMON WORLDWIDE**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$46,637.37** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _4th_ DAY OF _August_, 2011.

ASSIGNOR: DAYMON WORLDWIDE

_____
(Signature)

_Laurie Jackle_
(Print Name)

_AR Manager_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re CONTESSA PREMIUM FOODS, INC.,    Case No. 2:11-bk-13454-PC
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Cosentino's Food Stores<br>3901 W. 83rd St.<br>Prairie Village, KS 66208 | | | Trade payables | | | | $1,358.98 |
| Cosmatos Consulting<br>21 Worthington Private<br>Stittsville, ON<br>Canada K2S 0H2 | | | Trade payables | | | | $870.00 |
| Crown Equipment Corp.<br>P.O. Box 641173<br>Cincinnati, OH 45264-1173 | | | Trade payables | | | | $2,088.99 |
| Cryovac Inc.<br>PO Box 60000<br>File 74088<br>San Francisco, CA 94160-4088 | | | Trade payables | | | | $28,265.29 |
| CTI Food Holding Co, LLC<br>PO Box 915248<br>Dallas, TX 75391-5248 | | | Trade payables | | | | $132,279.90 |
| Culinary Classics<br>4025 S Western Blvd<br>Chicago, IL 60609 | | | Trade payables | | | | $128.75 |
| D.D. Reckner Company<br>129 E. College Avenue<br>Westerville, OH 43081 | | | Trade payables | | | | $2,949.75 |
| Darling International Inc.<br>P.O. Box 552210<br>Detroit, MI 48255-2210 | | | Trade payables | | | | $1,044.71 |
| Dartmouth-Thayerhall<br>Thayer Hall<br>Dartmouth, NH | | | Trade payables | | | | $962.00 |
| Data-Code<br>Barcode & Mobile Data Terminal<br>PO Box 865<br>Tustin, CA 92781 | | | Trade payables | | | | $189.50 |
| Daymon Worldwide<br>P.O. Box 3801<br>Carol Stream, Il 60132-3801 | | | Trade payables | | | | $46,637.37 |
| DBB Marketing Co.<br>724 Oak Grove Ave<br>Ste 110<br>Menlo Park, CA 94025 | | | Trade payables | | | | $1,106.83 |
| | | | | | | Subtotal→ | $217,882.07 |
| | | | | | | Total→<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |