# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: <u>Contessa Premium Foods, Inc.</u>    Case No. <u>11-13454</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>JSL FOODS, INC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$155,090.40</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(323) 223-2484</u><br>Last four digits of Acct.#  <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | JSL FOODS, INC<br>3550 Passadena Avenue<br>Los Angeles, CA 90031 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                   Date: <u>August 5, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court    ("Bankruptcy Court")
       Central District of California
       255 E. Temple Street, Room 940
       Los Angeles, CA 90012
       Attention: Clerk

AND TO:    Contessa Premium Foods, Inc.    ("Debtor")
           Case No. 11-13454

Claim # N/A

**JSL FOODS, INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$155,090.40** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __5__ DAY OF __AUGUST__, 2011.

ASSIGNOR: JSL FOODS, INC                    ASSIGNEE: TRC MASTER FUND LLC

_____             _____
(Signature)                                 (Signature)

__RON HULL__                                __Terrel Ross__
(Print Name)                                (Print Name)

__CONTROLLER__                              __Managing Member__
(Title)                                     (Title)

In re CONTESSA PREMIUM FOODS, INC.,     Case No. 2:11-bk-13454-PC
        Debtor

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Jiang Men Health Food Co. Ltd<br>Pachongwei, Jiangmen<br>Guangdong, China | | | Trade payables | | | | $27,805.00 |
| JMG Security Systems<br>17150 Newhope St. Ste#109<br>Fountain Valley, CA 92708 | | | Trade payables | | | | $1,660.00 |
| Johnson O'Hare Company Inc<br>1 Progress Road<br>Billerica, MA | | | Trade payables | | | | $11,741.20 |
| Jon Edwards & Associates<br>915 South Alta Vista Avenue<br>Monrovia, CA 91016 | | | Trade payables | | | | $5,158.25 |
| JSL Foods, Inc<br>3550 Pasadena Avenue<br>Los Angeles, CA 90031 | | | Trade payables | | | | $155,090.40 |
| Julia Paulina Carrera<br>9975 Dandelion Avenue<br>Fountain Valley, CA 92708 | | | Trade payables | | | | $21,878.00 |
| Karns Prime & Fancy Foods Ltd<br>675 Silver Springs Road<br>Mechanicsburg, PA 17050 | | | Trade payables | | | | $400.00 |
| Keegans Fresh Seafood<br>6675 Salem Road<br>Cincinnati, OH 45230 | | | Trade payables | | | | $1,122.00 |
| Kenwood Country Club<br>6500 Kenwood Rd.<br>Cincinnati, OH 45243 | | | Trade payables | | | | $792.00 |
| Key Information Systems<br>21700 Oxnard Street Ste 250<br>Woodland Hills, CA 91367 | | | Trade payables | | | | $11,284.00 |
| King Kullen Grocery Co. Inc.<br>185 Central Avenue<br>Bethpage, NY 11714 | | | Trade payables | | | | $8,988.48 |
| L & R Heating & Air Cond, Inc.<br>1071 West 190th Street<br>Gardena, CA 90248 | | | Trade payables | | | | $155.00 |
| Label Tronix<br>1097 North Batavia St.<br>Orange, CA 92867 | | | Trade payables | | | | $905.33 |
| | | | | | | Subtotal→ | $246,979.66 |
| | | | | | | Total→<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |