# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: <u>Contessa Premium Foods, Inc.</u>    Case No. <u>11-13454</u>

## NOTICE OF <u>PARTIAL</u> TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>CAMAU FROZEN SEAFOOD PROCESSING IMPORT EXPORT CORPORATION AKA CAMIMEX CORP.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u><br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>82-2</u><br>Amount of Claim: <u>USD$59,904.50</u><br>(Not transferring the USD$445,148.50 secured claim portion)<br>Date Claim Filed: <u>05/31/2011</u><br><br>Phone: <u>(216) 566-5617</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>CAMAU FROZEN SEAFOOD PROCESSING IMPORT EXPORT CORPORATION AKA CAMIMEX CORP.<br>333 Cao Thank Street, Ward 8<br>Camau City, Vietnam 90031 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>    Date: <u>August 19, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court   ("Bankruptcy Court")
Central District of California
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attention: Clerk

AND TO: Contessa Premium Foods, Inc.   ("Debtor")
Case No. 11-13454

Claim # 82-2
Filed in the Amount of USD$505,053.00; Transferring the General Unsecured Portion of USD$59,904.50

**CAMAU FROZEN SEAFOOD PROCESSING IMPORT EXPORT CORPORATION AKA CAMIMEX CORP.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its General Unsecured Claim in the amount of **USD$59,904.50** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be prescribed by rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim. For clarification purposes, the Claim assigned and transferred pursuant hereto consists of the unsecured claim by Assignor in the amount of USD$59,904.50, but it does not include the secured setoff claim in the amount of USD$445,148.50, which is not being assigned to Assignor.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _19th_ DAY OF _August_, 2011.

ASSIGNOR: CAMAU FROZEN SEAFOOD
PROCESSING IMPORT EXPORT
CORPORATION AKA CAMIMEX CORP.

_____
(Signature)

Nguyen Thi Tuyet
(Print Name)

General Director
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)