# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: <u>Contessa Premium Foods, Inc.</u>    Case No. <u>11-13454</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>CAMIMEX</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:  <u>USD$59,904.50</u>
(Not transferring the USD$445,148.50 secured claim portion)
Date Claim Filed: <u>N/A</u>

Phone: <u>(216) 566-5617</u>
Last four digits of Acct.#  <u>N/A</u>

Name and Current Address of Transferor:

CAMIMEX
333 Cao Thank Street, Ward 8
Camau City, Vietnam 90031

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>    Date: <u>August 19, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Central District of California
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attention: Clerk

AND TO: Contessa Premium Foods, Inc. ("Debtor")
Case No. 11-13454

Claim # N/A
Scheduled in the Amount of USD$505,053.00; Transferring the General Unsecured Portion of USD$59,904.50

CAMIMEX, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its General Unsecured Claim in the amount of USD$59,904.50 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be prescribed by rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim. For clarification purposes, the Claim assigned and transferred pursuant hereto consists of the unsecured claim by Assignor in the amount of USD$59,904.50, but it does not include the secured setoff claim in the amount of USD$445,148.50, which is not being assigned to Assignor.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _19th_ DAY OF _August_, 2011.

ASSIGNOR: CAMIMEX

_(Signature)_

Nguyen Thi Tuyet
(Print Name)

General Director
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_(Signature)_

Terrel Ross
(Print Name)

Managing Member
(Title)

In re CONTESSA PREMIUM FOODS, INC.,　　　　　　　　　　　Case No. 2:11-bk-13454-PC
　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| C.H. Robinson Worldwide, Inc. PO Box 9121 Minneapolis, MN 55480-9121 | | | Trade payables | | | | $63,948.24 |
| California Packaging Centers 1140 South Rockefeller Ave. Ontario, CA 91761 | | | Trade payables | | | | $74,337.02 |
| California Water Service Co. 3316 West Beverly Blvd. Montebello, CA 90640 | | | Trade payables | | | | $4,064.70 |
| Cambridge Transportation 36392 Treasury Center Chicago, IL 60694-6300 | | | Trade payables | | | | $56.00 |
| Camimex Sub-Ward-Ward 8 Camau Camau Province, Vietnam | | | Trade payables | | | | $505,053.00 |
| Cartridge World Los Alamitos 11300 Los Alamitos Blvd Los Alamitos, CA 90720 | | | Trade payables | | | | $179.37 |
| CCH Incorporated PO Box 4307 Carol Stream, IL 60197-4307 | | | Trade payables | | | | $399.13 |
| CDW Direct, LLC P O Box 75723 Chicago, IL 60675-5723 | | | Trade payables | | | | $6,885.82 |
| Chandler's Air Conditioning & Refrigeration 1702 W. 5th Street Santa Ana, CA 92703 | | | Trade payables | | | | $255.00 |
| Chase Card Services Cardmember Service P.O.Box 94014 Palatine, IL 60094-4014 | | | Trade payables | | | | $3,822.66 |
| Chell Brokerage Co. Attn: Ernie Chell 101 Pittston Ave., Ste. 1 Scranton, PA 18505 | | | Trade payables | | | | $2,424.79 |
| Chem-Services, Inc. 101 N. Citrus Avenue Suite 3B Covina, CA 91723 | | | Trade payables | | | | $4,949.26 |
| | | | | | | Subtotal→ | $666,374.99 |
| | | | Total→ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |