United States Bankruptcy Court
Central District of California

In re:                                                                   Case No. 11-13454-PC
Contessa Liquidating Co., Inc.                                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: alazoC            Page 1 of 1              Date Rcvd: Sep 21, 2011
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2011.
28484346     +Saleswest,   4214 West 8370 South,   West Jordan, UT 84088-5907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2011**                    **Signature:**    _Joseph Speetjens_

**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:11-bk-13454-PC
Chapter 11

In re: Debtor(s) (including Name and Address)

Contessa Liquidating Co., Inc.
222 West 6th Street
8th Floor
San Pedro CA 90731

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/20/2011.

Name and Address of Alleged Transferor(s):

Claim No. : Saleswest, 4214 West 8370 South, West Jordan, UT  84088

Name and Address of Transferee:

Debt Acquisition Co. of America
1565 Hotel Circle S #310,
San Diego, CA 92108

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/23/11

Kathleen J. Campbell
**CLERK OF THE COURT**