UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DSITRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In re:<br>CONTESSA PREMIUM FOODS, INC | Case No. 11-13454 |
| Debtor. | Chapter 11 |

**FILED SEP 26 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

### NOTICE OF TRANSFER OF CLAIM #73 PURSUANT TO F.R.B.P. 3001(E)(2) or (4)

To: (Transferor)

Advantage Sales & Marketing LLC
Department #100
P.O. Box 31001-1691
Pasadena, CA 91110-1691

Your claim, in the amount of $112,309.79 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
CENTRAL DISTRICT OF CALIFORNIA
255 E. Temple Street, Room 940
Los Angeles, CA 90012

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____
CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2011.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**Advantage Sales & Marketing LLC, a** _California limited liability company ("seller")_____, (which also goes by the names ASM National Office, AMS National Office and Promopoint Marketing) for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Buyer") all rights, title and interest in and to the claims of Seller in the aggregate amount of **$112,309.79** [as stated in the Proof of Claim] against **Contessa Premium Foods Inc.** (the "Claim") in the United States Bankruptcy Court for the **Central District of California (Los Angeles)**, Case No. 11-13454 or any other court with jurisdiction.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Sale of Claim as an unconditional transaction and the Buyer herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Buyer.

IN WITNESS WHEREOF, dated the __16__ day of __September 2011__.

WITNESS:

_____
(Signature)

Ira Ellman
Director of Finance
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Brian G. Stevens, CFO
(Print name and title of authorized corporate officer)

949-797-2960
(Telephone number of corporate officer)

4